NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

1  Jeffrey M. Cohon, Esq. (CSBN 131431)
2  Kristina S. Keller, Esq. (CSBN 161946)
   **COHON & POLLAK, LLP**
3  1999 Avenue of the Stars, 11th Floor
   Los Angeles, California 90067
4  Telephone: (310) 231-4470
   Facsimile: (310) 231-4610
5  Email: jcohon@cohonpollak.com

6
   David H. Weinstein, Esq. (CSBN 43167)
7  Robert S. Kitchenoff, Esq. (*pro hac vice*)
   **WEINSTEIN KITCHENOFF & ASHER**
8  **LLC**
   1845 Walnut Street, Suite 1100
9  Philadelphia, Pennsylvania 19103
   Telephone: (215) 545-7200
10 Telecopier: (215) 545-6535
11 weinstein@wka-law.com,
   kitchenoff@wka-law.com
12
   Charles S. Fax, Esq. (*pro hac vice*)
13 Liesel Schopler, Esq. (*pro hac vice*)
   **RIFKIN, LIVINGSTON, LEVITAN &**
14 **SILVER LLC**
   7979 Old Georgetown Road, Suite 400
15 Bethesda, Maryland 20814
16 Telephone: (301) 951-0150
   Telecopier: (301) 951-6535
17 cfax@rlls.com; lschopler@rlls.com

18 Steven A. Schwartz, Esq. (*pro hac vice*)
19 Timothy N. Matthews, Esq. (*pro hac vice*)
   **CHIMICLES & TIKELLIS LLP**
20 361 West Lancaster Avenue
   Haverford, Pennsylvania 19041
21 Telephone: (610) 642-8500
22 Telecopier: (610) 649-3633
   sas@chimicles.com; tnm@chimicles.com
23
   Attorneys for Plaintiffs

Malcolm E. Wheeler (SBN 47248)
Michael T. Williams (*admitted pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202-5647
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
Email: wheeler@wtotrial.com;
williams@wtotrial.com

Dean J. Zipser (SBN 094680)
Adina Witzling (SBN 211719)
**MANATT, PHELPS & PHILLIPS, LLP**
695 Town Center Drive, 14th floor
Costa Mesa, California 92626-7223
Telephone: (714) 371-2500
Facsimile: (714) 371-2550
Email: dzipser@manatt.com;
awitzling@manatt.com

Attorneys for Defendants

**JOINT STIPULATION FOR THE FILING OF THE THIRD AMENDED COMPLAINT**

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, an individual, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WHIRLPOOL CORPORATION, a Delaware Corporation, *et al.*, <br><br> Defendants. | USDC Case No. SA CV11-1733 DOC <br><br> **ORDER AUTHORIZING THE FILING OF THE THIRD AMENDED COMPLAINT AND REGARDING THE RESPONSES THERETO** |

Pursuant to the parties' joint stipulation, the Court hereby authorizes the filing of the Plaintiffs' Third Amended Complaint. **Plaintiffs are directed to manually file the Third Amended Complaint by December 10, 2012.**

The Court further orders the following regarding the response to Plaintiffs' Third Amended Complaint:

(1) Defendants shall have up to and including December 19, 2012, to respond to the Third Amended Complaint;

(2) the page limitation for Defendants' memorandum in support of motion to dismiss shall be enlarged from 25 to 50 pages;

(3) Plaintiffs' opposition to Defendants' motion to dismiss shall be due no later than January 31, 2013;

(4) the page limitation for Plaintiffs' opposition to Defendants' motion to dismiss shall be enlarged from 25 to 50 pages;

(5) Defendants shall have up to and including March 8, 2013 to file their reply to Plaintiffs' opposition; and

(6) the page limitation for Defendants' reply shall be enlarged to 35 pages; and

(7) the hearing on Defendants' motion to dismiss shall be set for March 25, 2013 at 8:30 a.m., or as soon thereafter as the matter may be heard, in Department 9D of the above-entitled Court.

**IT IS SO ORDERED.**

Dated: December 4, 2012

*[signature: David O. Carter]*

The Honorable David O. Carter
Judge of the United States District Court

3
**JOINT STIPULATION FOR THE FILING OF THE THIRD AMENDED COMPLAINT**