98.    Plaintiff Jackie Steffes ("Steffes") is a resident of Utah, domiciled at 468 W. 1250 S., Orem, Utah 84058. On March 14, 2005, Steffes purchased KitchenAid Dishwasher, Model No. KUDP01DLBL6, Serial No. FR4801813, for $869.11 from R.C. Willey in Orem, Utah.

99.    On Saturday, February 25, 2012, Steffes and her husband smelled an acrid burning smell throughout their home. Upon investigation, they noticed that the smell was strongest at the Dishwasher control panel. Steffes immediately shut off the Dishwasher at the electrical control panel.

100.    In order to avoid paying weekend repair rates, Steffes called an authorized repair service provider - Appliance Service by Paul located in Murray, Utah - during the work week. The technician concluded that a new wiring assembly and control panels were needed due to the melting of the wiring and the burn found on the control panel. The labor for replacing both would have been $462.35. His diagnostic fee was $93.97. The technician recommended that Steffes buy a new dishwasher and recommended that Steffes keep the electricity shut off at the control panel to avoid a fire that could occur even though the Dishwasher was turned off.

101.    Steffes first researched the problem and discovered www.kitchenaidfires.com, where she found several others had reported similar experiences. She also checked Consumer Reports and talked to dishwasher salesmen, one of whom informed her that fully automated control panels were having more problems than semi-automated ones. Semi-automated control panel dishwashers can be more expensive than fully automated ones.

102.    Steffes and her husband replaced the KitchenAid Dishwasher with a Bosch model with a semi-automated control panel, which they purchased at R.C. Willey in Orem, Utah for $960.56 on March 3, 2012.

103.    On March 22, 2012, Steffes called KitchenAid customer service and reported the incident. KitchenAid customer service stated that it had not received any complaints regarding Steffes' Dishwasher model.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

1       104.   Steffes also called the Consumer Product Safety Commission to report the
2   problem.

3       105.   Steffes has suffered financial damages as a result of her Dishwasher's
4   failure, including but not limited to $93.97 in technician diagnostic costs and $1070.56
5   in replacement costs.

6   **DEFENDANTS**

7       106.   Defendant Whirlpool Corporation ("Whirlpool") describes itself as the
8   world's leading manufacturer and marketer of household appliances, including
9   dishwashers, with annual sales of approximately $19 billion, 70,000 employees, and
10  69 manufacturing and technology research centers around the world.  Whirlpool is a
11  Delaware corporation with its principal place of business in Benton Harbor, Michigan.
12  On information and belief, Whirlpool's sole North American Dishwasher
13  manufacturing plant is in Findlay, Ohio, where all of the Dishwashers were
14  manufactured, and from which facility they entered the stream of commerce
15  throughout the United States.

16      107.   At all times relevant hereto, Whirlpool was in the business of designing,
17  manufacturing, distributing, advertising, marketing, promoting and selling kitchen
18  essentials and appliances, and did design, manufacture, distribute, advertise, market,
19  promote and sell (through authorized dealers) the Whirlpool-, KitchenAid- and
20  Kenmore-branded Dishwashers at issue herein.

21      108.   Defendant Sears Holdings Corporation is a Delaware corporation with its
22  principal place of business in Hoffman Estates, Illinois.   Formed in 2004 in
23  connection with the merger of K-Mart and Sears, Roebuck & Co., Sears Holdings
24  Corporation describes itself as the nation's fourth largest broadline retailer with
25  approximately 3,900 full-line and specialty retail stores in the United States and
26  Canada.  Sears Holdings Corporation further characterizes itself as the leading home
27  appliance retailer, which includes dishwashers, as well as a leader in tools, lawn and
28  garden, consumer electronics and automotive repair and maintenance.

27

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

109. Defendant Sears, Roebuck & Company, Inc., a wholly owned subsidiary of Sears Holdings Corporation (together, "Sears"), is a New York corporation with its principal place of business in Hoffman Estates, Illinois. Sears, Roebuck & Company, Inc. distributes and sells residential and commercial appliances, including dishwashers. It is among the largest companies in the United States' market for major household appliances.

110. Sears owns the Kenmore brand name. Kenmore-brand appliances include dishwashers.

111. At all times relevant hereto, Sears was in the business of distributing, advertising, marketing, promoting, and selling some, if not all, of the Dishwashers.

112. At all times relevant hereto, Whirlpool and Sears worked in concert with one another and/or as each other's agents in connection with the design, marketing, promotion, sale, servicing and repair of the Dishwashers.

113. Defendants Whirlpool and Sears engage in a continuous course of business in California, including sales of the Dishwashers through retail stores located in California; use distributors of their products, including the Dishwashers, who are located in California; distribute products, including the Dishwashers, in the State of California; sell and advertise products, including the Dishwashers, on the Internet and through other media in California; service their products, including the Dishwashers, in California; have knowledge that their products, including the Dishwashers, will be distributed in California; have substantial and continuing contacts with California; expect that their products, including the Dishwashers, will be purchased in California, and have committed tortious acts in California.

## JURISDICTION AND VENUE

114. The subject matter jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331 and 1332(d). There are members of the Class who are citizens of states other than the states of citizenship of Defendants, and the amount in controversy exceeds five million dollars ($5,000,000) exclusive of interest and costs.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

115.   Venue lies in this District pursuant to 28 U.S.C. § 1391 (a) and (c).

## FACTS

### Defendants' Representations and Warranties

116.   Defendants consistently make representations regarding the quality, reliability and longevity of "Whirlpool-," "KitchenAid-" and "Kenmore-" brand Dishwashers – specifically, that they are highly-rated, top-of-the-line appliances.  For example:

A.   The KitchenAid website asserts that "All large KitchenAid® appliances come with outstanding warranties that back up the premium quality of our appliances."[2]

B.   Sears states on its website that the Whirlpool, KitchenAid and Kenmore Dishwashers are of superior quality, reliability and longevity:

- "KitchenAid dishwashers are made to last and get you out of the kitchen faster. At Sears.com, we have a wide selection of Energy Star® rated KitchenAid dishwashers at competitive prices, with the best installation and protection plans around. Trust KitchenAid appliances for reliability and performance, and count on Sears to deliver great installation and protection plans."[3]

- "With KitchenAid® dishwashers, you'll get exceptionally clean dishes with 25% better results versus the competition."[4]

- "Whirlpool is a brand name you can trust for quality and reliability, and Sears is the home of appliance value."[5]

---

[2] *See, e.g.,*  http://www.kitchenaid.com/product/KUDE70FXSS.uts ("Features & Specs" link) (last visited on July 24, 2011).

[3] *See,e.g.,* http://www.sears.com/shc/s/c_10153_12605_Appliances_Dishwashers?sbv=KitchenAid&sbf =Brand (last visited July 24, 2011).

[4] *See,e.g.,* http://www.sears.com/shc/s/p_10153_12605_02212543000P?prdNo=7&blockNo=7&blcokT ype=L7 (last visited July 24, 2011).

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

- "Kenmore appliances have brought oreto [*sic.*] American homes for generations. The quality and reliability of Kenmore have helped our households run smoothly day after day and year after year. The new generation of Kenmore appliances continues this tradition with that same quality and with more innovative features focused on convenience. That is why Kenmore is the best known name in appliances, and why more people buy Kenmore than any other brand. With cooking appliances, refrigerators, washers and dryers, vacuums and more, Kenmore appliances are the tools of the trade for working households. And with new product lines like Kenmore Elite and Kenmore Pro, there are more ways to bake, grill, heat, chill, wash, dry and clean than ever before."[6]

- "Kenmore Elite appliances offer distinctive design and upscale features as well as the great quality Kenmore is known for. . . . For personal service and award-winning Kenmore Elite appliances, the place to shop is Sears. "[7]

117.   Through various forms of media Whirlpool and Sears market, advertise and warrant that each Whirlpool-, KitchenAid- and Kenmore-branded Dishwasher is fit for the ordinary purpose for which such goods are used and is free from defects in materials and workmanship, or at a minimum is not a serious fire hazard.  In addition to the above examples, the Kenmore Elite Ultra Wash® Dishwasher Use and Care Guide ("Use and Care Guide") for Models 665.16582, 665.16583, 665.16584, 665.16589, 665.17582, 665.17583, 665.17584, 665.17689 declares that "Your

---

[5]*See,e.g.,*http://www.sears.com/shc/s/c_10153_12605_Appliances_Dishwashers?sbf=Brand&sbv=Whi rlpool (last visited July 24, 2011).

[6]*See, e.g.,* http://www.sears.com/shc/s/v_10153_12605_Appliances?sbf=Brand&sbv=Kenmore&ws-showcase=kenmore&keywordRedirect=kenmore (last visited July 24, 2011).

[7] *See, e.g.,* http://www.sears.com/shc/s/v_10153_12605_Appliances?sbf=Brand&sbv=Kenmore+Elite (last visited July 24, 2011).

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

1   Kenmore® appliance is designed, manufactured and tested to provide years of
2   dependable operation."

3      118.  Defendants Whirlpool and Sears expressly and impliedly warrant, *via*
4   user manuals, advertisements, pamphlets, brochures, circulars, samples, and/or models
5   that their Dishwashers are fit for the ordinary purpose for which such goods are used.

6      119.  For example, in some cases Defendant Whirlpool expressly warrants that
7   in the second through fifth years from the date of purchase it will provide, free of
8   charge, any replacement parts for the following components if defective in materials
9   or workmanship: The upper or lower nylon racks, the wash and drain motor, the
10  electronic controls and the heating element.

11     120.  In some cases, Defendant Sears expressly warrants in its user manuals
12  that it will repair or replace, free of charge, the electronic module and power supply
13  board if defective in material or workmanship for two years from the date of purchase.

14  ### The Defect

15     121.  Contrary to and in derogation of Defendants' representations and
16  warranties, the Dishwashers contain a design defect that causes their electronic control
17  boards to overheat, and together with other Dishwasher components, melt, smoke and
18  burst into flames, creating an unreasonable risk of potentially catastrophic destruction,
19  including extensive property damage, personal injury and loss of life.

20     122.  Upon information and belief, the defect arises at or near the spade (or
21  blade) terminal connection between the wiring from the heating element at the bottom
22  the machine and the console control area including the circuit board.  The heating
23  element circuit is by far the highest current circuit in a dishwasher.  Accordingly, it is
24  critical to ensure that all wiring and connections in that circuit can handle the high
25  electrical demand placed on them.  It is imperative that the connection not degrade
26  over time causing high electrical resistance.

27     123.  The defective design of the Dishwashers, however, upon information and
28  belief, causes degradation of the connection over time, either because it is too loose,

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

1   or corrodes, or for some other reason, which in turn causes high electrical resistance.
2   That, in turn, causes the terminal connection to get extremely hot (over 1000 degrees),
3   causing the plastic circuit board, wire insulation, and/or other nearby parts of the
4   circuit board assembly to melt and/or combust.  Moreover, due to the defective design
5   of the Dishwashers, there is a high likelihood, once fire has been set to the plastic,
6   wire insulation and/or other components, that the heat, flames and/or sparks can exit
7   the Dishwashers and create a serious risk of setting fire to nearby objects such as
8   woodwork, kitchen counters, cabinetry, dishtowels, items of clothing and any other
9   flammable material above or in the vicinity of the Dishwashers.

10       124.  Upon information and belief, the control panels of the Dishwashers
11  owned by the Plaintiffs all experienced combustion that originated at or near the
12  heating element terminal connection on the control board.

13       125.  Whirlpool knows from past experience that crimp-style terminal
14  connections can overheat and set fire to nearby plastic and/or insulation if not properly
15  designed and/or manufactured.  The heating element circuit is the highest current
16  circuit in the Dishwashers and, therefore, is prone to catch fire if electrical
17  connections are too loose or degrade over time.

18       126.  Whirlpool voluntarily recalled around 500,000 dishwashers in 1996 due
19  to overheating at a similar crimp-style terminal connection.  The Manager of
20  Whirlpool Dishwasher Laboratory acknowledged that Whirlpool discovered in 1993
21  that overheating occurred in the area of the flag terminal and that the root cause of the
22  wiring melting in the area of the door switches was the crimping connection of the
23  spade terminal.  According the December 11, 2000 Forbes article, "Where There's
24  Smoke,"  Sears technician Wayne Brown called the CPSC in 1996  saying he had
25  discovered additional fires in dishwashers not covered by the recall.  According to the
26  article, Brown told the CPSC that "the switch in these dishwashers cannot handle the
27  amperage because the switch overheats and the terminals melt," and recommended
28  that additional models should be recalled.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

127.   Whirlpool has continued to use the same or similar type of crimp connection to connect the heating element wiring to the circuit board.

128.   According to the Forbes article, in 1997, four years after Whirlpool said it redesigned its units to prevent overheating, flames destroyed the South Euclid, Ohio home of Mark and Deborah Mucci, causing $375,000 damage.  The Mucci's lawsuit was settled before it got to trial and a confidentiality agreement prevented the Muccis from discussing the case, but an investigator hired by St. Paul Guardian Insurance Co., the Muccis' insurer, concluded that the "fire was caused by an electrical malfunction of the wiring within the dishwasher panel" that occurred "as a result of a defect in manufacture and/or assembly of the wiring" in that panel.

129.   The defect described herein above manifests itself during the expected useful life of the Dishwashers within and outside of the warranty periods, is substantially likely to prevent the Dishwashers from being used as intended during their expected useful life, and poses significant risks to individuals' lives and property.

130.   This design defect necessitated and will continue to necessitate replacement of and costly repairs to the Dishwashers.

131.   At all times, Plaintiffs have used their Dishwashers in a foreseeable manner and in the manner in which they were intended to be used.

132.   The defect in the Dishwashers, which existed at the time they were sold to Plaintiffs, rendered them unfit for the ordinary purpose for which dishwashers are used.  As a result of the defect, Plaintiffs have suffered property damage for which damages are being sought, as well as physical injury (such as smoke inhalation) for which damages are not being sought.  The defect was the direct, proximate, and foreseeable cause of damages incurred by Plaintiffs.

133.   Had the Dishwashers been free from the design defect alleged herein, Plaintiffs and the class would not have suffered the property damage complained of, and for which compensation is sought herein.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

134.  In purchasing a Dishwasher, a reasonable consumer would expect it to operate in accordance with, and be useable for, its intended purpose for the duration of its life expectancy, and not pose a serious safety risk.

135.  A reasonable consumer expects that dishwashers like the Dishwashers at issue here will function properly for at least nine to thirteen years.  The National Association of Home Builders ("NAHB") found in a 2007 study that it conducted along with Bank of America Home Equity that the life expectancy of dishwashers is nine (9) years.  Demesne, a website dedicated to collecting information from experts and specialists about topics that concern homeowners, states that the average life expectancy of dishwashers is ten (10) years.  The Association of Home Appliance Manufacturers ("AHAM"), of which Whirlpool is a member, cites a National Family Opinion, Inc. 1996 survey stating that the average useful life of a built-in under-the-counter dishwasher is thirteen (13) years.  Whirlpool has admitted that the life expectancy is nine (9) years for at least some of its Dishwasher models.

136.  Even after 9-13 years, however, a Dishwasher should never set fire to itself.  While consumers might expect to repair or replace components of their Dishwashers after a decade or so, no consumer would expect their Dishwasher to be a threat to their safety or the safety of their family or property merely because it was a several years old.

137.  The Dishwashers of Plaintiffs and the Class should have been usable for their intended purpose during their expected useful lives without being a significant fire hazard.

138.  The defect poses an unreasonable safety hazard.  Specifically, when the electronic control boards spontaneously overheat, they and other components in the Dishwasher melt, emit smoke and fumes and combust.  In addition to the experiences of the Plaintiffs herein, set forth above, the following incidents illustrate this dangerous, and potentially lethal, safety hazard:

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

A.  Nicole Anderson of Ossipee, New Hampshire, purchased a dishwasher from Sears in Newington, New Hampshire in approximately 2003. That dishwasher continually shut off mid-cycle for no apparent reason and so Sears replaced it in approximately June 2004, with Ms. Anderson paying the difference for an upgraded model – a Kenmore Dishwasher, Model no. 665.17369301, Serial no. FR2411247. On the evening of February 6, 2012, Ms. Anderson turned on her Dishwasher. Approximately thirty minutes into the wash cycle, she heard a strange popping noise come from her Dishwasher, as if something was stuck. Ms. Anderson opened the Dishwasher door to investigate. Everything appeared normal so she shut the door and the Dishwasher restarted. She then saw smoke coming out of the control panel area. Ms. Anderson hit the cancel button but a flame, approximately four inches in length, shot out at her. She hit the cancel button a second time and a flame bolted out of the control panel again. Unlike the first time, the flaming did not cease. Ms. Anderson opened the Dishwasher door in an attempt to shut the Dishwasher off but it continued to run, spraying water everywhere. The flaming and smoking also continued. Ms. Anderson then cut power to the Dishwasher by unplugging it, at which point the Dishwasher finally stopped running and the flaming ceased. The Dishwasher continued smoking, however, for approximately five minutes thereafter.

The next morning Ms. Anderson called Sears. The representative said that Sears would send a technician to look at her Dishwasher but that Ms. Anderson would be responsible for all costs. Ms. Anderson then called Whirlpool and Whirlpool agreed to send a technician to inspect her Dishwasher. Ms. Anderson later received a telephone call from "Sears Repair" to set up an appointment time to inspect her Dishwasher. On February 15, 2012, an A&E technician came to Ms. Anderson's house. The technician said that the control board was "cooked so badly." Under the "technician Comments" section of service invoice, the technician wrote, "control panel and control brd fire, ordered panel and control." On February 28, 2012, an A&E technician repaired Ms. Anderson's Dishwasher.

B.  David Vale, of Milwaukie, Oregon, purchased his Kenmore Dishwasher, Model No. 665.16473300, Serial No. FP2802961, in

35

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

2005, from Sears in Portland, Oregon for approximately $800. Mr. Vale generally ran his Dishwasher right before going to sleep or heading out of the house. Fortunately, on Saturday, August 25, 2012, Mr. Vale started his Dishwasher after dinner and then went downstairs while two of his friends remained upstairs. After approximately 30 to 40 minutes, Mr. Vale heard his friends screaming and bolted upstairs, where he saw a white haze in the air and smoke billowing out of the top of the Dishwasher. There was a pungent smell of burning electrical wire. Mr. Vale's friends had opened the Dishwasher to stop the cycle but it continued to run and the buttons were non-responsive so they shut the machine door and one friend ran downstairs to flip the circuit breaker. Mr. Vale then grabbed the Dishwasher handle with his left hand and slightly opened the door. He tried to push a button on the control panel with his right hand but had to yank his hand away upon touching the burning hot panel. While the Dishwasher door was ajar, Mr. Vale noticed that it was melted at the top right corner above the control board and that smoke was streaming from a few places on the door with an amber glow to it. Mr. Vale did not want to risk throwing water on the Dishwasher in the event that it was an electrical fire, so he closed the Dishwasher door and opened the patio door and windows to help air out the smoke buildup. The fire and smoke ceased soon after the power to the Dishwasher was shut off but, as of August 29, 2012, the strong smell of smoke and burning electrical wire continues to permeate the main floor of Mr. Vale's house. Following the fire, Mr. Vale suffered from smoke irritation in his lungs.

The Monday after the incident, Mr. Vale called the appliance department at the Sears in Clackamas, Oregon to report the incident. The representative with whom he spoke said that this was a regular problem with Whirlpool-manufactured Dishwashers and that Sears was aware of it. The representative told Mr. Vale to call Sears Corporate. Mr. Vale did so but the agent with whom he spoke said that since Mr. Vale's Dishwasher was out of warranty, the only thing Sears could do was service it at Mr. Vale's expense. Mr. Vale argued that this was a factory design defect that had caused a fire. The agent told Mr. Vale that he would have to call Whirlpool since it manufactured the Dishwasher. Mr. Vale called Whirlpool that same day. Only

THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

about 15 seconds into his story, the Whirlpool agent told Mr. Vale that he needed to call Sears. Mr. Vale said that Sears told him to call Whirlpool and explained that this was a design failure issue. The agent stated that the Dishwasher was a Kenmore and not a "Whirlpool" so Whirlpool had nothing to do with his problem. Mr. Vale went back and forth with the agent trying to explain Whirlpool's involvement but the agent became increasingly irritated. Remaining calm, Mr. Vale told the agent that his problem was not with her but the defective Dishwashers made by Whirlpool. He told her to Google the issue and that there were several news stories on the problem of which he was now a victim. Mr. Vale declared that he wanted Whirlpool to either fix his Dishwasher or give him credit for a new one. The agent again insisted that this was not Whirlpool's responsibility and that Mr. Vale needed to call Sears. Mr. Vale then said he may report his "Whirlpool-built fire trap" to a regulatory agency or a local news station. The agent became angry and told Mr. Vale that he could be sued for slandering Whirlpool if he took any such action. Mr. Vale reminded the agent again that this was a Whirlpool-manufactured machine but she was clearly not listening to what he had to say so he simply told her to report the incident, thanked her and terminated the phone call.

Mr. Vale later called and left a message for the vice president of Sears. In response, he received a phone call from the executive secretary at Sears Corporate. She denied knowing of any dishwasher fires but offered Mr. Vale a 30% discount on a new dishwasher purchased from Sears, which he accepted.

Mr. Vale also contacted KGW News consumer reported Ed Teachout about his Dishwasher incident, and Mr. Teachout did a news story on Mr. Vale's Dishwasher fire and the history of fires with the various Whirlpool-manufactured models. Shortly thereafter, Whirlpool called Mr. Vale and offered to refund the full purchase price. Mr. Vale accepted the offer and Whirlpool sent a technician to inspect the Dishwasher. The technician confirmed that the problem was the control board and wiring harness. The technician stated that the problem originated in the control board which was melted with a hole burned through the bottom. He further stated that he had seen similar control board failures on other Whirlpool-manufactured Dishwashers. Two

37

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

weeks thereafter, a delivery service sent by Whirlpool took Mr. Vale's Dishwasher in exchange for $799.

C.  Christina Galeucia, of Hopkinton, Massachusetts, purchased her KitchenAid Dishwasher, Model No. KUDSO1DLSS5, Serial No. FR2301132, in approximately 2006 from Percy's Appliance in Worcester, Massachusetts. On February 12, 2012, Ms. Galeucia started her Dishwasher and was about to leave the house when she turned around and saw multiple flames, approximately three inches in length, coming out of the right top corner of her Dishwasher. She then heard crackling sounds. The flames continued until she turned off the power switch to the Dishwasher, located on the wall in the kitchen. Ms. Galeucia contacted Whirlpool, which eventually sent a technician from A&E to inspect her Dishwasher. The technician said the control board "was fried" and that he report that to Whirlpool. Whirlpool later called Ms. Galeucia and said she could pick a Dishwasher from a list and that they would install and replace her Dishwasher for free so long as she agreed to surrender her old Dishwasher to Whirlpool. Ms. Galeucia accepted the offer.

D.  Ashley and Trevor Ogi, of Glenmont, Ohio, purchased a Whirlpool Dishwasher, Model No. DU1050XTPT3, Serial No. FS1303991, in approximately spring of 2005 from Lowe's. On March 10, 2012, Mrs. Ogi was working in the kitchen when she heard a strange sound. When she turned to look, she saw smoke coming out of the top of her Dishwasher. Mrs. Ogi opened the Dishwasher to see if something fell to the bottom and was on the heating element, but did not see anything wrong. She then shut the door and the cycle restarted. However, the sound then got worse and it started to smoke again so Mrs. Ogi opened the door a second time but this time flames, approximately three to four inches in length, shot out from the right side where the control panel was located. Ms. Ogi was unable to turn off the Dishwasher so she turned off the fuse in the basement in order to cut the power to it. Mrs. Ogi contacted Whirlpool and it sent a technician to inspect the Dishwasher. The technician verified that the control board needed to be replaced. Whirlpool offered $200 (or a $200 replacement Dishwasher) if the Ogi's gave Whirlpool their defective Dishwasher. The Ogi's accepted the offer bought a different brand dishwasher.

38

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

E.    Wayne Becker, of Salem, Missouri, purchased his Kenmore Dishwasher, Model No. 665.16509200, Serial No. FP0611853, in approximately 2006, from Sears.  Generally, Mr. Becker and his wife would start their Dishwasher on Sunday and then leave for church.  Fortunately, on Sunday, April 29, 2012, they did not attend church because approximately five minutes after Mrs. Becker started the Dishwasher, the Dishwasher made a "pop" sound and when Mrs. Becker checked on it, she saw smoke billowing out of the vent at the top of the Dishwasher door.  She opened the Dishwasher door to stop the cycle but the Dishwasher continued to run and none of the buttons on the Dishwasher would cancel the cycle.  Mr. Becker then ran down to the basement to turn off the circuit breaker to the Dishwasher.  While he was running to the breaker, Mrs. Becker yelled that flames were now shooting out of the vent.  The flaming fortunately ceased when Mr. Becker flipped the circuit breaker.  Not wanting to risk any future harm from their flaming Dishwasher, Mr. and Mrs. Becker purchased a new Frigidaire dishwasher.  Mr. Becker also filed a report with the CPSC, Report No. 20120429-5EA74-2147468028.  Sears Holding Corps posted a comment to his CPSC report stating that it "takes product safety issues very seriously" and that it "investigates each CPCS database incident report."  While Sears never contacted Mr. and Mrs. Becker, in approximately May of 2012, a representative from Whirlpool called and left a voicemail regarding their Dishwasher incident.  Mr. Becker returned the phone call, leaving a voicemail in response.  To date, Whirlpool has never returned Mr. Becker's call.

F.    Anthony and Doreen Wilms of Unadilla, New York, purchased a KitchenAid Dishwasher[8] from Lowe's in Binghamton, NY in approximately August/September 2005.  On the night of January 30, 2006, Mrs. Wilms and their three children had gone to bed.  Mr. Wilms fell asleep while watching television in the living room.  The Dishwasher was not running.  Indeed, it had not been used in several days.  At approximately 11 pm the smoke detector went off.  Mrs. Wilms came downstairs and saw that the

---

[8] The model number and serial number are unknown because they were rendered illegible after the Wilms's Dishwasher fire.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

kitchen was on fire. She quickly woke Mr. Wilms, and the two ran upstairs to wake up their children and get them out of the house. By the time they woke the children and started back to the stairs, the fire had spread throughout the lower level of the house, and heavy smoke and flames were moving up the stairwell. The family quickly exited from a bedroom window on the upper level onto the porch roof. Once on the roof, the Wilms yelled to awaken neighbors to assist them down. As neighbors came running to assist, the Wilmses realized that one of their children was missing. Mr. Wilms reentered the house and found his five-and-half-year-old-son hiding behind his bed. As Mr. Wilms and his son moved toward the bedroom window to get out, the fire entered the bedroom and progressed toward the window. Mr. Wilms briefly tried to find the family dog "Kitty," to no avail. Mr. Wilms and his son then exited the window onto the porch roof to join the rest of the family. He then handed his wife and children down to the neighbors. Once his family was safely on the ground, Mr. Wilms jumped down approximately 12 to 13 feet, breaking his back as he landed. He also suffered from smoke inhalation. Amazingly, the Wilms's wedding pictures survived the fire, but they lost everything else, including their dog Kitty. Mr. Wilms called Whirlpool and the representative simply stated that there were no recalls on his Dishwasher series. Mr. Wilms retorted that there should be a recall because three different fire investigators all determined that the Dishwasher was the source of his fire, even though it was not running at the time.

G.   Carly Franz's Kenmore Dishwasher, Model No. 665.1677192, Serial No. FF0526269, came with the preexisting house in Villa Park, Illinois that she purchased in August of 2011. On November 12, 2011, Ms. Franz ran the Dishwasher for the fourth time since she moved into the house. After approximately 30 minutes, she left the house. When she returned 12 hours later, the entire inside of the house was destroyed with the exception of the basement, which had sustained odor and smoke damage. The smoke detector was going off when she arrived home, but it was half-melted. The Dishwasher was totally melted with only the frame and racks remaining. The cabinets surrounding the Dishwasher were severely charred and the paint and plaster on the ceiling above the Dishwasher area was falling down. The

40

entire house had massive smoke and heat damage.  The estimated loss was in excess of $130,000.

139.  Due to the defective design leading to combustion of their electronic control boards, Plaintiffs' and the putative classes' Dishwashers failed or are substantially certain to fail during their expected useful lives, within or outside applicable warranty periods.

140.  As a result of the defect alleged herein, Plaintiffs and the putative class have experienced or are substantially certain to experience failure of their Dishwashers, did not get what they paid for, and have incurred actual damages.

## Whirlpool and Sears Were Aware of the Defect

141.  On information and belief, Defendants had actual knowledge, before they placed the Dishwashers in the stream of commerce, that they contained a defect that would cause the electrical system to fail spontaneously as the electronic control board overheated, resulting in heat and/or smoke and/or fire damage to the Dishwashers and surrounding area, and creating an unreasonable risk of extensive property damage, severe personal injury and death.  Upon further information and belief, Defendants knew this as a result of Whirlpool's standard design and testing of the Dishwashers before their release on the market.  Alternatively, Defendants were reckless or negligent in not knowing this, either because the requisite tests were not conducted or they were not reviewed and properly considered before release of the Dishwashers into the market.

142.  Moreover, upon information and belief, the Defendants knew or should have known with testing that the heating element circuit, in particular where it meets the control board, was not properly designed to carry its current load without causing overheating leading to combustion.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

143.  In fact, according to an online complaint, a Sears' representative admitted that the Dishwashers needed to be recalled due to the control board problem.[9]

144.  Defendants did not implement a plan to address the defect and instead manufactured, distributed and/or sold subsequent models of the Dishwasher containing the same defect.

145.  Defendant Whirlpool had actual knowledge of consumer complaints concerning the Dishwashers' defective and dangerous design as alleged herein no later than 2002, when Beal complained about his first fire, and Sears, no later than 2009.   For example, the following posts on the consumer affairs Website, www.consumeraffairs.com, reflect communications with, and is readily accessible to, the Defendants:

> A.  **Kevin of Newberg, Oregon, posted on July 27, 2010:** July 24th 2010 was going out of the house with the boys when my youngest said he smelled something burning. Going into the kitchen black smoke was spewing from the upper right side of the control panel vent. Turning the dishwasher off did not stop the burning smoke, only turning off the circuit breaker downstairs did. Thank God we caught this or we might have lost our house! Our dishwasher was purchased in 2004 - Superba model. I spoke with Michael at Kitchen Aide [sic] - he said there was a difference between smoke and fire !!?? Offered to send someone out for free to see how much it would cost to fix it OR offered us a voucher for 20% off any new Kitchen Aide [sic], Maytag, Jen Air [sic] or Whirlpool dishwasher. All I know is we are never purchasing any appliance that has to do with any of these companies - When you spend over 1000 for a dishwasher you expect it to last at least 10 years! I asked Michael if there have been any recalls on Kitchen Aide [sic] and he said no. - I did ask him how many houses have to burn down before they do a recall? We also had the door cables fail and the door latch - replaced 8-24-09, the repair man came back to replace the door

---

[9] *See* http://www.consumeraffairs.com/homeowners/whirlpool_dishwashers.html (last visited Mar. 12, 2012).

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

latch 9-2-09 which failed AGAIN, then came back 9-08-09 to replace a Bad Thermal Fuse, and told us the fuse usually goes out shortly after the latch is replaced. Hunk of junk for sure!! Beware!

B.    **Tara of Delta, British Columbia, posted on October 24, 2009:** We recently bought a new home that came equip [*sic*] with beautiful new stainless steel appliances all by Kitchenaid [*sic*]. We were very happy with the quality and performance of our appliances until yesterday when the faulty wiring in our dishwasher almost burnt our house down. I turned the dishwasher on before I left to take my children to school, when I arrived home ¾ of an hour later the house was filled with the smell of an electrical fire; it was coming from the dishwasher. The dishwasher was still running and would not shut off; I had to turn it off from the breaker. Needless to say I was very frightened. I would have normally been at work at this time but had chosen to work from home that day. Thank goodness! We alternatively run our dishwasher at night before we go to bed; I thank God that this was not the case as I can only imagine the potential tragedy that may have occurred. I am very angry that the quality of this product has put my family in jeopardy. This is a very expensive dishwasher, 1399.99 not including the tax. I would assume that paying more for an appliance would ensure that it would perform safely and last longer than five years. A call to Kitchen Aid [*sic*] customer service to report the problem yielded little satisfaction as I was basically told "too bad". We have been informed that the repairs will not be covered under a warranty that expired 3 months ago. We had it looked at independently of the place of purchase and have been told that, in fact we will likely need to by [*sic*] a new one, as the damage is so great to the electrical system that the cost to repair it would be excessive, and they could not be sure it would not happen again. Normally we would have looked at buying a Kitchenaid [*sic*] or Whirlpool appliance but after this experience the poor quality of the product, its inability to last more than a few years and its dubious safety will have me seriously considering other brands. I hope that this is an isolated incident with this product and that it does not happen to another family who may not have the lucky ending that we did.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

C.  **Chris of Naples Florida, posted on January 2, 2008:**  I
currently have a Whirlpool dishwasher, model GU2500XYPQ1.
It's one of their top of the line models and is less than two years
old. It began to have smoke pour from it with the stench of
melting plastic on Christmas day. Thank goodness it wasn't
running at night while my family was asleep. I had to run out to
the garage to the circuit breaker and trip it myself. Who knows
what would have happened if I had not been there to prevent this
electrical malfunction from spreading? The A&E technician
arrived and took apart the door assembly and showed me the
damage. The electrical board, the wire harness, and the wiring
were black and disfigured. The plastic safety coating on the
wiring had completely melted off in the area.  I immediately
called Whirlpool to have the technician explain these scary
results so that I would be able to get a voucher to replace this
defective unit. To my surprise, Whirlpool would only give
authorization to replace the damaged components despite not
knowing the cause of the electrical meltdown. I have been
shuffled from one person and department to the next and cannot
get them to replace the product that nearly caused my house to
catch fire. When I asked one of the representatives (Hamda,
extension 6424) if she could assure me that replacing the
damaged parts would prevent this situation from occurring again,
she replied that we would have to wait and see if it did! I would
think that Whirlpool would want to collect the unit to test it
rather than have my family become guinea pigs. This unit already
had a fire-related recall service performed on its heating element.
While performing an internet research on my model to find out if
anyone else experienced a similar electrical meltdown to mine, I
discovered another yet-to-be-completed (or even the courtesy of
Whirlpool notifying me) fire-related recall on this model in
relation to its motor wiring. Jim Kuhn (extension 6485) assures
me that Whirlpools [sic] failsafe standards make it impossible for
my dishwasher's electrical meltdown to have resulted in any
damage other than to the dishwasher itself. My family is more
important to me to take another chance on taking Jim at his word.
I would sooner place trust in the honesty of a guy selling
refurbished appliances out of the back of his truck at a flea-
market before placing my trust in another Whirlpool product. I'll
never run an appliance while asleep. I no longer have the trust.
I'm out several hundred dollars since I will have to replace my

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

1
2
3

Top-of-the-line (moneywise) Whirlpool dishwasher. It's less than two years old, nearly caught my house on fire, and could have hurt or even caused death to my family.

4     **D.     Pam of San Antonio, Texas, posted on October 16, 2008:**  On
5     October 14, 2008 at 1:15 AM my Kitchenaid [*sic*] Dishwasher
      almost burnt down my house and killed everyone and everything
6     in it. Fortunately, I was still awake and standing at my sink when
7     I heard a loud pop, and then black, smelly, toxic smoke began to
      pour out of the door of the dishwasher near the control panel. I
8     tried to turn it off, and it would not shut off--it just kept smoking.
9     I called the Fire Department and they responded quickly. You
      see, not only was my house, my life and my nephews [*sic*] life in
10    danger, but I have endangered Parrots that can die from toxic
11    fumes.  The cost of my parrots range from 1,000 to 10,000 each.
      My nephew and I worked quickly to open all doors and move as
12    many parrots as quickly as possible. The respiratory system of
13    parrots are sensitive to fumes, smoke, chemicals, etc---they can
      die immediately or their sinus cavities can become damaged and
14    have a bacterial infection set in weeks later. This is very hard to
      treat, and can be fatal.  When the fire department arrived, they
15    could not stop the dishwasher--they turned off the breaker,
16    disconnected the dishwasher and removed it outside while it was
      still smoking. The stench was horrible-I am so worried about my
17    birds. The fireman said that if I was asleep, it would have burst
18    out in flames & the damage would have been unthinkable.  I have
      been airing out the house, and I can't get rid of that toxic smell.
19    All my parrots are still alive, but I will not know for weeks
20    whether or not their health has been compromised by this event. I
      have been in shock since this event-almost loosing [*sic*]
21    everything, and I have no idea of the severity of the health of my
22    parrots. I feel completely violated by Kitchenaid [*sic*]. This was
      their top of the line dishwasher that was stainless steel on the
23    inside and had a special sanitizing rinse (I bought this for my
24    birds).  I called Kitchenaid [*sic*] this past July concerned that my
      Sanitized light was blinking instead of staying on. I paid for a
25    service call. The factory service company told me that their [*sic.*]
26    was nothing wrong. This is the area of the control panel that
      started burning. I contacted the Product Safety division of
27    Kitchenaid [*sic*], and they sent out their service company to
28    check out why it started burning. The entire control panel(the

45

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

brain) and much more burnt.  According to the technicians notes: part failure- main board, touch pad, fuse, sub panel, harness/wire assembly, sub control panel, sub fuse kit, and pump and motor----what is left that didn't have a product failure!!!  This is well documented by the factory service technician as well as the fire department. The technician told me that this was one in a million--that he has seen dryers catch fire, but never a dishwasher. After reading this web site, I see that I am not alone, and that the consumer is in danger.

E.   **Susan of Dearborn, Michigan, posted on March 10, 2009:**  I have had to have service on my KitchenAid Dishwasher three times, and it is only 4 years old! The last time resulted in the dishwasher catching on fire! And KitchenAid will not replace the appliance, only continue to repair it. My perusal of the Consumer Affairs website indicates this problem with many other KitchenAid dishwasher owners. This appears to be a safety issue, and KitchenAid/Whirlpool should be refunding each of us.

F.   **Michelle of Concord, California, posted on January 08, 2008:** I always clean the dishes before going to bed. I put everything in my KitchenAide [*sic*] Dishwasher and turn it on. The dishwasher has had a few problems in the past, for which I called Sears, paid their ridiculous service fees, and got it fixed. Well, Sunday I filled it up and turned it on and went to bed as I've done a thousand times. My husband was still watching TV. Within 10 minutes he smelled something, looked over at the dishwasher, and there were flames coming out of the top of the door on the dishwasher. The control panel/wiring in the door was on FIRE! Thank God, he stayed up, or he and I and our two boys would have been sleeping while our house went up in flames! DO NOT EVER TURN YOUR DISHWASHER ON AND LEAVE OR GO TO BED. I would have NEVER thought of faulty wiring in the dishwasher!  We called KitchenAide [*sic*], and the lady was rude. So my husband said, "Fine, we'll call a lawyer, we'll call the news and whatever else we can do to expose this problem! The lady changed her tune and had someone out the next day. We are awaiting their response. What losers--to have this problem and not inform people. How many people died due to fires from dishwashers!?

46

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

G. **Shon of Fort Worth, Texas, posted on July 5, 2010:** We have been in our house since 2006.. [sic] We have had problems with our Whirlpool Quite Partner III since it was new (2006) [sic] We have had repairs 3 different times for it stopping mid-cycle with a blown thermal fuse. The first repair found a burn spot on the circuit board and that was replaced and the dishwasher worked for 5-6 months.. [sic] The same thing occured..stopped mid-cycle with blown thermal fuse..repair man said he had to order a wiring kit that was the problem (per whirlpool [sic])..he replaced it 129..6 months later (now)it has done it again..when this began I found numerous people online with the same problem.. [sic] Whirlpools [sic] answer is we will give you 1/2 off of parts.. [sic] Are you kidding me? you [sic] want me to spend more money on a widely chronic problem that has cost me almost 300 already? Now im [sic] stuck with trying to find a qaulity [sic] non-whirlpool [sic] dishwaher [sic]... [sic] Whirlpool really needs to stand by their products better, ecspecially [sic] when 3 attempts to fix the same problem have not been successful.

H. **Gaylene of Bloomington Minnesota, posted on December, 17, 2008:** KichenAid [sic] dishwasher running saddening [sic] popped nosies [sic] and smelled like burning plastic. Dishwasher stopped, smoke and horible [sic] burning smell continued from the inside panel of door. Burning coninued [sic] and my husband turned off the power to the dishwasher. Centerpointe Energy service repair came out to look at it today and said it was a system failure, fuse safety system malfunctioned ENTIRE wiring system is fried and the dishwaher [sic] is unrepairable [sic] --- TOO unsafe. If we would not have been home a fire would of occurred. I have been informed that they KitchenAid [sic] only have to replace within the forst [sic] year.

I. **Brian of Vancouver, Washington, posted on December 15, 2009:** We have a KitchenAid KUDR01TJ dishwasher. Last week a burning smell was noticed by my wife and I assumed it was something on the heating element. The next use the smell was still there, then the dishwasher made a horrible smell and we stopped the unit. It wouldn't power up after that. I opened it up and discovered the control board was charred and the wiring harness connector was melted... This could have caused a serious fire if we weren't home at the time. Called KitchenAid and they

47

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

said it was out of warranty. I'm considering contacting the the CPSC to report this a hazard for recall.

J.     **Dennis of Santa Ana, CA, posted on March 19, 2009**: My dishwasher started smoking and probably would have caught fire if I were not there to unplug it. Since the dishwasher is not under warranty I opened the diswasher [*sic*] and the circuit board looks dark black on one side with a burn hole in a capacitor. It [*sic*] ovious [*sic*] this dishwasher board was on fire. Sears/Kenmore repair indicated they would not come out to even investigate the issue without a trip charge. Model 665.13722k600 serial FT4403486 [*sic*] Purchased Feb 2007. This is a serious fire hazard and because of searskenmore [*sic*] unwillingness to investigate the issue may cause others who are not fortunate at being home, to lose there [*sic*] home or life. Burnt circuit board with black smoke. Looks like a capacitor exploded almost starting a fire. The inside of the dishwasher where the electronic components are kept, showed sign of burn marks. Smokey electrical smell throughout the house.

146.   Plaintiffs began complaining to the Defendants as early as 2002 that the Dishwashers were spontaneously smoking, combusting and failing, and have been complaining continuously since then. *See, e.g.,* the notifications described above at Paragraphs 19-22, 27, 34, 38, 44-45, 51-52, 60-61, 66-67, 69, 73, 76, 79, 82-83, 86, 94, 96, and 103.

## Defendants Whirlpool's and Sears' Material Omissions

147.   Despite Whirlpool's pre-testing that, upon information and belief, disclosed the Dishwashers' inherent and dangerous defect described herein, compounded by the numerous customer complaints that Whirlpool and Sears received about the Dishwashers, further magnified, upon information and belief, by Whirlpool's testing done in response to those complaints, replacement part sales data, aggregate data from Dishwasher dealers, and other internal sources, Defendants continuously failed to disclose the existence of this design defect to public consumers.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**

148.  Defendants never informed any purchaser of the existence of this design defect at the time of sale or thereafter, nor did Defendants disclose that warranty or the recommended post-warranty repairs would not cure or rectify the defect and would, at best, only delay its impact and postpone failure in the Dishwashers.  Defendants never issued a recall of the Dishwashers despite the serious fire hazard, and never offered to replace the defective Dishwashers with defect-free components or a defect-free replacement.

149.  Instead, in their marketing and advertising, Defendants uniformly and falsely represented and continue to misrepresent that the Dishwashers are free from defects and that they will perform their essential function for their expected useful lives.

150.  Defendants knew that reasonable consumers were unaware of the latent dangerous defect and that they reasonably expected the Dishwashers to clean dishware effectively without putting users' property and lives at risk.  Defendants also knew that reasonable consumers expected Defendants to disclose any defects that would prevent the Dishwashers from performing their expected function throughout their useful lives or that would seriously threaten consumers' personal welfare, and that such disclosure would affect consumers' decisions whether to purchase the Dishwashers.

151.  As a result of Defendants' uniform misrepresentations and omissions in their marketing and advertising, reasonable consumers believed that the Dishwashers would operate without defects to clean dishware.  And, based on these material misrepresentations and omissions, reasonable consumers purchased Whirlpool-, KitchenAid- and Kenmore-branded Dishwashers.

152.  Defendants have wrongfully imposed on Plaintiffs and the other members of the Class the burden, expense and difficulties involved in repairing and replacing the Dishwashers.

## CLASS ACTION ALLEGATIONS

49

153.   Plaintiffs bring this action for themselves and as a class action pursuant to Fed. R. Civ. P. 23(a), 23(b)(2) and 23(b)(3).  Plaintiffs assert a National Class; a National Express Warranty Subclass; and a separate State Consumer Protection Subclass for each of the following states: California; Georgia; Illinois; Maryland; Massachusetts; Missouri; New Jersey; New York; Ohio; Utah and Virginia.  As an alternative to the National Class and the above Subclasses, Plaintiffs assert separate State Classes for each state identified hereinabove, including separate State Express Warranty Subclasses asserted by Plaintiffs Meneghetti, O'Donnell, Milicia, Bathon, Himler, Walker and Mederlet for their respective states - Illinois, Georgia, New Jersey, Ohio, California and Virginia.

154.   The National Class, represented by all Plaintiffs, consists of all consumers in the United States who purchased or otherwise acquired a Whirlpool-, KitchenAid- or Kenmore-branded[10] Dishwasher primarily for personal, family or household purposes, and not for resale.

155.   The National Express Warranty Subclass, represented by Plaintiffs O'Donnell, Milicia, Bathon, Himler, Walker, Mederlet and Meneghetti, consists of all members of the National Class who, when this action commenced, were still within the Dishwasher's express warranty period, and/or in the alternative, experienced a malfunction of the Dishwasher due to the defect alleged herein, and notified the warrantor within the warranty period and the warrantor denied warranty coverage.

156.   Each State Consumer Protection Subclass, represented by each Plaintiff as to his or her respective state, is defined as all members of the National Class who were residents of such state when their Dishwasher incident occurred.

157.   Each alternative State Class, represented respectively by each Plaintiff who was a resident of such state when their Dishwasher incident occurred, consists

---

[10] Only Kenmore Dishwashers that are manufactured by Whirlpool Corporation are included in this lawsuit.

**THIRD AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL**