NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **STEVE CHAMBERS, an individual,** *et al.***,**<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**WHIRLPOOL CORPORATION, a Delaware Corporation,** *et al.***,**<br><br>　　　　Defendants. | Case No. 8:11-cv-01733-FMO-MLG<br><br>**SECOND AMENDED CASE MANAGEMENT ORDER THROUGH CLASS CERTIFICATION**<br><br>Judge: The Honorable Fernando M. Olguin |

　　　　The Court having read and considered the parties' Joint Stipulation for Second Amended Case Management Order, and having found good cause for approving such Joint Stipulation, HEREBY ORDERS that the First Amended Case Management Order (ECF 89) shall be and the same hereby is amended as follows:

　　1.　　New deadline for Defendants' to complete the rolling production of documents responsive to pending requests: October 31, 2013

　　2.　　New deadline for class discovery: January 14, 2014

3. New deadline for disclosure of class experts: Plaintiffs, by January 29, 2014; Defendants, by March 3, 2014; Plaintiffs' rebuttal experts, by March 17, 2014

4. New deadline for depositions of class experts: May 1, 2014

5. New deadlines for class certification briefing: Plaintiffs shall move for class certification briefing either within 30 days after the Court rules on Defendants' pending Motion to Dismiss (ECF 104), or on June 26, 2014, whichever occurs later. The hearing and briefing relating to plaintiffs' motion for class certification shall be in accordance with the Local Rules

and that all other terms and provisions of the First Amended Case Management Order Through Class Certification (ECF 89) remain the same, and that they be incorporated herein by reference.

IT IS SO ORDERED.

Dated:   July 24, 2013

/s/
Honorable Fernando M. Olguin
United States District Judge