| | |
|---|---|
| 1  Jeffrey M. Cohon, Esq. (CSBN 131431) | Michael T. Williams (*pro hac vice*) |
| 2  Kristina S. Keller, Esq. (CSBN 161946) | Andrew M. Unthank (*pro hac vice*) |
|     **COHON & POLLAK, LLP** | Galen D. Bellamy (SBN 231792) |
| 3  1999 Avenue of the Stars, 11th Floor | Catherine R. Ruhland (*pro hac vice*) |
| 4  Los Angeles, California 90067 | Cedric Logan (*pro hac vice*) |
|     Telephone: (310) 231-4470 | **WHEELER TRIGG** |
| 5  Facsimile: (310) 231-4610 | **O'DONNELL LLP** |
| 6  jcohon@cohonpollak.com | 370 17th Street, Suite 4500 |
| | Denver, CO 80202 |
| 7  Charles S. Fax, Esq. (*pro hac vice*) | Telephone: (303) 244-1800 |
| 8  Liesel Schopler, Esq. (*pro hac vice*) | Facsimile: (303) 244-1879 |
|     **RIFKIN, WEINER, LIVINGSTON,** | williams@wtotrial.com |
| 9  **LEVITAN & SILVER LLC** | unthank@wtotrial.com |
| 10 7979 Old Georgetown Road, Suite 400 | bellamy@wtotrial.com |
|     Bethesda, Maryland 20814 | ruhland@wtotrial.com |
| 11 Telephone: (301) 951-0150 | |
| 12 Telecopier: (301) 951-0172 | Dean J. Zipser (SBN 094680) |
|     cfax@rlls.com; lschopler@rlls.com | **KELLER RACKAUCKAS** |
| 13 | **UMBERG ZIPSER LLP** |
| 14 David H. Weinstein, Esq. (CSBN 43167) | 18300 Von Karman Avenue |
|     Robert S. Kitchenoff, Esq. (*pro hac vice*) | Suite 930 |
| 15 **WEINSTEIN KITCHENOFF &** | Irvine, CA 92612 |
| 16 **ASHER LLC** | Telephone: (949) 476-8700 |
|     1845 Walnut Street, Suite 1100 | Facsimile: (949) 476-0900 |
| 17 Philadelphia, Pennsylvania 19103 | dzipser@kruzlaw.com |
| 18 Telephone: (215) 545-7200 | |
|     Telecopier: (215) 545-6535 | Attorneys for Defendants |
| 19 weinstein@wka-law.com; | |
| 20 kitchenoff@wka-law.com | |
| 21 Steven A. Schwartz, Esq. (*pro hac vice*) | |
| 22 Timothy N. Mathews, Esq. (*pro hac* | |
|     *vice*) | |
| 23 **CHIMICLES & TIKELLIS LLP** | |
| 24 361 West Lancaster Avenue | |
|     Haverford, Pennsylvania 19041 | |
| 25 Telephone: (610) 642-8500 | |
| 26 Telecopier: (610) 649-3633 | |
|     sas@chimicles.com; | |
| 27 tnm@chimicles.com | |
| 28 | |

**JOINT REQUEST FOR DETERMINATION BY THE COURT AS TO WHETHER ORAL ARGUMENT WILL BE HEARD ON SEPTEMBER 12, 2013, ON DEFENDANTS' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**
Case No. 8:11-cv-01733-FMO-MLG

Kristen Law Sagafi, Esq. (CSBN 222249)
Nicole Reynolds, Esq. (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008k
klaw@lchb.com; nreynolds@lchb.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **STEVE CHAMBERS, an individual,** *et al.***,**<br><br>Plaintiffs,<br><br>vs.<br><br>**WHIRLPOOL CORPORATION, a Delaware Corporation,** *et al.***,**<br><br>Defendants. | Case No. 8:11-cv-01733-FMO-MLG<br><br>**JOINT REQUEST FOR DETERMINATION BY THE COURT AS TO WHETHER ORAL ARGUMENT WILL BE HEARD ON SEPTEMBER 12, 2013, ON DEFENDANTS' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Judge: The Honorable Fernando M. Olguin |

WHEREAS, Defendants filed their pending Partial Motion to Dismiss for Failure to State a Claim ("MTD") on June 6, 2013 [ECF #104]; and

WHEREAS, Plaintiffs filed their Opposition thereto on July 8, 2013 [ECF#115]; and

WHEREAS, Defendants filed their Reply Memorandum on August 9, 2013 [ECF #120]; and

WHEREAS, the MTD was presumptively set for hearing on September 12, 2013; and

WHEREAS, the Court previously cancelled the oral argument set for Defendants' prior Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint [ECF #90]; and

WHEREAS, counsel who will be arguing the MTD and Opposition reside in Denver, Colorado, and Bethesda, Maryland, respectively, and must arrange long-distance flights to Los Angeles and local accommodations well in advance in order to obtain the benefit of optimum pricing; and

WHEREAS, in the event that such flight and lodging reservations are made, and the Court thereafter decides to consider the MTD on the papers without oral argument, counsel will incur a substantial penalty to cancel their flight reservations,

NOW THEREFORE, counsel for the parties jointly request that the Court advise them as soon as practicable whether oral argument will or will not occur on September 12, 2013, so that counsel may be appropriately governed and make advance flight and lodging reservations (or not) accordingly.

Respectfully submitted,

COHON & POLLAK, LLP
RIFKIN, WEINER, LIVINGSTON, LEVITAN & SILVER, LLC
KELLER RACKAUCKAS UMBERG ZIPSER LLP
WHEELER TRIGG O'DONNELL LLP

3

**JOINT REQUEST FOR DETERMINATION BY THE COURT AS TO WHETHER ORAL ARGUMENT WILL BE HEARD ON SEPTEMBER 12, 2013, ON DEFENDANTS' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM
Case No. 8:11-cv-01733-FMO-MLG**

By:

  /s/ Charles S. Fax
Charles S. Fax
Rifkin, Weiner, Livingston, Levitan & Silver, LLC
Attorneys for Plaintiffs

  /s/ Galen Bellamy
Galen Bellamy
Wheeler Trigg O'Donnell LLP
Attorneys for Defendants

August 19, 2013

4

**JOINT REQUEST FOR DETERMINATION BY THE COURT AS TO WHETHER ORAL ARGUMENT WILL BE HEARD ON SEPTEMBER 12, 2013, ON DEFENDANTS' PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**
**Case No. 8:11-cv-01733-FMO-MLG**