Galen D. Bellamy (SBN 231792)
Email: bellamy@wtotrial.com
Michael T. Williams (*pro hac vice*)
Email: williams@wtotrial.com
Andrew M. Unthank (*pro hac vice*)
Email: unthank@wtotrial.com
Catherine R. Ruhland (*pro hac vice*)
Email: ruhland@wtotrial.com
Cedric D. Logan (*pro hac vice*)
Email: logan@wtotrial.com
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:   (303) 244-1800
Facsimile:    (303) 244-1879

Dean J. Zipser (SBN 094680)
Email: dzipser@kruzlaw.com
Carole E. Reagan (SBN 162674)
Email: creagan@kruzlaw.com
Keller Rackauckas Umberg Zipser LLP
18300 Von Karman Ave., Suite 930
Irvine, California 92612
Telephone:   (949) 476-8700
Facsimile:    (949) 476-0900

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No:  8:11-cv-01733-FMO-MLG<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>The Honorable Fernando M. Olguin |

1    Defendants respectfully submit *McQueen v. BMW of North America, LLC*, No.

2    2:12-cv-06674-SRC-CLW (D.N.J. Aug. 29, 2013) as supplemental authority in further

3    support of Defendants' arguments concerning Plaintiffs' fraud and consumer

4    protection statutory claims. This decision was issued on August 29, 2013, before

5    Defendants filed their Reply Brief in Support of Partial Motion to Dismiss Plaintiffs'

6    Fourth Amended Class Action Complaint. A true and correct copy of the decision is

7    attached hereto as Exhibit 1.

8    Dated:  September 4, 2013                Respectfully submitted,

9                                            Wheeler Trigg O'Donnell LLP

10

11                                  By:  *s/Galen D. Bellamy*
                                         Galen D. Bellamy
12                                       of Wheeler Trigg O'Donnell LLP

13                                       Attorneys for Defendants,
                                         Whirlpool Corporation,
14                                       Sears Holdings Corporation,
                                         and Sears, Roebuck and Co.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 4, 2013, I electronically filed the foregoing **Defendants' Notice of Supplemental Authority** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Charles S. Fax
Liesel Schopler
Rifkin, Weiner, Livingston,
Levitan & Silver, LLC
7979 Old Georgetown Rd., Suite 400
Bethesda, MD 20814
Email:  cfax@rwlls.com

Steven A. Schwartz
Timothy N. Matthews
Chimicles & Tikellis, LLP
361 W. Lancaster Ave.
Haverford, PA 19041
Email:  sas@chimicles.com
          tnm@chimicles.com

Kristen Law Sagafi
Nicole D. Reynolds
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., 29th Floor
San Francisco, CA 94111-3339
Email:  klaw@lchb.com
          nreynolds@lchb.com

Jeffrey M. Cohon, Esq.
Kristina S. Keller, Esq.
Cohon & Pollak, LLP
1999 Avenue of the Stars, 11th Flr.
Los Angeles, CA 90067
Email:  jcohon@cohonpollak.com

David H. Weinstein, Esq.
Weinstein Kitchenoff & Asher LLC
1845 Walnut St., Suite 1100
Philadelphia, PA 19103
Email:  weinstein@wka-law.com

Attorneys for Plaintiffs

*s/Galen D. Bellamy*
Galen D. Bellamy