# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No: 8:11-cv-01733-FMO (ANx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME UNTIL AUGUST 28, 2015, FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**<br><br>The Honorable Fernando M. Olguin |

The Court, having read and considered the Parties' Joint Stipulation for Extension of Time Until August 28, 2015, for Plaintiffs to File Motion for Class Certification and Preliminary Approval of Settlement Agreement, and good cause having been shown, grants the Stipulation as follows:

Plaintiffs have up to and including August 28, 2015, in which to file their Motion for Class Certification and their Preliminary Approval of Settlement Agreement.

IT IS SO ORDERED.

Dated: August 6, 2015

/s/
Hon. Fernando M. Olguin
U.S. District Court Judge