1    Case No. 8:11-cv-01733-FMO-AN

2

3    Jeffrey M. Cohon (CSBN 131431)          Steven A. Schwartz (*pro hac vice*)
     Howard Pollak (CSBN 147077 )            Timothy N. Mathews (*pro hac vice*)
4    **COHON & POLLAK, LLP**                  **CHIMICLES & TIKELLIS LLP**
     10250 Constellation Boulevard, Suite 2320  361 West Lancaster Avenue
5    Los Angeles, California  90067          Haverford, Pennsylvania 19041
6    Telephone: (310) 231-4470               Telephone: (610) 642-8500
     Facsimile: (310) 231-4610               Telecopier: (610) 649-3633
7    jcohon@cohonpollak.com                  sas@chimicles.com
                                             tnm@chimicles.com
8

9    Charles S. Fax (*pro hac vice*)
     Liesel J. Schopler (*pro hac vice*)     Nicole Sugnet (CSBN 246255)
10   **RIFKIN, WEINER, LIVINGSTON,**          **LEIFF CABRASER HEIMANN &**
     **LEVITAN & SILVER LLC**                 **BERNSTEIN, LLP**
11   7979 Old Georgetown Road, Suite 400     275 Battery Street, 29th Floor
12   Bethesda, Maryland 20814                San Francisco, California 94111-3339
     Telephone: (301) 951-0150               Telephone: (415) 956-1000
13   Telecopier: (301) 951-6535              Telecopier: (415) 956-1008
14   cfax@rwlls.com                          klaw@lchb.com
     lschopler@rwlls.com                     nsugnet@lchb.com
15

16   David H. Weinstein (CSBN 43167)         *Attorneys for Plaintiffs*
17   Robert Kitchenoff (*pro hac vice*)
     **WEINSTEIN KITCHENOFF &**
18   **ASHER LLC**
     100 South Broad St., Suite 705
19   Philadelphia, Pennsylvania 19110-1061
20   Telephone: (215) 545-7200
     Telecopier: (215) 545-6535
21   weinstein@wka-law.com
     kitchenoff@wka-law.com
22

23

24

25

26

27

28

JOINT MOTION OF PARTIES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 8:11-CV-01733-FMO (ANx)

1
2
3
4
5

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13
14
15
16

STEVE CHAMBERS, *et al.*, on behalf of themselves and all others similarly situated,

               Plaintiffs,

v.

WHIRLPOOL CORPORATION, *et al.*,

               Defendants.

Case No. 8:11-cv-01733-FMO-AN

**JOINT MOTION OF ALL PARTIES FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Action Filed: November 9, 2011

*The Honorable Fernando M. Olguin*

Date:    October 22, 2015
Time:    10:00 a.m.
Dept.:   Courtroom 22, 5th Floor

17
18

## NOTICE OF MOTION AND JOINT MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19
20
21
22
23
24
25
26

     PLEASE TAKE NOTICE that on October 22, 2015, at 10:00 a.m., in the Courtroom of the Honorable Fernando M. Olguin, United States District Judge for the Central District of California, located at 312 North Spring Street, Los Angeles, California 90012, all parties to this action, including the Plaintiffs, on behalf of themselves and all others similarly situated, and the Defendants, will and hereby do jointly move the Court, pursuant to Fed.R.Civ.P. 23(e), for entry of an Order preliminarily approving a proposed Settlement Agreement ("Settlement") entered into among the parties, and for other related relief.

27

     Plaintiffs and Defendants respectfully ask the Court to enter an Order:

28

1

2          1.     Preliminarily approving the Settlement in this action pursuant to

3    Federal Rule of Civil Procedure 23(e);[1]

4          2.     Preliminarily certifying a Settlement Class pursuant to Federal Rules

5    of Civil Procedure 23(a) and 23(b)(3) for settlement purposes only;

6          3.     Appointing Co-Lead Counsel and Class Counsel;

7          4.     Appointing Settlement Class Representatives;

8          5.     Approving the parties' proposed forms of notice and notice program,

9    and directing that notice be disseminated pursuant to this program; and

10         6.     Setting a Fairness Hearing and certain other dates in connection with

11   the final approval of the Settlement.

12         In support of this Motion, the parties submit herewith Plaintiffs' Supporting

13   Memorandum of Points and Authorities; the Declaration of Charles S. Fax ("Fax

14   Decl."); the Executed Settlement and the exhibits attached thereto (Exhibit A to the

15   Fax Decl., and Exhibits 1-16 to Exhibit A to the Fax Decl.); the Declarations of

16   Named Plaintiffs Steve Chambers, Lynn Van der Veer, Kevin O'Donnell, Joseph

17   Cicchelli, Kurt Himler, Susan Milicia, Gary LeBlanc, George Bliss, Shirl Mederlet,

18   LynDee Walker, Linda Sample, Susan Bathon, Maureen Meneghetti, W. David

19   Beal, Zila Koswener, Pamela Walchli, Raymond Paolini, Jr., and Jackie Steffes

20   (Exhibits B-S to the Fax Decl.); the resumes of Plaintiffs' two electrical

21   engineering testimonial experts, Michael Pecht, Ph.D, and James Martin, P.E.

22   (Exhibits T and U to the Fax Decl., respectively); the Declaration of Gina

23   Intrepido-Bowden on Settlement Notice Plan ( Exhibit V to the Fax Decl.); and the

24   Declaration of Eric Green (Exhibit W to the Fax Decl.); the arguments of counsel;

25   and all papers and records on file in this matter.

26

27

28   _____

[1] A copy of the executed Settlement is attached as Exhibit A to the accompanying
Declaration of Charles S. Fax ("Fax Decl.").

1

2          WHEREFORE, Plaintiffs and Defendants respectfully move that their

3    motion be granted.

4                                              Respectfully submitted,

5

6          _____Charles S. Fax_____              _____Michael Williams_____

7          Charles S. Fax                        Michael Williams
           Rifkin, Weiner, Livingston,           370 Seventeenth Street
8          Levitan & Silver, LLC                 Suite 4500
           7979 Old Georgetown Road              Denver, Colorado 80202
9          Suite 400                             Telephone: (303) 244-1879
           Bethesda, Maryland 20814              Cell Phone: (303) 638-9813
10         Telephone: (301) 951-0150             Email: Williams@wto.trial.com
           Cell Phone: (410) 274-1453
11         Email: cfax @rwlls.com

12   September 11, 2015

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28