# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated, | Case No: 8:11-cv-01733-FMO (ANx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO AMEND SETTLEMENT DEADLINES** |
| vs. | The Honorable Fernando M. Olguin |
| WHIRLPOOL CORPORATION, *et al.*, | |
| Defendants. | |

The Court, having read and considered the parties' Joint Stipulation to Amend Class Action Settlement Deadlines and Final Approval Hearing, and good cause having been shown, hereby grants the Stipulation and amends the Order Certifying Class Action, Preliminarily Approving Class Action Settlement and Class Notice, and Setting Final Fairness Hearing ("Order") (ECF No. 199) as follows:

| Event | New Deadline |
|---|---|
| Last day for Settlement Administrator to mail or email notices (Joint Stipulation (2)2.b.) | February 4, 2016 |
| Last day for Settlement Administrator to publish Publication Notices (Joint Stipulation (2)2.c.) | February 4, 2016 |

| Event | New Deadline |
|---|---|
| Last Day for Settlement Administrator to File Declaration of Compliance (Joint Stipulation (2)2.d.) | February 5, 2016 |
| Last day for Plaintiffs to file Motion for Attorneys' Fees and Costs (Order at Conclusion ¶ 15.) | March 28, 2016 |
| Last day for class members to submit / file objections to settlement (Order at Conclusion ¶ 11, Joint Stipulation 2(2.i).) | May 2, 2016 |
| Last day for class members to postmark for mailing, or have settlement administrator receive, requests for exclusion from class settlement.(Order at Conclusion ¶ 11.) | May 2, 2016 |
| Last day for class members or their counsel to file notice of entry of appearance and notice of intention to attend fairness hearing. (Order at Conclusion ¶ 12.) | May 2, 2016 |
| Last day for defendants or class members to file opposition or objections to plaintiffs' motion for attorneys' fees and costs. (Order at Conclusion ¶ 15.) | May 2, 2016 |
| Last day for Settlement Administrator to provide Class Counsel and Defendants list of opt-outs. (Settlement Agreement § VIII.B.) | May 12, 2016 |
| Last day for class members to postmark, for mailing, claims for replacement dishwasher cash rebates or for past overheating events. (Order at Conclusion ¶ 13.) | June 2, 2016 |
| Last day for parties to file motion for final approval of class settlement and responses to objections to class settlement (Order at Conclusion ¶ 16.) | June 13, 2016 |
| Last day for parties to file responses to objections to class settlement. (Order at Conclusion ¶ 16.) | June 13, 2016 |

2

ORDER GRANTING JOINT STIPULATION TO AMEND CLASS
ACTION SETTLEMENT DEADLINES AND FINAL APPROVAL HEARING
CASE NO. 8:11-cv-01733-FMO (ANx)

| Event | New Deadline |
|---|---|
| Hearing on Final Approval of Class Action Settlement | June 30, 2016, 10 a.m. PST Courtroom 22, 312 North Springs St., Los Angeles, CA 90012 |

IT IS SO ORDERED.

Dated: December 22, 2015           _____/s/_____
                                                          Hon. Fernando M. Olguin
                                                          United States District Judge

3

ORDER GRANTING JOINT STIPULATION TO AMEND CLASS
ACTION SETTLEMENT DEADLINES AND FINAL APPROVAL HEARING
CASE NO. 8:11-cv-01733-FMO (ANx)