FILED
CLERK, U.S. DISTRICT COURT

February 3, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jloz___ DEPUTY

109 Hickory Woods Lane
Stratford, Connecticut 06614-1609
January 23, 2016

Judge Fernando M. Olguin
United States Courthouse
312 North Spring Street
Los Angeles CA 90012-4701

1) Re: Chambers et al. v. Whirlpool Corp.
    Case No. 8:11-cv-01733
2) My name is: Alexander Korzun 109 Hickory Woods Lane, Stratford, Connecticut 06614-1609
3) I bought a Kitchen Aid Dishwasher between Oct 2000 and Jan 2006
    Claim #WCH-12028247101.
4) Serial number is unknown since the dishwasher failed and was replaced by a new ASKO dishwasher in Dec of 2014.
5) My **objection** is that this settlement does nothing for the consumers and is only a way of generating cash payments for the lawyers.
6) **A rebate on new Whirlpool dishwasher is useless.** I now have a competitor's dishwasher that is working exceptionally well. I have no plans to replace it. It makes no sense that I would buy another piece of junk from Whirlpool. Junk is still junk no matter how big of a rebate.
The lawyers are getting cash of 19 million dollars.

**I believe a fairer settlement for the plaintiffs would be to take the 19 million dollar lawyer fees and divide that up; and give that to the people who were unfortunate enough to buy a Whirlpool product; and if the current proposed class action settlement is so good for the plaintiffs, give the lawyers the rebate on a new Whirlpool or Kenmore dishwasher.**

I hope that that you will consider what is in the best interests of the consumers who were unfortunate to buy a Whirlpool / Kenmore dishwasher. I do not plan to appear at your Fairness Hearing.

I appreciate the work that you are doing to help the plaintiffs.

Alexander Korzun

*[signature]*  1/23/2016

**Alexander Korzun**
109 Hickory Woods Ln
Stratford CT 06614-1609

WESTCHESTER NY 105
26 JAN 2015 PM 3 L

Clerk of the Court
United States Courthouse
312 North Spring Street
Los Angeles, CA
90012-4701

CLERK, U.S. DISTRICT COURT
RECEIVED
CENTRAL
BY
DISTRICT OF CALIFORNIA
DEPUTY
FEB - 1 2016

FOREVER/USA