|  |
|---|
| **FILED**<br>CLERK, U.S. DISTRICT COURT<br><br>FEB 08, 2016<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____vdr_____ DEPUTY |

Clerk of the Court

United States Courthouse

312 North Spring Street

Los Angeles, CA 90012-4701

**Re: Chambers et al. v. Whirlpool Corp. et al., Case No. 8:11-cv-01733**

I bought and currently own a dishwasher subject to the proposed settlement. It is a Whirlpool, Model GU2400XTPB6, Serial # FS4212363.

Objection to the proposed settlement is raised. The sum of $19 million as compensation to Plaintiff's attorney is excessive. Plaintiff's attorney should be required to account for number of hours spent by attorney on this case. Reasonable compensation could then be calculated. Meanwhile, customers who had to buy new dishwashers are to be reimbursed up to $300. That seems unfair to the people of the Class who are supposedly being helped by the Court, compared to the very large sum being collected by the individual(s) who filed papers with the Court merely spelling out the complaint. Similarly, a 15% discount on a new dishwasher seems to offer a choice between spending what is still a major amount of money on a product made by the same companies as those named in the suit on one hand, or living with an appliance that is a fire hazard on the other.

It is also objected that the payment of $100,000 to Mr. Steve Chambers in order to purchase two websites is excessive, and another example of Court insiders benefitting at the expense of the "Class" who suffered injury.

In the interest of fairness, these unreasonable payments should be trimmed and the proceeds distributed to members of the Class in the form of better reimbursement towards a new dishwasher. Alternatively or in addition, these expenses could be controlled and the sum payable by defendants could be reduced.

I do not intend to appear or speak at the Fairness Hearing.

Signed,                                                                  Dated,

*Frances Wolfson*                                                 2-3-16

Frances F. Wolfson

1211 Woodmont Ave.

Williamsport, PA 17701



Ms. Frances F. Wolfson
1211 Woodmont Avenue
Williamsport, PA 17701-2049

Clerk of the Court
U.S. Courthouse
312 N. Spring St
Los Angeles, CA 90012
90012-4701