# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No: 8:11-cv-01733-FMO (ANx)<br><br>**ORDER GRANTING JOINT STIPULATION [206] TO AMEND CLASS ACTION SETTLEMENT DEADLINES AND FINAL APPROVAL HEARING**<br><br>The Honorable Fernando M. Olguin |

The Court, having read and considered the parties' Joint Stipulation to Amend Class Action Settlement Deadlines and Final Approval Hearing, and good cause having been shown, hereby grants the Stipulation and amends the Order Certifying Class Action, Preliminarily Approving Class Action Settlement and Class Notice, and Setting Final Fairness Hearing ("Order") (ECF No. 199) as follows:

| Event | New Deadline |
|---|---|
| Last day for Settlement Administrator to mail or email remaining notices (Joint Stipulation (2)2.b.) | February 25, 2016 |
| Last Day for Settlement Administrator to File Declaration of Compliance (Joint Stipulation (2)2.d.) | March 1, 2016 |
| Last day for Plaintiffs to file Motion for Attorneys' Fees | April 22, 2016 |

| Event | New Deadline |
|---|---|
| and Costs (Order at Conclusion ¶ 15.) | |
| Last day for class members to submit / file objections to settlement (Order at Conclusion ¶ 11, Joint Stipulation 2(2.i).) | May 27, 2016 |
| Last day for class members to postmark for mailing, or have settlement administrator receive, requests for exclusion from class settlement (Order at Conclusion ¶ 11.) | May 27, 2016 |
| Last day for class members or their counsel to file a notice of entry of appearance and a notice of intention to appear at the Court's fairness hearing (Order at Conclusion ¶ 12.) | May 27, 2016 |
| Last day for Defendants or class members to file opposition or objections to Plaintiffs' motion for attorneys' fees and costs (Order at Conclusion ¶ 15.) | May 27, 2016 |
| Last day for Settlement Administrator to provide Class Counsel and Defendants list of opt-outs (Settlement Agreement § VIII.B.) | June 6, 2016 |
| Last day for class members to postmark, for mailing, claims for replacement dishwasher cash rebates or for past overheating events (Order at Conclusion ¶ 13.) | June 27, 2016 |
| Last day for parties to file motion for final approval of class settlement and responses to objections to class | July 8, 2016 |

2

ORDER GRANTING JOINT STIPULATION TO AMEND CLASS
ACTION SETTLEMENT DEADLINES AND FINAL APPROVAL HEARING
CASE NO. 8:11-cv-01733-FMO (ANx)

| Event | New Deadline |
|---|---|
| settlement (Order at Conclusion ¶ 16.) | |
| Last day for class counsel to file reply in support of motion for attorneys' fees and costs and responding to objections (Order at Conclusion ¶ 15.) | July 8, 2016 |
| Hearing on Final Approval of Class Action Settlement | August 25, 2016 at 10 a.m. PST Courtroom 22 312 North Spring St. Los Angeles, CA 90012 |

IT IS SO ORDERED.

Dated: February 23, 2016        _____/s/_____
                                                      Hon. Fernando M. Olguin
                                                      United States District Judge

3

ORDER GRANTING JOINT STIPULATION TO AMEND CLASS
ACTION SETTLEMENT DEADLINES AND FINAL APPROVAL HEARING
CASE NO. 8:11-cv-01733-FMO (ANx)