US District Court
312 North Spring St.
Los Angeles California
90012 – 4071



FILED
CLERK, U.S. DISTRICT COURT

MAR 1 0 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

March 7, 2016

To whoever it may concern,          Re: Case number 8:11-cv-01733-FMO (ANx)

I have been registered as a class member in the case of Chambers at al. v. Whirlpool
Corporation at al. ( Claim # 13210091501). I purchased a Kenmore dishwashing machine
between October 2000 and January 2006. The model number of the machine is 665.
16033402 with a serial number F53502078. I wish to voice an **objection** to the settlement
in the subclass, "Future Overheating."

I understand the plaintiff's claim that over heating elements in the dishwashers is of
concern. While I understand that the defendants have not admitted to any wrongdoing, it
does appear that such overheating has occurred, though infrequent. The fact that there us
a subclass entitled **Future Overheating** suggests a continuing concern for the possibility
that overheating, smoke, sparks, and damage to the surroundings may occur.

This uncertainty leads to anxiety about one's family's health and safety among the owners
of the offending dishwashers  for two years following the notice date. The settlement, as
structured, does not compensate those owners for their anxiety and concern for the next
two years. If there is a real risk of overheating, an owner of the affected machines may
wish to replace their machine promptly as a preventive action to preempt the possibility
of fire over the next two years.

I believe some financial compensation to at least partially relieve the expense of that
replacement is appropriate in order to compensate for the concern and anxiety inherent
over the next two years if the machine is not replaced. I would leave it to the court to
decide the level of compensation based upon the agreed-upon compensation in the
settlement and the level of anxiety and concern implied by continued ownership of the
potentially offending dishwashing machines.

Thank you for your attention in this matter.

Sincerely,

Joel Rubenstein M.D.
34 Bonad Rd.
West Newton, Massachusetts
02465
email: docrube@massmed.org

J.J. Rubenstein
34 Bonad Rd.
West Newton, Ma.
02465

U.S. District Court
312 North Spring St.
Los Angeles, California
90012 - 4701

BOSTON MA 021

03 MAR 2016 PM 1

RECEIVED
CLERK, U.S. DISTRICT C.

MAR 10 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FMO