JAMES P. TIERNEY
1790 Pinetree Dr
Trenton, MI 48183
734-265-0837
Email: j.tierney7@gmail.com

JAMES P. TIERNEY, IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
APR 18 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>　　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>　　　　　　　　　Defendant(s). | Case No.: 8:11-cv-01733-FMO (ANx)<br><br>**CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS**<br><br>The Honorable Fernando M. Olguin<br><br>Date:<br>Time:<br>Courtroom: |

　　I have questions about the appropriateness of the attorneys' fees and other payouts proposed in the settlement. These might not be considered in this particular hearing, but I ask that they be considered in whatever subsequent hearing(s) where these would be pertinent.

　　In the postcard entitled "NOTICE OF PROPOSED CLASS ACTION SETTLEMENT" regarding this lawsuit, I read that "the lawyers for Plaintiffs and the class (Class Counsel) will request up to $19 million in attorneys' fees plus reimbursement of costs, as well as a service award of $4,000 to be paid to each Class Representative and an additional $100,000 to purchase two websites from Class Representative Steve Chambers." Each of these seem excessive, particularly the $19 million in attorney's fees. Even at $400 per hour, this would be compensation for 47,500 hours, which represents over 22 years of full-time work (40 hours per week, 52 weeks per year) –

and, of course, most of the work on this case is actually being done by legal assistants and secretaries at a much lower billing rate.

I am a firm believer in consumer protection and the need, at times, for litigation to support this, but the scale of this compensation seems highly disproportionate. Exorbitant legal compensation costs all of us, and it also incentivizes spurious lawsuits. I respectfully ask the court to review these requests thoroughly by whatever means apropos, perhaps including the requesting of billing records and itemized time statements from the plaintiffs' attorneys and appropriate Class Representatives.

DATED: February 16, 2016

JAMES P. TIERNEY
In Pro Per



Envelope:
JAMES P TIERNEY
1790 PINETREE DR
TRENTON, MI 48183

ATTN: FILING AN/
OBJECTION,
Case No.:
8:11-cv-01733-FMO (AN x)

U.S. District Court for the
Central District of California
312 North Spring St
Los Angeles, CA 90012

Stamp: RECEIVED APR 18 2016 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY __ DEPUTY