Case No. 8:11-cv-01733-FMO (ANx)

Jeffrey M. Cohon (CSBN 131431)
Howard Pollak (CSBN 147077 )
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs*

MOTION FOR ATTORNEYS' FEES AND EXPENSES AND FOR SERVICE AWARDS FOR PLAINTIFFS
CASE NO. 8:11-cv-01733-FMO (ANx)      1

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (ANx)<br><br>Honorable Fernando M. Olguin<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND FOR SERVICE AWARDS FOR PLAINTIFFS**<br><br>Date:  August 25, 2016<br>Time:  10:00 am<br>Place:  Courtroom 22 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 25, 2016, at 10:00 am, or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin, in Courtroom 22 of the United States District Court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs and Class Counsel[1] in the above-captioned matter will, and hereby do, move the Court for an Order: (a) awarding attorneys' fees in the amount of $15 million, plus reimbursement of litigation expenses in the amount of $ 508,292.67 (plus any additional reasonable expenses incurred by Class Counsel with respect to notice, claims administration, Final Approval, and any appeals related to settlement approval, through the Effective Date); (b) awarding Plaintiffs service awards in the amount of $4,000 each for their

---

[1] "Class Counsel" consists of the following law firms: Rifkin Weiner Livingston, LLC (f/k/a Rifkin, Weiner, Livingston, Levitan & Silver, LLC), Cohon & Pollak, LLP, Chimicles & Tikellis LLP, Weinstein Kitchenoff & Asher LLC, and Leiff Cabraser Heimann & Bernstein, LLP ("LCHB"). Charles Fax of Rifkin Weiner, LLC, and Steven Schwartz and Timothy Mathews of Chimicles & Tikellis LLP are "Co-Lead Counsel." Unless otherwise noted, all capitalized terms used herein have the meaning ascribed in the Settlement Agreement.

1  commitment and efforts on behalf of consumers nationwide; (c) approving the sale
2  of Plaintiff Steve Chambers' two websites to Defendant Whirlpool for $100,000;[2]
3  and (d) awarding any other relief that the Court deems just and appropriate.

4      As discussed in the accompanying memorandum, the amounts requested are
5  fair, reasonable and appropriate under applicable law, and are well-justified in this
6  case.

7      This Motion is based on the accompanying Memorandum of Points and
8  Authorities, the supporting declarations and exhibits filed concurrently herewith, all
9  pleadings and documents on file, and such evidence and arguments as may properly
10  come before the Court at the hearing.

11  Dated: May 6, 2016        Respectfully submitted,

        */s/ Charles S. Fax*
Charles S. Fax (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com

Plaintiffs' Co-Lead Counsel

---

[2] Mr. Chambers' original website is www.KitchenAidfire.com. He developed a related site, www.whirlpoolsafetydefects.com, after the parties' first mediation session.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

H0053955.2

**MOTION FOR ATTORNEYS' FEES AND EXPENSES AND FOR SERVICE AWARDS FOR PLAINTIFFS**
**CASE NO. 8:11-cv-01733-FMO (ANx)**