Case No. 8:11-cv-01733-FMO (ANx)

Jeffrey M. Cohon (CSBN 131431)
Howard Pollak (CSBN 147077 )
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs*

H0053955.2

1

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (ANx)<br><br>Honorable Fernando M. Olguin<br><br>**ORDER GRANTING UNOPPOSED APPLICATION BY PLAINTIFFS TO FILE CERTAIN DOCUMENTS AND INFORMATION UNDER SEAL IN CONJUNCTION WITH NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND FOR SERVICE AWARDS FOR PLAINTIFFS FILED THIS DATE**<br><br>Date:  August 25, 2016<br>Time:  10:00 am<br>Place:  Courtroom 22 |

Plaintiffs, Steve Chambers, *et al.*, by their counsel, pursuant to Local Rule 79-5, having file an unopposed application to file certain documents and information under seal in conjunction with their Notice of Motion and Motion for Award of Attorneys' Fees and Expenses and for Service Awards for Plaintiffs filed this Date; and having shown the Court that there are two categories of material that Plaintiffs wish to file under seal, the first consisting of confidential, proprietary data of Whirlpool reflecting the number of dishwashers at issue shipped in commerce yearly, between 2000-2011; the number of subject dishwashers still in service; the number of replacement control boards installed; and data regarding those boards (**marked as Exhibits 2 and 4 to Plaintiffs' Application**), and the second consisting of the raw time entry and expense records of Class Counsel in this case (**marked as Exhibits 6, 8, 10, 12 and 14 to Plaintiffs' Application**); and the Court being advised in the premises, and finding that there is good cause for filing the referenced exhibits under seal,

IT IS BY THE COURT THIS __9th__ day of __May__, 2016,

2

ORDERED that Plaintiffs' unopposed Application shall be, and the same hereby is, GRANTED, and

IT IS FURTHER ORDERED that the following papers shall be filed under seal in accordance with L.R. 79-5: **Exhibits 2, 4, 6, 8, 10, 12 and 14 to Plaintiffs' unopposed Application**.

SO ORDERED.

/s/
United States District Judge