Jeffrey M. Cohon, Esq. (CSBN 131431)
Kristina S. Keller, Esq. (CSBN 161946)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California 90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax, Esq. (*pro hac vice*)
Liesel Schopler, Esq. (*pro hac vice*)
**RIFKIN, WEINER, LIVINGSTON, LEVITAN & SILVER LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rlls.com; lschopler@rlls.com

David H. Weinstein, Esq. (CSBN 43167)
Robert Kitchenoff, Esq., (admitted *pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com; kitchenoff@wka-law.com

Steven A. Schwartz, Esq. (*pro hac vice*)
Timothy N. Mathews, Esq. (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com; tnm@chimicles.com

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY CHART OF HOURS SPENT BY CO-LEAD COUNSEL'S FIRM
CASE NO. 8:11-cv-01733-FMO-MLG

| | |
|---|---|
| 1 | Nicole Sugnet, Esq. (CSBN 246255) |
| 2 | **LEIFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 3 | 275 Battery Street, 29th Floor |
| 4 | San Francisco, California 94111-3339 |
| 5 | Telephone: (415) 956-1000 |
| 6 | Telecopier: (415) 956-1008 |
|   | klaw@lchb.com; nreynolds@lchb.com |
| 7 | Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE CHAMBERS,** *et al.*, | Case No. 8:11-cv-01733-FMO-MLG |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUMMARY CHART OF HOURS SPENT BY CO-LEAD COUNSEL'S FIRM IN THE PROSECUTION OF THIS CASE** |
| v. | |
| **WHIRLPOOL CORPORATION,** *et al.*, | |
| Defendants. | The Honorable Fernando M. Olguin |

Plaintiffs, by their counsel, hereby move for leave to submit, as a supplement to Plaintiffs' Motion for Award of Attorneys' Fees and Expenses and For Service Awards for Plaintiffs (ECF 218), a summary chart of hours spent by the law firm of co-lead counsel, Charles S. Fax – the firm of Rifkin Weiner Livingston, LLC (f/k/a Rifkin, Weiner, Livingston, Levitan & Silver, LLC) – in the prosecution of this case. That chart is attached hereto as **Exhibit 1**. A complete recapitulation of all of the firm's time and detailed expenses has been submitted under seal (ECF 222) as part of the underlying motion, and has been served on defense counsel for Whirlpool and Sears.

2

1  This summary chart of hours is being filed on the public docket. Counsel for Whirlpool
2  and Sears have advised co-lead counsel for Plaintiffs that Defendants do not oppose the
3  granting of this Motion.
4        WHEREFORE, for the reasons stated hereinabove, Plaintiffs respectfully move
5  for entry of an Order authorizing the filing of a summary chart of hours spent by the
6  law firm of co-lead counsel, Charles S. Fax, appended hereto as Exhibit 1. A proposed
7  Order granting this relief is submitted herewith.

Dated: May 20, 2016

                                     Charles S. Fax
                              Charles S. Fax, Esquire (*pro hac vice*)
                              Liesel Schopler, Esquire (*pro hac vice*)
                              Rifkin, Livingston, Levitan & Silver, LLC
                              7979 Old Georgetown Road, Suite 400
                              Bethesda, Maryland 20814
                              Telephone: (301) 951-0150
                              Telecopier: (301) 951-0172
                              Counsel for Plaintiffs

3

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
SUMMARY CHART OF HOURS SPENT BY CO-LEAD COUNSEL'S FIRM
CASE NO. 8:11-CV-01733-FMO-MLG

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2016, I served the foregoing Plaintiffs' Unopposed Motion for Leave to File Summary Chart of Hours Spent by Co-Lead Counsel's Firm by electronic mail on the following:

>Michael T. Williams
>Williams@wtotrial.com
>Galen Bellamy
>bellamy@wtotrial.com
>Catherine R. Ruhland
>ruhland@wtotrial.com
>Wheeler Trigg O'Donnell LLP
>370 17th Street, Suite 4500
>Denver, Colorado 80202
>Telephone: (303) 244-1 00
>Facsimile: (303) 244-1879
>Attorneys for Defendants
>
>Dean J. Zipser (SBN 094680)
>dzipser@umbergzipser.com
>Carole E. Reagan
>creagan@umbergzipser.com
>Umberg Zipser LLP
>1920 Main Street, Suite 200
>Irvine, California 92614

     Charles S. Fax
     Charles S. Fax

4

PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
SUMMARY CHART OF HOURS SPENT BY CO-LEAD COUNSEL'S FIRM
CASE NO. 8:11-CV-01733-FMO-MLG