| | |
|---|---|
| Eric Alan Isaacson (120584)<br>ericalanisaacson@icloud.com<br>6580 Avenida Mirola<br>La Jolla, CA  92037<br>Telephone:  (858) 263-9581 | C. Benjamin Nutley (177431)<br>nutley@zenlaw.com<br>1055 E. Colorado Blvd., 5th Floor<br>Pasadena, California  91106<br>Telephone:  (626) 204-4060<br>Facsimile:  (626) 204-4061 |

John W. Davis (200113)
john@johnwdavis.com
501 W. Broadway, Suite 800
San Diego, CA  92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Attorneys for Objector Kara Bowes

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, et al.,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO-AN<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Eric Alan Isaacson hereby appears on behalf of Kara Bowes in the above-captioned action. All pleadings and other papers served in this matter should also be directed to the attention of:

Eric Alan Isaacson
6580 Avenida Mirola
La Jolla, CA  92037
Telephone:  (858) 263-9581
E-Mail:  ericalanisaacson@icloud.com

Dated: May 31, 2016

_____
Eric Alan Isaacson (120584)
ericalanisaacson@icloud.com
6580 Avenida Mirola
La Jolla, CA  92037
Telephone:  (858) 263-9581

*Attorney for Objector Kara Bowes*