FILED
CLERK, U.S. DISTRICT COURT

MAY 31 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk of Court
United States Courthouse
312 North Spring Street
Los Angeles CA 90012-4701

Chambers et al. v. Whirlpool Corp. et al.
Case No. 8:11-cv-01733

Rosalie Bunge Dundas
880 Mound Street
Saint Paul MN 55106

Own a KitchenAid purchased 2/7/02
Model KUDM01TJ
Serial FL5237343

Although I do not object to the settlement, I do think that Whirlpool should do a recall and repair the dishwashers, before an overheating event, as a preventative measure.

*Rosalie Bunge Dundas*
May 26, 2016



Rosalie Bunge
880 Mound St.
Saint Paul, MN 55106-6319

Clerk of Court
United States Courthouse
312 North Spring Street
Los Angeles CA
90012-4701