

Clerk of the Court
United States Courthouse
312 No Spring Street
Los Angeles, Ca 90012-4701                                5/27/16

To Whom It May Concern:
Re: Chambers et al. v. Whirlpool Corp. et al., Case No. 8:11-cv-01733

    I, Steven Ellis Rogers, object to the terms of this settlement. We purchased a KitchenAid-, Kenmore-, or Whirlpool-brand Dishwasher manufactured between October 2000 and January 2006. Around 7 or 8 years ago it started on fire. We were unable to replace it for around 8 months and had to wash all our dishes by hand. We purchased an Electrlux to replace it. As this happened such a long time ago, we have no documentation of the new purchase. I have called Lowe's corporate office and they have informed me that they cannot look up records beyond five years. This is the same thing that the credit card company has told me. I believe that this settlement should not require documentation of events that occurred this far back. Since the warranty is expired on our new dishwasher, we have no proof, and yet we are exactly the people who were affected by this overheating. We were lucky to have been awake as flames were shooting out of the dishwasher.
    It seems obvious that since they have our name and address then it can be proven that we indeed had this dishwasher. Please consider removing the burden of proof from the consumers that this settlement is designed to protect.
Sincerely,

Steven E Rogers
13020 16th ST NE
Lake Stevens, WA 98258

P.O. Box 1324
Lake Stevens, WA 98258

SEATTLE WA 980
27 MAY 2016 PM 6 L

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 31 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Clerk of the Court
United States Courthouse
312 No Spring St
Los Angeles, CA 90012-4701