Case 8:11-cv-01733-FMO-AN   Document 239   Filed 05/31/16   Page 1 of 5   Page ID #:6460

FILED
MAY 3 1 2016
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Objection to the settlement terms of Chambers et al. v. Whirlpool Corp. et al., Case No. 8-11-cv-01733

I am Vicki M. Finn. I currently reside at 7210 SW Sharon Lane in Portland, OR 97225. On 11/28/2003, I purchased a KitchenAid undercounter dishwasher – KUDP01ILBL-SP Serial Number FP4601373. It was installed at my former residence (15480 SW Woodwind Court, Beaverton, OR 97007) by Standard TV and Appliance on 11/29/2003. On January 22, 2011, I experienced an electrical fire in the dishwasher. I documented this in my letter of January 31, 2011 to Mr. Jeff Fettig of Kitchenaid (see exhibit A). At the time I found KitchenAid employees to be unconcerned and callous about the magnitude of the event I experienced. I tried for 3 days to impress upon KitchenAid the seriousness of the electrical fire, but to no avail. In my final conversations with employee Leah (866-817-5404 ext. 6919, I do not have a record of her last name) in February, 2016, I was informed that if I had retained the damaged dishwasher, KitchenAid would have sent someone to examine it, and I might have been entitled to reimbursement. Had I been told of this "policy" in the days immediately following the fire, I would have gladly done so, but instead I had been told by KitchenAid that I was responsible for incurring additional costs in order for them to inspect the damage to a dishwasher that was not salvageable. I found this astounding. An undue burden had been placed on consumers for a safety responsibility that clearly belonged to KitchenAid. Exhibit B is a copy of the replacement dishwasher I purchased for a total of $683.

In all my dealings with KitchenAid, I hoped that <u>at the very least</u> KitchenAid would modify the safety warnings in future owner's manuals to prevent owners from experiencing what I experienced. In my case, the smell of burning plastic was evident days before my electrical fire. At the time, the owner's manual gave me no indication that this could be something serious. I found and continue to find KitchenAid negligent. Electrical fires do happen and consumers are owed guidance in order to avoid them. Even today, in my search of the owner's manuals of new models of KitchenAid washers, I can find no warnings to help consumers avoid what happened to me. By not providing adequate warnings to consumers of the possibility of electrical fires, KitchenAid continues to show a disregard for consumer safety and puts owners of their product at risk. The settlement in Chambers et al. v. Whirlpool Corp. et al. of $200, for consumers who experienced what I did, is woefully inadequate and unfair. KitchenAid is not adequately compensating me for my economic loss, wasted time, emotional pain, and physical suffering caused by the electrical fire.

At this time, I give you notice of my intent to appear on my own behalf at the Fairness Hearing on August 25, 2016.

Sincerely,

*Vicki M. Finn*

Vicki M. Finn
May 22, 2016

*Exhibit A*

Jeff M. Fettig
Kitchen Aid
701 Main Street
St. Joseph, MI 49085-0218

January 31, 2011

Dear Mr. Fettig,

I write to express my concern over the safety of your Kitchen Aid dishwashers and how your company handled my attempts to address what went wrong.

On Saturday, January 22, I started my dishwasher and ran out to run some errands. I later returned home to find my house full of smoke and electrical smells. The front panel of my 7 year old Kitchen Aid Model KUDP01IL had a protruding bulge where the plastic had melted. The interior of the unit still had water inside and there was a smoky residue floating in the water. The unit was completely unresponsive. The smell in the house was intense and I aired it for several hours. I searched your Use and Care Guide for some guidance and found nothing to help me. I called Kitchen Aid your Customer Service number and entered all my information only to be told by the computer that you were closed. I called the dealer where I bought it (Standard Appliance) who told me that Kitchen Aid's have an average life of 12-14 years. Based on what I explained to them, they felt I had experienced an electrical fire. They seemed surprised by this; this was something out of the ordinary, and suggested that I contact Kitchen Aid Customer Service on Monday. On Monday, I tried to call your Customer Service number again. After 22 minutes on hold, I gave up as I was already late for work. By the time I got home from work, your Customer Service was closed.

Finally on Tuesday, January 24, I was able to speak to an agent who told me she could send someone out to service the unit, but I would have to pay for the visit. I asked her about why there were so many fires being reported on the web at kitchenaidfire.com. She said the unit was not under recall, that she was sorry I had a fire, but there was nothing she could do other than send someone out at my expense to check on the unit. She would also make a note of it in my file in the event that there was a future recall. I found this callous and nonchalant approach to be truly unbelievable. Why wouldn't Kitchen Aid be willing to send someone to my house free of charge to check on a very serious safety issue? Wouldn't you want to know what went wrong? Totally dumbfounded, I asked the agent just to be sure, if she was certain this was all she could do to help me. She answered that she could send someone out at my expense. I made the decision at that point to end my relationship with your company. I was not willing to spend more money on something that I knew was unsafe. I could not tell you how disappointed I was. Your website speaks to the pride you have in "taking care of our family." I can truly say that I don't know what that means if in a situation such as mine, you left me to fend for myself.

That same day, no longer trusting your product or your company's commitment to safety, I went to the store and purchased a Bosch. It was installed on January 25.

Your handling of this incident shows a serious disregard for ensuring product quality and safety. I can no longer trust your brand. You have not taken care to adequately warn consumers of possible total system failure. You need to revisit your Use and Care Guides. In my case for a few days prior to the electrical fire, I had smelled a faint overheating smell while the dishwasher was running. When I checked the Use and Care Guide, it suggested that it might be burning plastic ware inside the washer. I checked for this and found nothing. Had there been at least a possible warning such as "in rare circumstances, your control board may be about ready to catch on fire, so please stop using the washer and get service now," I would have paid for a technician to come out to the house and would have prevented what could have been a serious tragedy. My 6th grader was in the house alone when this fire took place. I cringe to think what if I had not returned when I did.

Finally, this experience led me to use www.applianceblog.com for the first time. I find it very curious that the person who responded to my questions about fires was extremely encouraging writing back that I should just call Kitchen Aid and explain what happened as they would certainly want to send someone out to document what occurred. Maybe you should consider hiring the appliance bloggers as Customer Service agents. They get it.

I hope this letter will spur you to action to reconsider your Safety Warnings and Customer Service procedures when fires are involved. Never in a million years would I have expected this type of reaction to something so serious from a company with such an admirable product and what I thought was a good safety track record.

Sincerely,

Vicki Finn

15480 SW Woodwind Ct.
Beaverton, OR 97007

Exhibit B

# Standard TV & Appliance

| MAIN STORE: | BEAVERTON STORE: | HOLLYWOOD STORE: | BEND STORE: |
|---|---|---|---|
| 5240 S.E. 82nd Avenue | 3600 SW Hall Blvd. | 1205 NE 33rd Avenue | 63736 Paramount Drive |
| Portland, Oregon 97266-4804 | Beaverton, Oregon 97005 | (Corner of 33rd & Sandy) | Bend, Oregon 97701 |
| Sales: 503-777-3377 • FAX 503-771-1922 | Sales: 503-619-0500 | Portland, Oregon 97232 | Sales: 541-388-0088 |
| 1-800-398-7177 | FAX: 503-619-0510 | Sales: 503-542-5120 | FAX: 541-389-0778 |
| Service: 503-775-5695 • FAX 503-775-5934 | | | |

FOR DELIVERY TIMES CALL: 503-777-3377

BILL/SOLD TO: FINNV15484    DELIVER TO:    SALESPERSON #1: RAMONA    ORDER NO: 0125100FCNQ
                                                                       WRITTEN DATE: 01/25/11
VICKY  FINN              VICKY  FINN                                   REPRINT DATE: 05/23/16
15480 SW WOODWIND CT     15480 SW WOODWIND CT     SALESPERSON #2:      TYPE: SAL    SORT: NET
ALOHA        OR 97007    ALOHA        OR 97007                         ORDER STATUS: F
BUSINESS PH: 503-216-7172 EXT:   BUSINESS PH: 503-216-7172 EXT:        D   DATE: 01/25/11
HOME PHONE: 503-643-4137    HOME PHONE: 503-320-1165                   ZONE: SW1

ORDER COMMENTS: customer has to leave by 1:30   please install and haul old
                off of 152nd....rgj

EXTD. PRICES LISTED BELOW
DOES NOT INCLUDE INSTALLATION.

| QTY | LOC. | SKUs | VENDOR | STOCK NUMBER/DESCRIPTION | COLOR AND OR SIZE | UNIT PRICE | EXTD.PRICE |
|---|---|---|---|---|---|---|---|
| 1.00 | W01082 | 230A46040 | BOSC | DISH SHE5AL65UC-WH | STAINLESS | 549.00 | 549.00 |
| WR 10-11 | | | | SS 5 CYCL 2 OPT 53dBA STAINLES | SERIAL#: FD901000535   ID#: | | |
| 1.00 | 2WHSE | 790065075 | ISAI | INST STANDARD-DISHWASHER | PARTS EXTRA | 134.00 | 134.00 |
| | | | | Install Domestic Dishwasher | SERIAL#:   ID#: | | |
| 1.00 | | 790051836 | ACCS | COVERS DIRECT CHANGE OUT WITH | NO ELECTRICAL OR PLUMBING | .00 | .00 |
| | | | | MODIFICATION OR PARTS | SERIAL#:   ID#: | | |

SPECIAL ORDER ITEMS ARE SUBJECT TO A NON-REFUNDABLE DEPOSIT, RETURNS ARE SUBJECT TO A RE-STOCKING FEE
MERCHANDISE WHICH HAS BEEN INSTALLED IS NOT RETURNABLE

| | Method of payment for BALANCE DUE: | | |
|---|---|---|---|
| I HEREBY DECLINE ENHANCED SERVICE PROTECTION AT | COD Amount: .00 | SUBTOTAL: | 683.00 |
| THIS TIME. | Finance Amount: .00 | Delivery: | .00 |
| | | Tax: | .00 |
| SIGNED: _____ | Finance Company: | TOTAL PURCHASE: | 683.00 |
| | Approval Code: | Payments received: | .00 |
| | | BALANCE DUE: | .00 |

Purchase of the above merchandise, at the price stated above and receipt of copy of this invoice are hereby acknowledged. If payment is made by check, delivery of title to the merchandise is subject to collection of the check. If this is finance purchase, customer acknowledges that it is pursuant and subject to terms and conditions of the buyer's finance agreement with seller. The payment of sales or use tax outside the State of Oregon is the sole responsibility of the purchaser.
ALL PURCHASES ARE FOB PORTLAND, OR. ALL DELIVERIES OUTSIDE THE STATE OF OREGON MUST BE ARRANGED BY PURCHASER WITH COMMON CARRIER.

CUSTOMER SIGNATURE: _____    THANK YOU FOR ALLOWING US TO EARN YOUR BUSINESS! WE DO APPRECIATE IT!



Court
Clerk of the Court
United States Courthouse
310 North Spring St.
Los Angeles, CA 90012-4701

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 31 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Vicki Finn
7210 SW Sharon Ln.
Portland, OR 97225