# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, et al., all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 11-1733 FMO (ANx)<br><br>**ORDER RE: DEFENDANTS' UNOPPOSED MOTION FOR EXTENSIONS OF TIME** |

Having read and considered defendants' Unopposed Motion for Extensions of Time for Defendants' Response to Plaintiffs' Motion for Attorneys' Fees and for Plaintiffs' Reply (Dkt. 240, "Motion"), and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The Motion (**Document No. 240**) is **granted in part** and **denied in part** as follows.

2. Defendants' Response to Plaintiffs' Motion for Attorneys' Fees shall be filed with this Court no later than **June 24, 2016**.

3. Plaintiffs' Reply in support of their Motion for Attorneys' Fees shall be filed with this Court on or before **July 22, 2016**.

This extension applies only to the above two deadlines, and not to any other settlement deadline in this case.

Dated: June 13, 2016 _____/s/_____
Hon. Fernando M. Olguin
United States District Judge