| | |
|---|---|
| Jeffrey M. Cohon (CSBN 131431)<br>Howard Pollak (CSBN 147077)<br>COHON & POLLAK, LLP<br>10250 Constellation Boulevard, Suite 2320<br>Los Angeles, California 90067<br>Telephone: (310) 231-4470<br>Facsimile: (310) 231-4610<br>jcohon@cohonpollak.com<br>tnm@chimicles.com | Steven A. Schwartz (pro hac vice)<br>Timothy N. Mathews (pro hac vice)<br>CHIMICLES & TIKELLIS LLP<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>Telecopier: (610) 649-3633<br>sas@chimicles.com<br>tnm@chimicles.com |
| Charles S. Fax (pro hac vice)<br>Liesel J. Schopler (pro hac vice)<br>RIFKIN, WEINER, LIVINGSTON,<br>LEVITAN & SILVER LLC<br>7979 Old Georgetown Road, Suite 400<br>Bethesda, Maryland 20814<br>Telephone: (301) 951-0150<br>Telecopier: (301) 951-6535<br>cfax@rwlls.com<br>lschopler@rwlls.com | Nicole D. Sugnet (State Bar No. 246255)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>nsugnet@lchb.com |
| David H. Weinstein (CSBN 43167)<br>Robert Kitchenoff (pro hac vice)<br>WEINSTEIN KITCHENOFF &<br>ASHER LLC<br>100 South Broad St., Suite 705<br>Philadelphia, Pennsylvania 19110-1061<br>Telephone: (215) 545-7200<br>Telecopier: (215) 545-6535<br>weinstein@wka-law.com<br>kitchenoff@wka-law.com | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>　　　　　Defendants. | Case No. 8:11-cv-01733-FMO-AN<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO DISQUALIFY ATTORNEY JOSEPH DARRELL PALMER**<br><br>Date:　　　July 28, 2016<br>Time:　　　10:00 a.m.<br>Courtroom: 22, 5th Floor<br>Judge:　　　Hon. Fernando M. Olguin |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that on July 28, 2016, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Fernando M. Olguin of the United States District Court, Central District of California, located at Courtroom 22, 312 North Spring Street, Los Angeles, CA 90012, Plaintiffs will and hereby do move this Court to disqualify attorney Joseph Darrell Palmer, who is currently suspended from practicing law in California.

Plaintiffs' motion is based on this Notice, the accompanying Memorandum in Support of Plaintiffs' Motion to Disqualify Attorney Joseph Darrell Palmer, the accompanying Declaration of Jeffrey M. Cohon in Support of Plaintiffs' Motion to Disqualify Attorney Joseph Darrell Palmer, the proposed order filed herewith, the record in this case, and any additional argument and evidence the Court may consider.

Plaintiffs' Counsel have not met and conferred with attorney Joseph Darrell Palmer prior to filing this Motion pursuant to Local Rule 7-3, because Mr. Palmer can no longer practice law, act as an agent for his objector clients, or otherwise purport to represent his clients in this litigation due to his suspension. See, *Business and Professions Code* § 6117 ("During [] disbarment or suspension, the attorney shall be precluded from practicing law."); *Czekus v. Knipp*, No. C-13-2928-EMC (pr), 2014 WL 3726105, at *4 (N.D. Cal. July 25, 2014) (attorney can no longer act on a client's behalf or as an agent of a client once suspended). *In re Naney* (1990) 51 Cal.3d 186, 195 ["The significance of a suspension is to bar the individual from practicing until the expiration of the suspension period."] *See also*, *People v. Barillas*, (1996) 45 Cal.App.4th 1233, 1240 (fn. 6).

| | | |
|---|---|---|
| 1 | Dated: June 22, 2016 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| 5 | | Jeffrey M. Cohon (CSBN 131431)<br>Howard Pollak (CSBN 147077 )<br>**COHON & POLLAK, LLP** |
| 6 | | 10250 Constellation Boulevard, Suite 2320<br>Los Angeles, California 90067 |
| 7 | | Telephone: (310) 231-4470<br>Facsimile: (310) 231-4610 |
| 8 | | Charles S. Fax (*pro hac vice*) |
| 9 | | **RIFKIN, WEINER, LIVINGSTON,<br>LEVITAN & SILVER LLC** |
| 10 | | 7979 Old Georgetown Road, Suite 400<br>Bethesda, Maryland 20814 |
| 11 | | Telephone: (301) 951-0150<br>Telecopier: (301) 951-6535 |
| 12 | | David H. Weinstein (CSBN 43167) |
| 13 | | Robert Kitchenoff (pro hac vice)<br>**WEINSTEIN KITCHENOFF &** |
| 14 | | **ASHER LLC**<br>100 South Broad St., Suite 705 Philadelphia, |
| 15 | | Pennsylvania 19110-1061<br>Telephone: (215) 545-7200 |
| 16 | | Telecopier: (215) 545-6535 |
| 17 | | Steven A. Schwartz (pro hac vice) |
| 18 | | Timothy N. Mathews (pro hac vice)<br>**CHIMICLES & TIKELLIS LLP** |
| 19 | | 361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041 |
| 20 | | Telephone: (610) 642-8500<br>Telecopier: (610) 649-3633 |
| 21 | | |
| 22 | | Nicole D. Sugnet (State Bar No. 246255)<br>**LIEFF CABRASER HEIMANN &** |
| 23 | | **BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor |
| 24 | | San Francisco, CA 94111-3339<br>Telephone: 415.956.1000 |
| | | Facsimile: 415.956.1008 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## **ATTESTATION**

I, _____, am the ECF user whose identification and password are being used to file this Notice of Motion and Motion to Disqualify. I hereby attest that Jeffrey M. Cohon has concurred in this filing.

By: _____