| | |
|---|---|
| Eric Alan Isaacson (120584)<br>ericalanisaacson@icloud.com<br>6580 Avenida Mirola<br>La Jolla, CA 92037<br>Telephone: (858) 263-9581 | C. Benjamin Nutley (177431)<br>nutley@zenlaw.com<br>1055 E. Colorado Blvd., 5th Floor<br>Pasadena, California 91106<br>Telephone: (626) 204-4060<br>Facsimile: (626) 204-4061 |

John W. Davis (200113)
john@johnwdavis.com
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Attorneys for Objector Kara Bowes

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, et al.,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO-AN<br><br>**REQUEST TO WITHDRAW OBJECTION**<br>**[FED. R. CIV. P. 23(e)]** |

On May 27, 2016, Kara Bowes filed an objection to the proposed class settlement in the above-captioned matter (Doc. 227). She now moves to withdraw that objection subject to the Court's approval pursuant to Fed. R. Civ. P. 23(e).

Ms. Bowes purchased a Whirlpool dishwasher with her new home in 2004. In or about the fourth quarter of 2005, her Whirlpool dishwasher failed. The electrical panel stopped working and the dishwasher would not turn on. As a result, she replaced the dishwasher with a Bosch brand dishwasher at a cost of approximately $580.

After receiving the class-action settlement notice in this case, Ms. Bowes conducted a diligent search in an attempt to retrieve paperwork concerning the defective Whirlpool dishwasher that she had to replace more than a decade ago. Unfortunately, given the amount of time that elapsed between replacement and notice of settlement, she has been unable to locate repair documents that she had believed were in storage.

The claim form (due June 27, 2016) indicates that purchasers who are not "Prequalified" cannot receive compensation under the settlement unless they can document the serial number and model number of the defective dishwasher. Accordingly, Ms. Bowes has decided to not pursue her claim and now seeks approval from the Court to withdraw her objection. Neither Ms. Bowes nor her attorneys have received compensation in connection with the withdrawal of her objection.

Additionally, the withdrawal of Ms. Bowes' objection will render moot her objection to the stipulated protective order regarding class counsel's time records. (Doc. 242).

In light of the foregoing, Kara Bowes respectfully requests that this Court approve the withdrawal of her objection pursuant to Fed. R. Civ. P. 23(e).

**Respectfully submitted this 25th day of June, 2016.**

    /s/ John W. Davis
John W. Davis  (200113)
john@johnwdavis.com
501 W. Broadway, Suite 800
San Diego, California  92101
Telephone:  (619) 400-4870
Facsimile:  (619) 342-7170

Eric Alan Isaacson (120584)
ericalanisaacson@icloud.com
6580 Avenida Mirola
La Jolla, CA  92037
Telephone:  (858) 263-9581

C. Benjamin Nutley (177431)
nutley@zenlaw.com
1055 E. Colorado Blvd., 5th Floor
Pasadena, California  91106
Telephone:  (626) 204-4060
Facsimile:  (626) 204-4061

*Attorneys for Objector Kara Bowes*