Steven F. Helfand, SBN 206667
HELFAND LAW OFFICES
910 West Avenue, Unit 438
Miami Beach, FL 33139

Telephone:   415.596.5611
Email:       sh4078@gmail.com

Attorneys for absent class members
Geri Whaley and John Hightower

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEVE CHAMBERS, *et al.*<br><br>        Plaintiff,<br>*vs.*<br><br>WHIRLPOOL CORPORATION, INC. *et al.*,<br><br>        Defendant. | Case No.: 8:11-cv-01733 FMO<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |
|---|---|

Notice is hereby given that Steven F. Helfand hereby associates as counsel into the above referenced matter on behalf of Objectors Gerry Whaley and John Hightower.  Counsel for all parties are instructed to copy Attorney Helfand on any and all matters pertaining to same.

Respectfully submitted:

July 1, 2016                              _____/s/_____

                                          Steven Franklyn Helfand