Joseph Darrell Palmer
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (858) 583-8115

Attorneys for Objectors Geri Whaley and John Hightower

UNITED STATES DISTRICT COURT

CENTRAL DISRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated<br><br>  Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al*,<br><br>  Defendants. | Case No. 8:11-cv-01733<br><br>The Honorable Fernando M. Olguin<br><br>**NOTICE OF SUSPSENSION** |

    Pursuant to California Rules of Court rule 9.20(a)(4),notice is hereby given that I have been suspended from practicing law in the State of California for a period of 90 days, beginning June 17, 2016 and ending on September 15, 2016.

///

///

1

Notice has been given to opposing counsel (attached are copies of the notice letters).

LAW OFFICES OF DARRELL PALMER PC

Dated: July 6, 2016  By: /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objectors Geri Whaley and John Hightower

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2016, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

/s/ Joseph Darrell Palmer____
Joseph Darrell Palmer
Attorney for Objectors Geri Whaley and
John Hightower