| | |
|---|---|
| Jeffrey M. Cohon (CSBN 131431) | Steven A. Schwartz (pro hac vice) |
| Howard Pollak (CSBN 147077 ) | Timothy N. Mathews (pro hac vice) |
| COHON & POLLAK, LLP | CHIMICLES & TIKELLIS LLP |
| 10250 Constellation Boulevard, Suite 2320 | 361 West Lancaster Avenue |
| Los Angeles, California 90067 | Haverford, Pennsylvania 19041 |
| Telephone: (310) 231-4470 | Telephone: (610) 642-8500 |
| Facsimile: (310) 231-4610 | Telecopier: (610) 649-3633 |
| jcohon@cohonpollak.com | sas@chimicles.com |
| hpollak@cohonpollak.com | tnm@chimicles.com |
| | |
| Charles S. Fax (pro hac vice) | Nicole D. Sugnet (CSBN 246255) |
| Liesel J. Schopler (pro hac vice) | LIEFF CABRASER HEIMANN & |
| RIFKIN, WEINER, LIVINGSTON, | BERNSTEIN, LLP |
| LEVITAN & SILVER LLC | 275 Battery Street, 29th Floor |
| 7979 Old Georgetown Road, Suite 400 | San Francisco, CA 94111-3339 |
| Bethesda, Maryland 20814 | Telephone: 415.956.1000 |
| Telephone: (301) 951-0150 | Facsimile: 415.956.1008 |
| Telecopier: (301) 951-6535 | nsugnet@lchb.com |
| cfax@rwlls.com | |
| lschopler@rwlls.com | |

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (pro hac vice)
WEINSTEIN KITCHENOFF &
SHER LLC
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al*., in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al*.,<br><br>Defendants.<br>_____ | Case No. 8:11-cv-01733-FMO-AN<br><br>**PLAINTIFFS' OBJECTION TO FILING OF THE NOTICE OF SUSPENSION OF JOSEPH DARRELL PALMER**<br><br>Date:   Vacated<br>Time:   Vacated<br>Judge:   Hon. Fernando M. Olguin |

**PLAINTIFFS' OBJECTION**

Plaintiffs hereby object to the July 7, 2016 filing of the Notice of Suspension of Joseph Darrell Palmer ("Palmer") [Dkt. No. 252] on the following grounds:

1. On June 23, 2016, this Court vacated the July 28, 2016 hearing date on the disqualification motion and, *sua sponte*, issued an Order Re Briefing Schedule. [Dkt. No. 244]. By that Order, Palmer was ordered to "file an Opposition to the Motion no later than June 30, 2016." [Dkt. No. 244]. The Order further provided that the "[f]ailure to file an Opposition by this deadline shall be deemed as consent to the granting of the Motion." [Dkt. No. 244]. Palmer filed no Opposition before the Court set deadline of June 30, 2016, and Palmer's Notice of Suspension, even if it had been filed by the June 30, 2016 deadline does not comply with this Court's Order.

2. Although Palmer's suspension was effective as of June 17, 2016, Palmer failed to notify the Court until July 7, 2016 when the Notice of Suspension was filed [Dkt. No. 252]. Palmer disingenuously informed this Court of his suspension only after Plaintiffs filed their (unopposed) motion to disqualify and only after Plaintiffs filed their objection and request to strike the Notice of Association of Palmer and attorney Steven Helfand.

3. Although Palmer's suspension was effective as of June 17, 2016, Palmer failed to notify counsel for Plaintiffs until on or about June 28, 2016. Specifically, notwithstanding that the letters bore a date of June 17, 2016, the tracking information listed on the letters which Mr. Palmer filed at ECF 252-1 shows that these letters were all mailed on June 28, 2016, and were delivered on or about July 1, 2016.[1] See, accompanying Declaration of Barbara Turner. Mr. Palmer back-dated them to appear as if he sent them on the day.

---

[1] The tracking numbers are 16 digit numbers and are listed on the letters filed at ECF No. 252-1.

With each filing, attorney Palmer's misconduct becomes more egregious.

Dated: July 7, 2016                     Respectfully submitted,

/s/ Jeffrey M. Cohon
Jeffrey M. Cohon (CSBN 131431)
Howard Pollak (CSBN 147077)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California 90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610

Charles S. Fax (*pro hac vice*)
**RIFKIN, WEINER, LIVINGSTON, LEVITAN & SILVER LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (pro hac vice)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535

Steven A. Schwartz (pro hac vice)
Timothy N. Mathews (pro hac vice)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633

Nicole D. Sugnet (State Bar No. 246255)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Place, Suite 2320, Los Angeles, California 90067.

On July 7, 2016, I served the foregoing documents described as: PLAINTIFFS' OBJECTION TO FILING OF THE NOTICE OF SUSPENSION OF JOSEPH DARRELL PALMER

 X  By placing the true copies thereof enclosed in a sealed envelope addressed as follows:

See attached service list

BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On July 7, 2016, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

X      (FEDERAL)      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 7, 2016 | Jeffrey M. Cohon | /s/ Jeffrey M. Cohon |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE LIST

Alexander Korzun
109 Hickory Woods Lane
Stratford, CT 06614-1609

Rosalie Bunge Dundas
880 Mound Street
Saint Paul, MN 55106

Steven E Rogers
13020 16th St NE
Lake Stevens, WA 98258