1    <u>Case No. 8:11-cv-01733-FMO (ANx)</u>

2    Jeffrey M. Cohon, Esq. (CSBN 131431)

3    Howard Pollak, Esq. (CSBN 147077)
**COHON & POLLAK, LLP**

4    10250 Constellation Boulevard,
Suite 2320

5    Los Angeles, California 90067
Telephone: (310) 231-4470

6    Facsimile: (310) 231-4610

7    jcohon@cohonpollak.com

8    Charles S. Fax, Esq. (*pro hac vice*)
Liesel J. Schopler, Esq. (*pro hac vice*)

9    **RIFKIN WEINER LIVINGSTON LLC**

10    7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814

11    Telephone: (301) 951-0150
Telecopier: (301) 951-0172

12    cfax@rlls.com; lschopler@rlls.com

13    David H. Weinstein, Esq. (CSBN 43167)

14    Robert S. Kitchenoff, Esq. (*pro hac vice*)
**WEINSTEIN KITCHENOFF &**

15    **ASHER LLC**

16    100 South Broad Street, Suite 705
Philadelphia, Pennsylvania 19110

17    Telephone: (215) 545-7200
Telecopier: (215) 545-6535

18    weinstein@wka-law.com;
kitchenoff@wka-law.com

19

20    Steven A. Schwartz, Esq. (pro hac vice)
Timothy N. Mathews, Esq. (pro hac vice)

21    **CHIMICLES & TIKELLIS LLP**

22    361 West Lancaster Avenue
Haverford, Pennsylvania 19041

23    Telephone: (610) 642-8500
Telecopier: (610) 649-3633

24    sas@chimicles.com;
tnm@chimicles.com

25

26

27

28

Michael T. Williams, Esq. (*pro hac vice*)
Galen D. Bellamy, Esq. (SBN 231792)
Andrew M. Unthank, Esq. (*pro hac vice*)
Cedric D. Logan, Esq. (*pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:    (303) 244-1800
Facsimile:     (303) 244-1879
williams@wtotrial.com
bellamy@wtotrial.com
unthank@wtotrial.com
logan@wtotrial.com

Dean J. Zipser, Esq. (SBN 94680)
Carole E. Reagan, Esq. (SBN 162674)
**UMBERG ZIPSER LLP**
1920 Main Street, Suite 200
Irvine, California 92614
Telephone:    (949) 679-0052
Facsimile:     (949) 679-0461
dzipser@umbergzipser.com
creagan@umbergzipser.com

Attorneys for Defendants

1

1    Nicole Reynolds, Esq. (CSBN 246255)
2    **LIEFF CABRASER HEIMANN &**
     **BERNSTEIN, LLP**
3    275 Battery Street, 29th Floor
4    San Francisco, California 94111-3339
     Telephone: (415) 956-1000
5    Telecopier: (415) 956-1008
6    nreynolds@lchb.com
7    Attorneys for Plaintiffs
8

9          **UNITED STATES DISTRICT COURT**
10      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11    STEVE CHAMBERS, *et al.*, on behalf      Case No. 8:11-cv-01733-FMO (ANx)
     of themselves and all others similarly
12    situated,                          Honorable Fernando M. Olguin
13            Plaintiffs,           **NOTICE OF JOINT MOTION**
                                     **AND JOINT MOTION FOR**
14    v.                               **FINAL APPROVAL OF CLASS**
                                     **ACTION SETTLEMENT**
15    WHIRLPOOL CORPORATION, *et al.*,
16           Defendants.        Date:  August 25, 2016
                                   Time: 10:00 am
17                                       Place: Courtroom 22
18

19        **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR**
20    **ATTORNEYS OF RECORD:**
21        **PLEASE TAKE NOTICE** that on August 25, 2016, at 10:00 am, or as soon
22    thereafter as the matter may be heard before the Honorable Fernando M. Olguin, in
23    Courtroom 22 of the United States District Court, located at 312 North Spring Street,
24    Los Angeles, California 90012, all parties in the above-captioned matter will, and
25    hereby do, jointly move the Court for an Order granting final approval of the Class
26    Action Settlement Agreement ("Settlement") entered into between the parties in this
27    action.
28

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. 8:11-cv-01733-FMO (ANx)

1    This Notice of Joint Motion and Joint Motion are based on the accompanying

2  Memoranda of Points and Authorities submitted by the parties, the proposed

3  Settlement and all exhibits thereto, the supporting declarations and exhibits filed

4  concurrently herewith, all pleadings and documents on file (including the Court's

5  Preliminary Approval Order (ECF 199)), and upon such evidence and arguments as

6  may properly come before the Court at the time of the hearing.  A proposed Order

7  approving the Joint Motion is filed for the Court's convenience as Exhibit 1 hereto.[1]

8

9  Dated:  July 8, 2016                    Respectfully submitted,

10

11

12                               /s/ Charles S. Fax
                             Charles S. Fax (*pro hac vice*)
13                           **RIFKIN WEINER LIVINGSTON LLC**
                             7979 Old Georgetown Road, Suite 400
14                           Bethesda, Maryland 20814
                             Telephone: (301) 951-0150
15                           Telecopier: (301) 951-6535
                             cfax@rwlls.com
16

17

18                               /s/ Michael T. Williams
                             Michael T. Williams (*pro hac vice*)
19                           **WHEELER TRIGG O'DONNELL LLP**
                             370 Seventeenth Street, Suite 4500
20                           Denver, Colorado 80202
                             Telephone: (303) 244-1800
21                           Telecopier: (303) 244-1879
                             williams@wtotrial.com
22

23

24

25  _____

26  [1] In support of the Joint Motion, the parties refer the Court to Exhibit 4 to their
    Settlement Agreement, consisting of the parties' proposed form of order granting final
27  approval to the proposed class settlement. (*See* Ex. 1 hereto; Settlement Agreement at
    Ex. 4 (ECF 192-8)). At the Fairness Hearing, the parties will seek the Court's
28  guidance as to any specific issues that the Court would like the parties' to address in
    an updated proposed order for the Court's consideration at that time.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 8, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 /s/ Charles S. Fax
Charles S. Fax