Jeffrey M. Cohon, Esq. (CSBN 131431)
Kristina S. Keller, Esq. (CSBN 161946)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California 90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
 jcohon@cohonpollak.com

Charles S. Fax, Esq. (*pro hac vice*)
Liesel Schopler, Esq. (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rlls.com; lschopler@rlls.com

David H. Weinstein, Esq. (CSBN 43167)
Robert Kitchenoff, Esq., (admitted *pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad Street, Suite 705
Philadelphia, Pennsylvania 19110
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com;
kitchenoff@wka-law.com

Steven A. Schwartz, Esq. (*pro hac vice*)
Timothy N. Mathews, Esq. (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com; tnm@chimicles.com

DECLARATION OF PROOF OF SERVICE
CASE NO. 8:11-cv-01733-FMO-MLG

Nicole Sugnet, Esq. (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com; nreynolds@lchb.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE CHAMBERS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **WHIRLPOOL CORPORATION,** *et al.*, <br><br> Defendants. | Case No. 8:11-cv-01733-FMO-MLG <br><br> **PLAINTIFFS' DECLARATION OF PROOF OF SERVICE** <br><br> The Honorable Fernando M. Olguin |

Charles S. Fax, in accordance with 28 U.S.C. § 1746 and Local Rule 5-3.1.2, declares under penalty of perjury as follows:

On June 23, 2016, I caused the following documents to be served, by first class mail, postage prepaid, on the persons/parties listed below who were not served through the CM/ECF system.

Documents served:

1. Notice of Joint Motion and Joint Motion for Final Approval of Class Action Settlement and Exhibit.

2. Memorandum in Support of Notice of Joint Motion and Joint Motion for Final Approval of Class Action Settlement.

2

3.     Proposed Order

4.     Declaration of Charles S. Fax, and Exhibit, in Support.

5.     Declaration of Patrick M. Passarella, and Exhibits, in Support.

<u>Persons/parties served</u>:

    Alexander Korzun
    109 Hickory Woods Lane
    Stratford CT 06614-1609

    Rosalie Bunge Dundas
    880 Mound Street
    Saint Paul MN 55106

    Steven E Rogers
    13020 16th St NE
    Lake Stevens WA 98258

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2016

    *Charles S. Fax*
    Charles S. Fax, Esquire (*pro hac vice*)
    Rifkin Weiner Livingston, LLC
    7979 Old Georgetown Road, Suite 400
    Bethesda, Maryland 20814
    Telephone: (301) 951-0150
    Telecopier: (301) 951-0172
    Counsel for Plaintiffs