Christopher T. Cain
SCOTT & CAIN
Suite 601
550 Main Street
Knoxville, TN 37902
Tel: (865) 525-2150

*Counsel for Objector,
W. Allen McDonald*




**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

STEVE CHAMBERS, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

WHIRLPOOL CORPORATION, et al.,

Defendants.

Case No. 8:11-cv-01733-FMO (ANx)

Honorable Fernando M. Olguin

---

**NOTICE OF COUNSEL**

---

**COMES** Christopher T. Cain ("Cain"), attorney for Objector, W. Allen McDonald ("McDonald") [Doc. 236], and gives Notice that despite reasonable and diligent efforts, he has been unable to secure local counsel as required by L.R. 83-2.1.3(a)(3) to apply for pro hac vice admission. Consequently, McDonald, also a Tennessee attorney, but acting pro se in this instance, should therefore be substituted as acting pro se, and should henceforth receive any and all notices, pleadings, motions, orders, and other documents.

McDonald's mailing address and other contact information is as follows:

W. Allen McDonald, Esq.
LACY, PRICE & WAGNER, P.C.
249 North Peters Rd., Suite 101
Knoxville, TN 37923
(865) 246-0800 EXT 4
(865) 690-8199 FAX
amcdonald@lpwpc.com

Pursuant to Local Rule 5-4.1.1, McDonald will be submitting forthwith an application form CV-05, to apply for permission to register for pro se filing.

Cain is admitted, however, to the United States District Court for the Eastern District of Tennessee, among other federal courts, and will therefore continue to represent McDonald in the Miscellaneous Action now pending in that District regarding Class Counsel's subpoenas to depose Cain and McDonald in connection with these proceedings. *W. Allen McDonald and Christopher T. Cain v. Steve Chambers, et al.*, No. 3:16-mc-31 (E.D. Tenn. July 1, 2016).

Respectfully submitted, this 6th day of July, 2016.



Christopher T. Cain
SCOTT & CAIN
Suite 601
550 Main Street
Knoxville, TN 37902
Tel: (865) 525-2150

*Counsel for Objector,*
*W. Allen McDonald*

**CERTIFICATE OF SERVICE**

I, Christopher T. Cain, declare under penalty of perjury that on July 6, 2016, I mailed the original of the foregoing Notice, postage pre-paid, via First Class U.S. Mail, to the following:

Clerk of the Court
United States District Court
for the Central District of California
312 North Springs Street
Los Angeles, CA 90012-47601

I also certify that I mailed a copy of the foregoing Notice, via First Class U.S. Mail, postage prepaid, to the following:

Jeffrey M. Cohon
Howard Pollak
COHON & POLLAK, LLP
10250 Constellation Boulevard, Suite 2320
Los Angeles, California 90067

Steven A. Schwartz
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, Pennsylvania 19041

Charles S. Fax
Liesel J. Schopler
RIFKIN WEINER LIVINGSTON, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814

Nicole Sugnet
LEIFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339

David H. Weinstein
Robert Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061

Michael T. Williams
Galen Bellamy
WHEELER TRIGG O'DONNELL LLP
370 17th Street, Suite 4500
Denver, Colorado 80202

Dean J. Zipser
Carole E. Reagan
UMBERG ZIPSER LLP
1920 Main Street, Suite 200
Irvine, California 92614

Alexander Korzun
109 Hickory Woods Lane
Stratford, CT 06614-1609

Joseph Darrell Palmer
DARRELL PALMER LAW OFFICES
2244 Faraday Avenue Suite 121
Carlsbad, CA 92008
darrell.palmer@palmerlegalteam.com

Steve A. Miller, P.C.
1625 Larimer St.
No. 2905
Denver, CO 80202

C. Benjamin Nutley
KENDRICK & NUTLEY
1055 E Colorado Blvd., 5th Floor
Pasadena, CA 91106
nutley@zenlaw.com

Eric Alan Isaacson
LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037-6231
ericalanisaacson@icloud.com

John William Davis
JOHN W. DAVIS LAW OFFICES
501 West Broadway Suite 800
San Diego, CA 92101
john@johnwdavis.com

Timothy R Hanigan
LANG HANIGAN & CARVALHO LLP
21550 Oxnard Street Suite 760
Woodland Hills, CA 91367
trhanigan@gmail.com

Steven F Helfand
HELFAND LAW OFFICES
582 Market Street
Suite1400
San Francisco, CA 94104
steven@stevenhelfand.com

Rosalie Bunge Dundas
880 Mound Street
Saint Paul, MN 55106

Steven E Rogers
13020 16th St. NE
Lake Stevens, WA 98258

Vicki M Finn
15480 SW Woodwind Ct.
Beaverton, Oregon 97007

W. Allen McDonald, Esq.
LACY, PRICE & WAGNER, P.C.
249 North Peters Rd., Suite 101
Knoxville, TN 37923
amcdonald@lpwpc.com

This 6th day of July, 2016.

Christopher T. Cain

SCOTT & CAIN
550 W. MAIN STREET
SUITE 601
KNOXVILLE, TN 37902

KNOXVILLE
TN 377
06 JUL '16
PM 4 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.67⁵
0001758165 JUL 06 2016
MAILED FROM ZIP CODE 37902

FMO

Clerk of the Court
United States District Court
for the Central District of California
312 North Springs Street
Los Angeles, CA 90012-47601

RECEIVED
CLERK, U.S. DISTRICT COURT

90012-435929