Galen D. Bellamy (SBN 231792)
Email: bellamy@wtotrial.com
Michael T. Williams (*pro hac vice*)
Email: williams@wtotrial.com
Andrew M. Unthank (*pro hac vice*)
Email: unthank@wtotrial.com
N. Reid Neureiter (*pro hac vice*)
Email: neureiter@wtotrial.com
Cedric D. Logan (*pro hac vice*)
Email: logan@wtotrial.com
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Dean J. Zipser (SBN 94680)
Email: dzipser@umbergzipser.com
Carole E. Reagan (SBN 162674)
Email: creagan@umbergzipser.com
Umberg Zipser LLP
1920 Main Street, Suite 200
Irvine, California 92614
Telephone: (949) 679-0052
Facsimile: (949) 679-0461

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al*., all of whom sue in their individual capacities and for all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>WHIRLPOOL CORPORATION, *et al*.,<br><br>　　　　　Defendants. | Case No: 8:11-cv-01733-FMO (ANx)<br><br>**JOINT STIPULATION FOR SUPPLEMENTAL PUBLICATION NOTICE AND LIMITED EXTENSION OF CLAIMS DEADLINE FOR KENMORE-BRAND DISHWASHER OWNERS**<br><br>The Honorable Fernando M. Olguin |

1.     On November 12, 2015, the Court granted preliminary approval of the Settlement[1] of this putative class action. (*See* ECF No. 199.) The Court will consider final approval at a hearing scheduled for August 25, 2016.

2.     The deadline for submitting claims under the Settlement expired on June 27, 2016. Before the claims period had expired, Plaintiffs' co-lead counsel noticed that the Dishwasher model lists on the Settlement Administrator's website, www.DishwasherSettlement.com, had an issue that potentially could have confused some Kenmore-brand model owners as to whether their particular Dishwasher was included in the Settlement. Specifically, several of the Kenmore-dishwasher model numbers on those lists included not only the "base" five-digit model number, but also a "22" prefix that, together with the base model number, forms the Sears item number for that model. All Kenmore dishwashers are sold by Sears, and the "22" prefix appears on Sears sales receipts and other Dishwasher-related documents, but the "22" prefix does not appear on the Dishwasher's model and serial number tag. Sears identified more than 90% of Kenmore-brand Class Members and notices were mailed to them with a preassigned claim number. So long as those Class Members entered their pre-assigned claim number when completing the claim form online, they were not required to provide a model or serial number. However, some Class Members, as well as some NewGen/Raptor owners, visited the model number list and could possibly have been confused by the "22" prefix. The Settlement Administrator reported to the parties that prior to updating the model number list to eliminate the "22" prefix, approximately 24,000 website visitors clicked on the Class model number list and approximately 64,000 clicked on the NewGen/Raptor model list. Only a portion of these would have been looking for Kenmore model numbers, as opposed to Whirlpool or Kitchenaid model numbers on the same lists. The parties have no evidence that any Kenmore-brand dishwasher owner was actually confused by the

---

[1] All capitalized terms in this joint stipulation are defined terms in the Settlement Agreement.

"22" item number prefix or that any Kenmore-brand Dishwasher owner who is included in the Settlement erroneously concluded that he or she was not included in the Settlement as a result of confusion regarding his or her model number or chose not to file a claim for that reason. Further, the Settlement Administrator was available by telephone and email to answer any Class Member's or other Dishwasher owner's questions concerning whether he or she is included in the Settlement. The Settlement Administrator has received no such questions, further suggesting that no actual confusion resulted from the "22" item number prefix being included with some of the Kenmore-brand Dishwasher model numbers on the lists. In fact, the Settlement Administrator has received many claims submitted by Kenmore-brand Dishwasher owners with model numbers that originally contained the "22" prefix on the model number lists. Still further, the "22" prefix issue did not affect the list of eligible Kenmore <u>serial</u> numbers posted on the settlement website (located in the same document as the model numbers), and thus publication notice recipients were able to determine their eligibility by serial number even if confused by the model numbers.

3. The parties clarified and updated the model lists on the Settlement Administrator's website before the expiration of the claims deadline, promptly after they discovered the issue.

4. Although the parties have no evidence that any Kenmore-brand Class Member or Dishwasher owner was confused by the model list issue, the parties have jointly stipulated to (a) provide supplemental Internet and social media publication notice targeted at Kenmore-brand owners for a period of two weeks to address any possible confusion that may have resulted and (b) extend by four weeks the claims period for Kenmore-brand Class Members and Dishwasher owners, beginning the first day the supplemental notice is published and continuing for two weeks after the notice period is complete.

5. The proposed forms of supplemental publication notices, which will link back to www.DishwasherSettlement.com, are attached hereto as Exhibit A. Each

version of the supplemental publication notice specifically states that the Kenmore-brand model list has been updated. (*See* Ex. A.) The parties propose to publish the supplemental notices on many "Run of News" or "RON" websites and Facebook for a period of two weeks, targeting adults age 25+ and adults who either own or expressed an interest in buying a dishwasher. The supplemental notice program will provide for a minimum of 10,000,000 online impressions. The settlement website will also be revised to note that there have been updates to the Kenmore model number lists and that the claims deadline for Kenmore dishwashers has been extended. The parties agree and stipulate that the supplemental publication notice and a four-week extension of the claims deadline for Kenmore Dishwasher owners will cure any possible prejudice (of which there is no evidence). Should the Court approve this stipulation, the parties are prepared to publish the supplemental publication notice and begin the extended claims period within 48 hours after the Court's approval.

6. For these reasons, the parties request that the Court grant the joint stipulation and enter it as an order of the Court. A proposed Order granting the joint stipulation is attached as Exhibit B.

Respectfully submitted,

Dated: July 13, 2016    WHEELER TRIGG O'DONNELL LLP

By: *s/Michael T. Williams*
Michael T. Williams

Attorney for Defendants,
Whirlpool Corporation,
Sears Holdings Corporation,
and Sears, Roebuck and Co.

Dated: July 13, 2016    CHIMICLES & TIKELLIS LLP

By: *s/Timothy N. Mathews*
Timothy N. Mathews

Attorney for Plaintiffs