```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3                           WESTERN DIVISION
 4       THE HON. JUDGE FERNANDO M. OLGUIN, JUDGE PRESIDING
 5

 6   STEVE CHAMBERS, et al.,        )
                                    )
 7                 Plaintiffs,      )
                                    )
 8         vs.                      ) NO. SA CV-11-1733-FMO
                                    )
 9   WHIRLPOOL CORP., et al.,       )
                                    )
10                 Defendants.      )
     _____)
11

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS
15                   Los Angeles, California
16                  Friday, October 23, 2015
17

18

19

20

21

22         LISA M. GONZALEZ, CSR No. 5920, CCRR
                  U.S. District Courthouse
23         312 North Spring Street - Room 438
              Los Angeles, California 90012
24                     213.894.2979
                   www.lisamariecsr.com
25
```

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFF:     COHON & POLLAK, LLP
                            BY:  JEFFREY COHON, ESQ.
 4                               CHARLES S. FAX, ESQ.
                                 HOWARD A. POLLACK, ESQ.
 5                          3075 East Thousand Oaks Boulevard
                            Suite 100
 6                          Westlake Village, California  91362
                            (310) 231-4470
 7
                            CHIMICLES & TIKELLIS LLP
 8                          BY:  TIMOTHY N. MATHEWS, ESQ.
                            One Haverford Center
 9                          361 West Lancaster Avenue
                            Haverford, PA  19041
10                          (610) 642-8500

11


12   FOR THE DEFENDANT:     WHEELER TRIGG O'DONNELL LLP
                            BY:  MICHAEL T. WILLIAMS, ESQ.
13                          370 Seventeenth Street
                            Suite 4500
14                          Denver, California  80202-5647
                            (303) 244-1867
15

16

17

18

19

20

21

22

23

24

25
```

*Lisa M. Gonzalez, Official Reporter*

1      *Los Angeles, California; Friday, October 23, 2015*

2                      *10:03 A.M.*

3                         *-oOo-*

4           THE CLERK:  Calling Item Number 1, SA CV-11-1733,

5   *Steve Chambers, et al., versus Whirlpool Corp., et al.*

6           Counsel, please state your appearance.

7           MR. FAX:  Good morning.  Charles Fax of the

8   Maryland law firm of Rifkin, Weiner, Livingston, Levitan &

9   Silver, co-lead counsel for plaintiffs.

10          THE COURT:  Okay.

11          MR. MATHEWS:  Good morning, Your Honor.  Tim

12  Mathews from the law firm of Chimicles & Tikellis, also

13  co-lead counsel for plaintiffs.

14          THE COURT:  Good morning.

15          MR. COHON:  Good morning, Your Honor.  Jeffrey

16  Cohon, C-o-h-o-n, and Howard Pollak, P-o-l-l-a-k, local

17  counsel for plaintiffs.

18          MR. WILLIAMS:  Good morning, Your Honor.  Mike

19  Williams, lead counsel for Whirlpool and Sears.

20          THE COURT:  Okay.  So we're here for the

21  preliminary approval hearing.

22          Thank you for rescheduling on relatively short

23  notice.

24          I don't really have any major concerns with the

25  proposed settlement.  It all looks pretty good to me.  I

```
 1  have a few minor questions I want to just go through.
 2          So the settlement says at, I think, it's at
 3  page 39, that the notices will be e-mailed, but the notice
 4  plan and the declaration submitted by the Settlement
 5  Administrator only mentions mailing.
 6          So I guess I want to know whether there will be
 7  e-mail.
 8          MR. FAX:  Yes.  For those as to whom we have
 9  e-mail addresses, absolutely.
10          THE COURT:  That's fine.  The settlement says that
11  if the Whirlpool, Sears, or Consumer Product Safety
12  Commission databases reflect that a pre-qualified class
13  member experienced an Overheating Event and may have
14  received a repair or replacement for free, a specific notice
15  will be sent to that individual.
16          But later in the section regarding notice
17  procedures, the Settlement only says that the Settlement
18  Administrator will mail and e-mail the summary notice or the
19  TCO Repair Notice.
20          So I assume that these mailings are going to
21  include the fourth option, that tailored notice?
22          MR. FAX:  Absolutely.  Tailored notice to everyone
23  as to, again, as to whom it's applicable and their
24  information appears in one of the databases.
25          THE COURT:  Then the other question is, with
```

1  respect to class counsel, there's a Christine Law-Sagafi
2  from Leiff Cabraser who's listed in the motion, but all
3  other documents list Nicole Sugnet.
4        MS. NELSON:  Between the time we drafted the
5  motion and the time we finalized it, Miss Sagafi left her
6  firm and joined another firm.  And she left the case with
7  the firm and basically handed it over to Nicole Sugnet who's
8  been of record the whole time.  She's a younger partner.
9        It was my oversight, Your Honor, in not changing
10 that in the motion itself.  I failed to pick it up.  I
11 picked it up in my review on the plane.
12       THE COURT:  Okay.  Okay.  So I have your schedule
13 on the dates and, for the most part, it looks okay.  When we
14 issue our preliminary approval order, which I hope to issue
15 maybe by the end of next week, because I issue, you know, my
16 own independent preliminary approval order.  I don't sign
17 off on what you guys give me.  I'll try to incorporate all
18 the dates and the time you have there.
19       With respect to the FAQ Settlement Notice which
20 states that Settlement Class members have 120 days from the
21 noticed date to exclude themselves, the schedule in the
22 Settlement provides 140 days from preliminary approval.
23       MR. FAX:  Yeah, we changed it.  I think it should
24 be 140 days, actually.  I think that's right.  Tim is
25 double-checking.

*Lisa M. Gonzalez, Official Reporter*

1       At one point, it was 120, and then it was changed
2  in a draft to 140.  I think, Mike, you changed it.  So I
3  think it is 140.
4       There's another anomaly I would like to point out.
5  I don't want to interrupt the Court, but we described two
6  sub classes.  The Past Overheating Event Sub Class and the
7  Future Overheating Sub Class.  We also say that all members
8  of the class are entitled to a rebate on a new machine
9  whether or not they have experienced a combustion event.
10      So rather than -- which means that the class
11 really includes people who own the class machines but have
12 not experienced an event and may not experience an event
13 before they trade up.
14      So rather than describing the class as consisting
15 of a Past Overheating Sub Class and a Future Overheating Sub
16 Class, I think the class is more properly described as
17 including two sub classes not consisting of.  Because, in
18 addition to those two sub classes, we have those who just
19 own the machine and want to buy a new machine.
20      THE COURT:  Is that something that, in your
21 preliminary approval papers, that you need to change?  Is
22 that what I'm hearing from you?  Or do you just want me to
23 change it in my order?
24      MR. FAX:  I'm sorry?
25      THE COURT:  Is the class definition, the

1  settlement papers like that?
2             MS. NELSON: No, I caught that, again, on the
3  plane coming out. I can send in something to --
4             THE COURT: You want to send in some sort of
5  stipulation?
6             MR. FAX: Stipulation to describe it.
7             MR. MATHEWS: Your Honor, I think the answer to
8  your question is, it was just an issue in the draft
9  preliminary approval order. The language said the class
10 consists of the two sub classes. More accurately stated,
11 the class includes those two sub classes, but there is also
12 another group of folks within the broader class that are not
13 within the two sub classes. I don't think it impacts
14 anything in the preliminary approval brief or the settlement
15 itself. It was just a wording issue in the preliminary
16 approval order.
17            THE COURT: Okay. So but let me ask this: Just
18 so the record is clear, the definition as you just set it
19 forth is in the actual Settlement Agreement? Because that's
20 what I care about.
21            MR. FAX: Yeah.
22            THE COURT: It's got to be in the actual
23 settlement agreement.
24            MR. FAX: But I think in the Settlement Agreement,
25 it also uses the word "consists of," so I will send in,

1  like, an errata sheet for those two pages, stipulated among
2  counsel.  I'll circulate it.  I'll get it in within a few
3  days.
4           THE COURT:  Just so I'm clear, the proper
5  definition of the class is the proper definition that class
6  dishwashers include the two sub classes made up of the past
7  and future.
8           MR. FAX:  Correct.
9           THE COURT:  I think just so that the record is
10 clear, I think it would make sense just to submit something.
11          MR. FAX:  I will.
12          THE COURT:  There also appears to be a discrepancy
13 in the date by which the Settlement Class members must file
14 their notices of intent to appear.  Under the FAQ Settlement
15 Notices at 8 and settlement -- at 43, I think it's section
16 paragraph J and the deadline for objections.  I know you're
17 going to insert the actual date, but just be careful that
18 every provision of the Settlement Agreement is consistent
19 with the various notices that go out.
20          MR. FAX:  I'll review that again, and if
21 there's -- I'll run it by co-counsel, and I'll include that
22 in the stipulation.
23          THE COURT:  It might be another 120/140 issue.
24          MR. FAX:  It could be.
25          THE COURT:  So just be careful.  And if you want

1  to, in your filing, to clarify that, please do so.
2              MR. FAX:  Will do.
3              THE COURT:  It will help us when we issue our
4  order.
5              And I think that is all -- that's all the
6  questions that I have.
7              Do you have any questions at this point?
8              MR. FAX:  I don't -- on behalf of plaintiffs, I
9  don't have any questions, Your Honor.  I -- if the Court
10 wishes, I can review how we got here, what the settlement
11 consists of, and the legal support for it, but --
12             THE COURT:  It's all in the brief.
13             MR. FAX:  It is in the brief.
14             THE COURT:  My order will discuss all of that and
15 I looked at it, so I don't --
16             My view on preliminary approval -- you probably
17 got my order setting out all the requirements; right? -- is
18 that -- I like the work upfront at the preliminary approval
19 stage to be good enough to pass muster at final approval.
20 And thus far, all my final approvals have been very easy
21 because I've done all the work upfront.  Because if we have
22 any problems at final approval, then you'll know that is
23 much messier than cleaning it up now.  So you'll see that
24 this order will probably be more comprehensive than the
25 final approval order because we look at everything much more

1  carefully.

2              I think it was a good settlement.  I think it was
3  a very good settlement.  I think -- you know, there's no cap
4  on it.  It means that all the class members are going to get
5  compensated, and I think you guys did a good job.  And you
6  saw, my issues are relatively minor, so I don't have any
7  concerns at this point.  We'll see if there's any objections
8  that come in.

9              MR. FAX:  I think I speak for all counsel, Your
10 Honor, when I say that we also thank the Court for its
11 patience and consideration throughout.  I mean, we
12 frequently needed extensions of time.  The case was hard
13 fought, but that is not reflected in the docket sheet
14 because, at the end of the day, each time we reached an
15 impasse, either in discovery or in the negotiations, we were
16 able to work through it with our brothers and sisters on the
17 other side of the table.  And I think the tenor that the
18 Court set in basically giving us enough room to do that was
19 really, really helpful.  Really helpful.

20             THE COURT:  Well, it was a huge case.  Believe me,
21 we were trying to work up the motion to dismiss on all those
22 state causes of action.  It was -- I knew you guys had a lot
23 on your plate, and I sort of wondered after I saw the Sixth
24 and the Seventh Circuit cases, you know, the *Butler* case and
25 the *Whirlpool* case, I always wondered when this one might

1  come into line.  But I know this is a big case.
2         MR. FAX:  And we're especially gratified that the
3  Settlement is actually bigger than the case itself because,
4  of course, the case was on behalf of 11 state sub classes,
5  but it's a nationwide settlement, which, I think, is huge.
6         THE COURT:  No, I think it's very huge, and I
7  think it's a good settlement.  So like I said, I had almost
8  very few issues with it, and they were just mostly
9  consistency in terms of dates and things like that.
10        Okay.  So I'll look forward to your filing.  We'll
11 work on getting our order out as soon as possible so that
12 the clock can start clicking for the final approval.
13        MR. FAX:  Excellent.
14        THE COURT:  Thank you for your time.
15        MR. FAX:  Your Honor, I will have the filing into
16 you no later than the end of next week.  Hopefully earlier
17 than that, but I've got to work with co-counsel --
18        THE COURT:  No, I understand. And we won't send
19 anything out until we get it.  My goal is to try to get it
20 out by the end of next week, but -- so as soon as we get it,
21 we'll get it out.  The order.  Okay.
22        MR. FAX:  Thank you very much, Your Honor.
23     *(Thereupon, at 10:17 a.m., proceedings adjourned)*
24
25                          *-oOo-*

**CERTIFICATE**

*I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript format is in conformance with the regulations of the Judicial Conference of the United States.*

*Date:  July 13, 2016*

*Lisa M. Gonzalez*
*/s/_____*
*Lisa M. Gonzalez, U.S. Court Reporter*
*CSR No. 5920*

 MR. FAX: [1] 3/6
 MR. MATHEWS: [2] 3/10 7/6
 MR. WILLIAMS: [1] 3/17
 MS. NELSON: [2] 5/3 7/1
 THE CLERK: [1] 3/3
 THE COURT: [22]

-

-o0o [1] 3/3
-oOo [1] 11/25

/

/s [1] 12/13

1

100 [1] 2/5
10:03 [1] 3/2
10:17 [1] 11/23
11 [1] 11/4
120 [2] 5/20 6/1
120/140 [1] 8/23
13 [1] 12/11
140 [5] 5/22 5/24 6/2 6/3 8/23
1733 [1] 3/4
1867 [1] 2/14
19041 [1] 2/9

2

2015 [2] 1/16 3/1
2016 [1] 12/11
213.894.2979 [1] 1/24
23 [2] 1/16 3/1
231-4470 [1] 2/6
244-1867 [1] 2/14
28 [1] 12/5

3

303 [1] 2/14
3075 [1] 2/5
310 [1] 2/6
312 [1] 1/23
361 [1] 2/9
370 [1] 2/13
39 [1] 4/3

4

43 [1] 8/15
438 [1] 1/23
4470 [1] 2/6
4500 [1] 2/13

5

5647 [1] 2/14
5920 [2] 1/22 12/14

6

610 [1] 2/10
642-8500 [1] 2/10

7

753 [1] 12/4

8

80202-5647 [1] 2/14
8500 [1] 2/10

9

90012 [1] 1/23
91362 [1] 2/6

A

a.m [2] 3/2 11/23
able [1] 10/16
about [1] 7/20
above [1] 12/7
above-entitled [1] 12/7
absolutely [2] 4/9 4/22
accurately [1] 7/10
action [1] 10/22
actual [3] 7/19 7/22 8/17
actually [2] 5/24 11/3
addition [1] 6/18
addresses [1] 4/9
adjourned [1] 11/23
Administrator [2] 4/5 4/18
after [1] 10/23
again [3] 4/23 7/2 8/20
agreement [4] 7/19 7/23 7/24 8/18
al [4] 1/6 1/9 3/5 3/5
all [14]
almost [1] 11/7
also [6] 3/12 6/7 7/11 7/25 8/12 10/10
always [1] 10/25
among [1] 8/1
Angeles [3] 1/15 1/23 3/1
anomaly [1] 6/4
another [4] 5/6 6/4 7/12 8/23
answer [1] 7/7
any [6] 3/24 9/7 9/9 9/22 10/6 10/7
anything [2] 7/14 11/19
appear [1] 8/14
appearance [1] 3/6
APPEARANCES [1] 2/1
appears [2] 4/24 8/12
applicable [1] 4/23
approval [14]
approvals [1] 9/20
are [5] 4/20 6/8 7/12 10/4 10/6
as [10] 4/8 4/23 4/23 6/14 6/16 7/18 11/11 11/11 11/20 11/20
ask [1] 7/17
assume [1] 4/20
Avenue [1] 2/9

B

basically [2] 5/7 10/18
be [12] 4/3 4/6 4/15 5/24 7/22 8/12 8/17 8/23 8/24 8/25 9/19 9/24
because [8] 5/15 6/17 7/19 9/21 9/21 9/25 10/14 11/3
been [2] 5/8 9/20
before [1] 6/13
behalf [2] 9/8 11/4
Believe [1] 10/20
Between [1] 5/4
big [1] 11/1
bigger [1] 11/3
Boulevard [1] 2/5
brief [3] 7/14 9/12 9/13
broader [1] 7/12
brothers [1] 10/16
Butler [1] 10/24
buy [1] 6/19

C

C-o-h-o-n [1] 3/16
Cabraser [1] 5/2
CALIFORNIA [6] 1/2 1/15 1/23 2/6 2/14 3/1
Calling [1] 3/4
can [3] 7/3 9/10 11/12
cap [1] 11/2
care [1] 7/20
careful [2] 8/17 8/25
carefully [1] 10/1
case [8] 5/6 10/12 10/20 10/24 10/25 11/1 11/3 11/4
cases [1] 10/24
caught [1] 7/2
causes [1] 10/22
CCRR [1] 1/22
Center [1] 2/8
CENTRAL [1] 1/2
CERTIFICATE [1] 12/2
certify [1] 12/4
CHAMBERS [2] 1/6 3/5
change [2] 6/21 6/23
changed [3] 5/23 6/1 6/2
changing [1] 5/9
CHARLES [2] 2/4 3/7
checking [1] 5/25
CHIMICLES [2] 2/7 3/12
Christine [1] 5/1
Circuit [1] 10/24
circulate [1] 8/2
clarify [1] 9/1
class [20]
classes [8] 6/6 6/17 6/18 7/10 7/11 7/13 8/6 11/4
cleaning [1] 9/23
clear [3] 7/18 8/4 8/10
clicking [1] 11/12
clock [1] 11/12
co [4] 3/9 3/13 8/21 11/17
co-counsel [2] 8/21 11/17
co-lead [2] 3/9 3/13
Code [1] 12/5
COHON [4] 2/3 2/3 3/15 3/16
combustion [1] 6/9
come [2] 10/8 11/1
coming [1] 7/3
Commission [1] 4/12
compensated [1] 10/5
comprehensive [1] 9/24
concerns [2] 3/24 10/7
Conference [1] 12/9
conformance [1] 12/8
consideration [1] 10/11
consistency [1] 11/9
consistent [1] 8/18
consisting [2] 6/14 6/17
consists [3] 7/10 7/25 9/11
Consumer [1] 4/11
CORP [2] 1/9 3/5
correct [2] 8/8 12/6
could [1] 8/24
counsel [10] 3/6 3/9 3/13 3/17 3/19 5/1 8/2 8/21 10/9 11/17
course [1] 11/4
COURT [7] 1/1 6/5 9/9 10/10 10/18 11/14 12/14
Courthouse [1] 1/22
CSR [2] 1/22 12/14
CV [2] 1/8 3/4
CV-11-1733 [1] 3/4
CV-11-1733-FMO [1] 1/8

D

databases [2] 4/12 4/24
date [4] 5/21 8/13 8/17 12/11

## D

dates [3]  5/13 5/18 11/9
day [1]  10/14
days [4]  5/20 5/22 5/24 8/3
deadline [1]  8/16
declaration [1]  4/4
DEFENDANT [1]  2/12
Defendants [1]  1/10
definition [4]  6/25 7/18 8/5 8/5
Denver [1]  2/14
describe [1]  7/6
described [2]  6/5 6/16
describing [1]  6/14
did [1]  10/5
discovery [1]  10/15
discrepancy [1]  8/12
discuss [1]  9/14
dishwashers [1]  8/6
dismiss [1]  10/21
DISTRICT [3]  1/1 1/2 1/22
DIVISION [1]  1/3
do [5]  6/22 9/1 9/2 9/7 10/18
docket [1]  10/13
documents [1]  5/3
don't [8]  3/24 5/16 6/5 7/13 9/8 9/9 9/15 10/6
done [1]  9/21
double [1]  5/25
double-checking [1]  5/25
draft [2]  6/2 7/8
drafted [1]  5/4

## E

e-mail [3]  4/7 4/9 4/18
e-mailed [1]  4/3
each [1]  10/14
earlier [1]  11/16
East [1]  2/5
easy [1]  9/20
either [1]  10/15
end [4]  5/15 10/14 11/16 11/20
enough [2]  9/19 10/18
entitled [2]  6/8 12/7
errata [1]  8/1
especially [1]  11/2
ESQ [5]  2/3 2/4 2/4 2/8 2/12
et [4]  1/6 1/9 3/5 3/5
event [5]  4/13 6/6 6/9 6/12 6/12
every [1]  8/18
everyone [1]  4/22
everything [1]  9/25
Excellent [1]  11/13
exclude [1]  5/21
experience [1]  6/12
experienced [3]  4/13 6/9 6/12
extensions [1]  10/12

## F

failed [1]  5/10
FAQ [2]  5/19 8/14
far [1]  9/20
FAX [21]
FERNANDO [1]  1/4
few [3]  4/1 8/2 11/8
file [1]  8/13
filing [3]  9/1 11/10 11/15
final [5]  9/19 9/20 9/22 9/25 11/12
finalized [1]  5/5
fine [1]  4/10
firm [5]  3/8 3/12 5/6 5/6 5/7

FMO [1]  1/8
folks [1]  7/12
foregoing [1]  12/4
format [1]  12/8
forth [1]  7/19
forward [1]  11/10
fought [1]  10/13
fourth [1]  4/21
free [1]  4/14
frequently [1]  10/12
Friday [2]  1/16 3/1
future [3]  6/7 6/15 8/7

## G

get [6]  8/2 10/4 11/19 11/19 11/20 11/21
getting [1]  11/11
give [1]  5/17
giving [1]  10/18
go [2]  4/1 8/19
goal [1]  11/19
going [3]  4/20 8/17 10/4
GONZALEZ [3]  1/22 12/13 12/14
good [11]  3/7 3/11 3/14 3/15 3/18 3/25 9/19 10/2 10/3 10/5 11/7
got [4]  7/22 9/10 9/17 11/17
gratified [1]  11/2
group [1]  7/12
guess [1]  4/6
guys [3]  5/17 10/5 10/22

## H

had [2]  10/22 11/7
handed [1]  5/7
hard [1]  10/12
have [17]
Haverford [2]  2/8 2/9
hearing [2]  3/21 6/22
held [1]  12/7
help [1]  9/3
helpful [2]  10/19 10/19
her [1]  5/5
here [2]  3/20 9/10
hereby [1]  12/4
HON [1]  1/4
Honor [9]  3/11 3/15 3/18 5/9 7/7 9/9 10/10 11/15 11/22
hope [1]  5/14
Hopefully [1]  11/16
how [1]  9/10
HOWARD [2]  2/4 3/16
huge [3]  10/20 11/5 11/6

## I

I'll [7]  5/17 8/2 8/2 8/20 8/21 8/21 11/10
I'm [3]  6/22 6/24 8/4
I've [2]  9/21 11/17
impacts [1]  7/13
impasse [1]  10/15
include [3]  4/21 8/6 8/21
includes [2]  6/11 7/11
including [1]  6/17
incorporate [1]  5/17
independent [1]  5/16
individual [1]  4/15
information [1]  4/24
insert [1]  8/17
intent [1]  8/14
interrupt [1]  6/5
is [25]

issue [7]  5/14 5/14 5/15 7/8 7/15 8/23
issues [2]  10/6 11/8
it [43]
it's [8]  4/2 4/23 7/22 8/15 9/12 11/5 11/6 11/7
Item [1]  3/4
its [1]  10/10
itself [3]  5/10 7/15 11/3

## J

JEFFREY [2]  2/3 3/15
job [1]  10/5
joined [1]  5/6
JUDGE [2]  1/4 1/4
Judicial [1]  12/9
July [1]  12/11
just [13]

## K

knew [1]  10/22
know [7]  4/6 5/15 8/16 9/22 10/3 10/24 11/1

## L

Lancaster [1]  2/9
language [1]  7/9
later [2]  4/16 11/16
law [3]  3/8 3/12 5/1
Law-Sagafi [1]  5/1
lead [3]  3/9 3/13 3/19
left [2]  5/5 5/6
legal [1]  9/11
Leiff [1]  5/2
let [1]  7/17
Levitan [1]  3/8
like [6]  6/4 7/1 8/1 9/18 11/7 11/9
line [1]  11/1
LISA [3]  1/22 12/13 12/14
list [1]  5/3
listed [1]  5/2
Livingston [1]  3/8
LLP [3]  2/3 2/7 2/12
local [1]  3/16
look [2]  9/25 11/10
looked [1]  9/15
looks [2]  3/25 5/13
Los [3]  1/15 1/23 3/1
lot [1]  10/22

## M

machine [3]  6/8 6/19 6/19
machines [1]  6/11
made [1]  8/6
mail [4]  4/7 4/9 4/18 4/18
mailed [1]  4/3
mailing [1]  4/5
mailings [1]  4/20
major [1]  3/24
make [1]  8/10
Maryland [1]  3/8
MATHEWS [2]  2/8 3/12
matter [1]  12/7
may [2]  4/13 6/12
maybe [1]  5/15
me [5]  3/25 5/17 6/22 7/17 10/20
mean [1]  10/11
means [2]  6/10 10/4
member [1]  4/13
members [4]  5/20 6/7 8/13 10/4

## M

mentions [1] 4/5
messier [1] 9/23
MICHAEL [1] 2/12
might [2] 8/23 10/25
Mike [2] 3/18 6/2
minor [2] 4/1 10/6
Miss [1] 5/5
more [4] 6/16 7/10 9/24 9/25
morning [5] 3/7 3/11 3/14 3/15 3/18
most [1] 5/13
mostly [1] 11/8
motion [4] 5/2 5/5 5/10 10/21
MR [20]
much [3] 9/23 9/25 11/22
must [1] 8/13
muster [1] 9/19
my [10] 5/9 5/11 5/15 6/23 9/14 9/16 9/17 9/20 10/6 11/19

## N

nationwide [1] 11/5
need [1] 6/21
needed [1] 10/12
negotiations [1] 10/15
new [2] 6/8 6/19
next [3] 5/15 11/16 11/20
Nicole [2] 5/3 5/7
no [8] 1/8 1/22 7/2 10/3 11/6 11/16 11/18 12/14
North [1] 1/23
not [7] 5/9 6/9 6/12 6/12 6/17 7/12 10/13
notice [9] 3/23 4/3 4/14 4/16 4/18 4/19 4/21 4/22 5/19
noticed [1] 5/21
notices [4] 4/3 8/14 8/15 8/19
now [1] 9/23
Number [1] 3/4

## O

O'DONNELL [1] 2/12
o0o [1] 3/3
Oaks [1] 2/5
objections [2] 8/16 10/7
October [2] 1/16 3/1
off [1] 5/17
okay [8] 3/10 3/20 5/12 5/12 5/13 7/17 11/10 11/21
OLGUIN [1] 1/4
one [4] 2/8 4/24 6/1 10/25
only [2] 4/5 4/17
oOo [1] 11/25
option [1] 4/21
order [12] 5/14 5/16 6/23 7/9 7/16 9/4 9/14 9/17 9/24 9/25 11/11 11/21
other [3] 4/25 5/3 10/17
our [4] 5/14 9/3 10/16 11/11
out [8] 6/4 7/3 8/19 9/17 11/11 11/19 11/20 11/21
over [1] 5/7
Overheating [5] 4/13 6/6 6/7 6/15 6/15
oversight [1] 5/9
own [3] 5/16 6/11 6/19

## P

P-o-l-l-a-k [1] 3/16
PA [1] 2/9
page [1] 4/3
page 39 [1] 4/3
pages [1] 8/1
paper [2] 6/2 6/5
paragraph [1] 7/6
part [1] 5/13
partner [1] 5/8
pass [1] 9/19
past [3] 6/6 6/15 8/6
patience [1] 10/11
people [1] 6/11
pick [1] 5/10
picked [1] 5/11
PLAINTIFF [1] 2/3
plaintiffs [5] 1/7 3/9 3/13 3/17 9/8
plan [1] 4/4
plane [2] 5/11 7/3
plate [1] 10/23
please [2] 3/6 9/1
point [4] 6/1 6/4 9/7 10/7
POLLACK [1] 2/4
POLLAK [2] 2/3 3/16
possible [1] 11/11
pre [1] 4/12
pre-qualified [1] 4/12
preliminary [10] 3/21 5/14 5/16 5/22 6/21 7/9 7/14 7/15 9/16 9/18
PRESIDING [1] 1/4
pretty [1] 3/25
probably [2] 9/16 9/24
problems [1] 9/22
procedures [1] 4/17
proceedings [3] 1/14 11/23 12/7
Product [1] 4/11
proper [2] 8/4 8/5
properly [1] 6/16
proposed [1] 3/25
provides [1] 5/22
provision [1] 8/18
pursuant [1] 12/4

## Q

qualified [1] 4/12
question [2] 4/25 7/8
questions [4] 4/1 9/6 9/7 9/9

## R

rather [2] 6/10 6/14
reached [1] 10/14
really [5] 3/24 6/11 10/19 10/19 10/19
rebate [1] 6/8
received [1] 4/14
record [3] 5/8 7/18 8/9
reflect [1] 4/12
reflected [1] 10/13
regarding [1] 4/16
regulations [1] 12/8
relatively [2] 3/22 10/6
repair [2] 4/14 4/19
replacement [1] 4/14
reported [1] 12/6
Reporter [1] 12/14
REPORTER'S [1] 1/14
requirements [1] 9/17
rescheduling [1] 3/22
respect [2] 5/1 5/19
review [3] 5/11 8/20 9/10
Rifkin [1] 3/8
right [2] 5/24 9/17
room [2] 1/23 10/18
run [1] 8/21

## S

SA [2] 1/8 3/4
Safety [1] 4/11
Sagafi [2] 5/1 5/5
said [2] 7/9 11/7
saw [2] 10/6 10/23
say [2] 6/7 10/10
says [3] 4/2 4/10 4/17
schedule [2] 5/12 5/21
Sears [2] 3/19 4/11
section [3] 4/16 8/15 12/4
see [2] 9/23 10/7
send [4] 7/3 7/4 7/25 11/18
sense [1] 8/10
sent [1] 4/15
set [2] 7/18 10/18
setting [1] 9/17
settlement [24]
Seventeenth [1] 2/13
Seventh [1] 10/24
she [1] 5/6
She's [1] 5/8
sheet [2] 8/1 10/13
short [1] 3/22
should [1] 5/23
side [1] 10/17
sign [1] 5/16
Silver [1] 3/9
sisters [1] 10/16
Sixth [1] 10/23
so [22]
some [1] 7/4
something [3] 6/20 7/3 8/10
soon [2] 11/11 11/20
sorry [1] 6/24
sort [2] 7/4 10/23
speak [1] 10/9
specific [1] 4/14
Spring [1] 1/23
stage [1] 9/19
start [1] 11/12
state [3] 3/6 10/22 11/4
stated [1] 7/10
states [4] 1/1 5/20 12/5 12/9
stenographically [1] 12/6
STEVE [2] 1/6 3/5
stipulated [1] 8/1
stipulation [3] 7/5 7/6 8/22
Street [2] 1/23 2/13
sub [12] 6/6 6/6 6/7 6/15 6/15 6/17 6/18 7/10 7/11 7/13 8/6 11/4
submit [1] 8/10
submitted [1] 4/4
Sugnet [2] 5/3 5/7
Suite [2] 2/5 2/13
summary [1] 4/18
support [1] 9/11

## T

table [1] 10/17
tailored [2] 4/21 4/22
TCO [1] 4/19
tenor [1] 10/17
terms [1] 11/9
than [7] 6/10 6/14 9/23 9/24 11/3 11/16 11/17
thank [4] 3/22 10/10 11/14 11/22
that [43]
that's [4] 4/10 5/24 7/19 9/5
their [2] 4/23 8/14

## T

themselves [1]  5/21
then [3]  4/25 6/1 9/22
there [4]  4/6 5/18 7/11 8/12
there's [5]  5/1 6/4 8/21 10/3 10/7
Thereupon [1]  11/23
these [1]  4/20
they [3]  6/9 6/13 11/8
things [1]  11/9
think [22]
this [6]  7/17 9/7 9/24 10/7 10/25 11/1
those [6]  4/8 6/18 6/18 7/11 8/1 10/21
Thousand [1]  2/5
through [2]  4/1 10/16
throughout [1]  10/11
thus [1]  9/20
TIKELLIS [2]  2/7 3/12
Tim [2]  3/11 5/24
time [7]  5/4 5/5 5/8 5/18 10/12 10/14
 11/14
TIMOTHY [1]  2/8
Title [1]  12/5
trade [1]  6/13
transcript [3]  1/14 12/6 12/8
TRIGG [1]  2/12
true [1]  12/5
try [2]  5/17 11/19
trying [1]  10/21
two [8]  6/5 6/17 6/18 7/10 7/11 7/13 8/1
 8/6

## U

U.S [2]  1/22 12/14
Under [1]  8/14
understand [1]  11/18
UNITED [3]  1/1 12/5 12/9
until [1]  11/19
up [6]  5/10 5/11 6/13 8/6 9/23 10/21
upfront [2]  9/18 9/21
us [2]  9/3 10/18
uses [1]  7/25

## V

various [1]  8/19
versus [1]  3/5
very [5]  9/20 10/3 11/6 11/8 11/22
view [1]  9/16
Village [1]  2/6

## W

want [7]  4/1 4/6 6/5 6/19 6/22 7/4 8/25
was [12]  5/9 6/1 6/1 7/8 7/15 10/2 10/2
 10/12 10/18 10/20 10/22 11/4
we [20]
we'll [3]  10/7 11/10 11/21
we're [2]  3/20 11/2
week [3]  5/15 11/16 11/20
Weiner [1]  3/8
Well [1]  10/20
were [3]  10/15 10/21 11/8
West [1]  2/9
WESTERN [1]  1/3
Westlake [1]  2/6
what [4]  5/17 6/22 7/20 9/10
WHEELER [1]  2/12
when [4]  5/13 9/3 10/10 10/25
whether [2]  4/6 6/9
which [5]  5/14 5/19 6/10 8/13 11/5
WHIRLPOOL [5]  1/9 3/5 3/19 4/11
 10/25
who [2]  6/11 6/18
whose [2]  5/1 5/9
whole [1]  5/8
whom [2]  4/8 4/23
will [11]  4/3 4/6 4/15 4/18 7/25 8/11 9/2
 9/3 9/14 9/24 11/15
WILLIAMS [2]  2/12 3/19
wishes [1]  9/10
within [3]  7/12 7/13 8/2
won't [1]  11/18
wondered [2]  10/23 10/25
word [1]  7/25
wording [1]  7/15
work [6]  9/18 9/21 10/16 10/21 11/11
 11/17
would [2]  6/4 8/10
www.lisamariecsr.com [1]  1/24

## Y

Yeah [2]  5/23 7/21
Yes [1]  4/8
you [21]
you'll [2]  9/22 9/23
you're [1]  8/16
younger [1]  5/8
your [17]
Your Honor [4]  7/7 9/9 11/15 11/22