# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No: 8:11-cv-01733-FMO (ANx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR SUPPLEMENTAL PUBLICATION NOTICE AND LIMITED EXTENSION OF CLAIMS DEADLINE FOR KENMORE-BRAND DISHWASHER OWNERS**<br><br>The Honorable Fernando M. Olguin |

The Court, having read and considered the parties' Joint Stipulation for Supplemental Publication Notice and Limited Extension of Claims Deadline for Kenmore-brand Dishwasher Owners, hereby grants the Joint Stipulation. The parties shall cause to be published the supplemental publication notice for a period of two weeks on Internet websites and Facebook.com. The parties shall further extend the claims filing deadline for all Kenmore-brand Dishwasher owners for a period of four weeks, beginning on the date the supplemental publication notices are published and continuing for two weeks after the notice period is complete.

IT IS SO ORDERED.

Dated: July 14, 2016            _____/s/_____
                                Hon. Fernando M. Olguin
                                United States District Judge