Jeffrey M. Cohon, Esq. (CSBN 131431)
Kristina S. Keller, Esq. (CSBN 161946)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
 jcohon@cohonpollak.com


Charles S. Fax, Esq. (*pro hac vice*)
Liesel Schopler, Esq. (*pro hac vice*)
**RIFKIN, WEINER, LIVINGSTON, LEVITAN & SILVER LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rlls.com; lschopler@rlls.com


David H. Weinstein, Esq. (CSBN 43167)
Robert Kitchenoff, Esq., (admitted *pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania  19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com; kitchenoff@wka-law.com


Steven A. Schwartz, Esq. (*pro hac vice*)
Timothy N. Mathews, Esq. (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com; tnm@chimicles.com

Nicole Sugnet, Esq. (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com; nreynolds@lchb.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al*., all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al*.,<br><br>Defendants. | Case No:  8:11-cv-01733-FMO (ANx)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND PAGE LIMITS FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>The Honorable Fernando M. Olguin<br><br>Date:  August 25, 2016<br>Time: 10:00 a.m.<br>Courtroom:22 |

Plaintiffs respectfully move the Court for entry of an Order granting a one-week extension of time, from July 22 to July 29, 2016, to file their Reply in support of their Motion for Award of Attorneys' Fees and Expenses (the "Fee Motion"), along with an extension of the page limit from 25 to 35 pages. Defendants, Whirlpool Corporation ("Whirlpool"), Sears, Roebuck and Co., and Sears Holdings Corp. (collectively, "Sears") do not oppose this request. In support of this motion, Plaintiffs state as follows:

1.      Class Counsel have met and conferred with Defense counsel regarding this motion. Defendants do not oppose the requested extension of time and page limits.

1       2.     No party, nor the Court, would be prejudiced by the requested extensions

2   of time and page limits because Plaintiffs' Fee Motion will be fully briefed almost

3   four weeks before the Court's Fairness Hearing, scheduled for August 25, 2016.

4       3.     On June 24, 2016, Defendants filed a 55-page opposition to the Fee

5   Motion along with exhibits, including two expert reports. ECF 246.

6       4.     Although Class Counsel have been working diligently since then, they

7   request a reasonable one-week extension, plus 10 extra pages, to file their reply

8   papers, for the following reasons.

9          a.     Plaintiffs must respond to the two expert reports submitted by

10  Defendants.  Neither of those experts was disclosed before in this litigation.

11  Class Counsel also must respond to arguments made by Defendants based on

12  data they received from the independent Settlement Administrator KCC that

13  was not provided to Class Counsel until after Defendants' Opposition was filed.

14         b.     The gap between Class Counsel's request of $15 million in

15  attorneys' fees and Defendants' suggested fee (less than $3 million) is material

16  to Class Counsel and merits a thorough response.

17         c.     Defendants make numerous challenges to Class Counsel's rates

18  and hours reflected in their detailed daily time records. Class Counsel disagrees

19  with Defendants' arguments, and must respond to them.

20         d.     Defendants make numerous legal arguments regarding the proper

21  standards for evaluating Class counsel's fees, which require a response.

22         e.     The requested extensions will not interfere with any other Court

23  deadline. If Class Counsel's Reply is filed by July 29, 2016, the Fee Motion

24  would be fully briefed well in advance of the August 25, 2016, Fairness

25  Hearing.

26      5.     While the Court granted Defendants a two-week extension within which

27  to file their Opposition to the Fee Motion, ECF 240, 241, Plaintiffs have not

28  previously sought, nor have they received, any additional time within which to file

1  their Reply.

2      6.    The foregoing constitutes good cause to grant the requested extension of

3  time and page limits.

4      7.    A proposed Order granting the requested extension is attached for the

5  Court's convenience.

6  Dated:  July 15, 2016

7

8                                    By:  /s/  *Charles S. Fax*
                                         Charles S. Fax, Esquire (*pro hac vice*)
9                                        Liesel Schopler, Esquire (*pro hac vice*)
                                         Rifkin, Livingston, Levitan & Silver, LLC
10                                       7979 Old Georgetown Road, Suite 400
                                         Bethesda, Maryland 20814
11                                       Telephone: (301) 951-0150
                                         Telecopier: (301) 951-0172
12
13                                       Counsel for Plaintiffs
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

H0055803.                              4

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Place, Suite 2320, Los Angeles, California 90067.

On July 15, 2016, I served the foregoing documents described as: PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND PAGE LIMITS FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

 X  By placing the true copies thereof enclosed in a sealed envelope addressed as follows:

See attached service list

BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On July 15, 2016, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

X       (FEDERAL)       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 15, 2016 | Amy Lentz | /s/ Amy Lentz |
|---|---|---|
| Date | Type Name | Signature |

1

## **SERVICE LIST**

2

3
Alexander Korzun
109 Hickory Woods Lane
4
Stratford, CT 06614-1609

5

6
Rosalie Bunge Dundas
880 Mound Street
Saint Paul, MN 55106
7

8
Steven E Rogers
13020 16th St NE
9
Lake Stevens, WA 98258

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6