Steven A. Schwartz, Esq. (pro hac vice)
Timothy N. Mathews, Esq. (pro hac vice)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com;
tnm@chimicles.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No: 8:11-cv-01733-FMO-MLG<br><br>**DECLARATION OF STEVEN A. SCHWARTZ IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM OBJECTOR KELLY KRESS, ESQ. AND HER COUNSEL JOHN KRESS AND STEVE MILLER**<br><br>The Honorable Fernando M. Olguin |

I, Steven A. Schwartz, declare as follows:

1. I am Co-Lead Class Counsel for Plaintiffs in this action, and a partner at the law firm of Chimicles & Tikellis LLP in Haverford, Pennsylvania. I submit this declaration in support of Plaintiffs' Motion to Compel Discovery from Objector Kelly Kress and her Attorneys John Kress (who I understand is her husband) and Steve Miller.

2. Attached as Exhibit 1 hereto are true and correct copies of a full set of emails between me and Objector's counsel Messrs. Miller, Kress and Fortman. As

1

1 reflected in that correspondence, on July 14, 2016, after an exchange of
2 correspondence, Class Counsel sent Objectors their portion of a Joint Stipulation
3 pursuant to Local Rule 37 and requested confirmation of whether Objectors would
4 participate in the Joint Stipulation process. Class Counsel had previously made three
5 written requests (on July 6 and 12) for the same confirmation. On July 21, 2016,
6 Objectors finally advised Class Counsel that they would not participate in the
7 preparation of the Joint Stipulation. Accordingly, Class Counsel have been forced to
8 file this Motion to Compel without any input from Objectors regarding their position
9 (other than the positons reflected in their correspondence, which is included in Ex. 1.

10   3. Even though Objector's Counsel entered their appearance listing their
11 offices, despite reasonable efforts and multiple attempts, Class Counsel's process
12 server has been unable to serve the subpoenas on these lawyers Miller and John Kress,
13 or their client Kelly Kress(who lists only a P.O. box even though she is a lawyer too).
14 *See* Exhibit 2 hereto (declarations of process servers). Mr. Fortman was successfully
15 served on July 18, 2016 and has advised me that he is in the process of filing a motion
16 to quash in the eastern District of Missouri, where he resides.

17   4.  Class Counsel is satisfied that Class Counsel has met the "meet and
18 confer" requirements of L.R. 37-1 and made reasonable (albeit unsuccessful) efforts to
19 procure Objectors' cooperation in the filing of a Joint Stipulation.

20   5. Attached as Exhibit 3 hereto is a chart filed in *In re Law Office of*
21 *Jonathan E. Fortman*, LLC, 2013 U.S. Dist. LEXIS 13903 (E.D. Mo. Feb. 1, 2013).

22   6. Attached as Exhibit 4 hereto is a decision in *In re Flonase Antitrust*
23 *Litigation*, No. 08-3301 (E.D. Pa. May 7, 2013), ECF No. 583.

24   7. Attached as Exhibit 5 hereto is a decision in *In re Apple iPhone/iPod*
25 *Warranty Litig.*, C.A. No. 3:10-cv-01610-RS (N.D. Cal. Jan. 13, 2014), ECF No. 126.

26   8. Attached as Exhibit 6 hereto is a decision in *In re Jonathan Fortman,* No.
27 4:16-MC-421 RLW (E. D. Mo. July 27, 2016).

28

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 28th day of July, 2016 in Haverford, Pennsylvania.

/s/ *Steven A. Schwartz*
Steven A. Schwartz

DECLARATION OF STEVEN A. SCHWARTZ
IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
CASE NO. 8:11-cv-01733-FMO-MLG

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Declaration on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED: July 28, 2016

*Steven A. Schwartz*
Steven A. Schwartz