# EXHIBIT 2

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, ET AL. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 8:11-CV-01733-FMO |
| WHIRLPOOL CORP., ET AL. | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: KELLY KRESS

*(Name of person to whom this subpoena is directed)*

☐ **Testimony:** **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | Date and Time: |
|---|---|

The deposition will be recorded by this method: _____

☐ **Production:** You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

_____   OR   _____

*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* WHIRLPOOL CORP., ET AL., who issues or requests this subpoena, are: Chimicles & Tikellis, Karen Wright, 361 W Lancaster Ave Haverford, PA 19041

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:11-CV-01733-FMO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* KELLY KRESS on *(date)* Jun 17, 2016, 12:30 pm.

☐ I served the subpoena by delivering a copy to the named individual as follows: _____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: No answer everything looks the same No changes from all prior attempts..

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ $150.00.

I declare under penalty of perjury that this information is

true.

Date: 06/30/2016

_Server's signature_

MARK RAUSS

_Printed name and title_

2518 LEMAY FERRY , ST LOUIS, MO 63125

_Server's address_

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jun 27, 2016, 7:30 pm EDT at Home: 11269 GRAVOIS RD, ST LOUIS, MO 63126
No answer at the door. Cars present.

2) Unsuccessful Attempt: Jun 28, 2016, 9:00 am EDT at Home: 11269 GRAVOIS RD, ST LOUIS, MO 63126
No answer at the door. Cars present. Lights on inside

3) Unsuccessful Attempt: Jun 28, 2016, 8:00 pm EDT at Home: 11269 GRAVOIS RD, ST LOUIS, MO 63126
No answer everything looks the same No changes from all prior attempts.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STEVE CHAMBERS, ET AL. | )  |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 8:11-CV-01733-FMO |
| WHIRLPOOL CORP., ET AL. | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: JOHN C. KRESS

*(Name of person to whom this subpoena is directed)*

☐ **Testimony: YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | Date and Time: |
|---|---|

The deposition will be recorded by this method: _____

☐ **Production:** You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR
_____

Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* WHIRLPOOL CORP., ET AL., who issues or requests this subpoena, are: Chimicles & Tikellis, Karen Wright, 361 W Lancaster Ave Haverford, PA 19041

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:11-CV-01733-FMO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JOHN C. KRESS on *(date)* Jun 17, 2016, 12:30 pm.

☐ I served the subpoena by delivering a copy to the named individual as follows:
_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: No answer everything looks the same No changes from all prior attempts..

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ~~$40.00~~ .

I declare under penalty of perjury that this information is

true:

Date: 06/30/2016

Server's signature

MARK RAUSS

Printed name and title

2518 LEMAY FERRY, ST LOUIS, MO 63125

Server's address

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Jun 27, 2016, 7:30 pm EDT at Home: 11269 GRAVIOS RD, ST LOUIS, MO 63126
No answer at the door. Cars present.

2) Unsuccessful Attempt: Jun 28, 2016, 9:00 am EDT at Home: 11269 GRAVIOS RD, ST LOUIS, MO 63126
No answer at the door. Cars present lights on inside

3) Unsuccessful Attempt: Jun 28, 2016, 8:00 pm EDT at Home: 11269 GRAVIOS RD, ST LOUIS, MO 63126
No answer everything looks the same No changes from all prior attempts.

Case 8:11-cv-01733-FMO-JCG   Document 268-5   Filed 07/28/16   Page 7 of 11   Page ID #:7318

## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### District of California

Case Number: 8:11-CV-01733-FMO

Plaintiff:
STEVE CHAMBERS, et al.

vs.

Defendant:
WHIRLPOOL CORP., et al.


DVA2016004880

For:
Steven A. Schwartz
361 W Lancaster Ave
Haverford, PA 19041

Received by Heaven Sent Legal Services on the 17th day of June, 2016 at 10:16 am to be served on STEVE A. MILLER, 1625 LARIMER STREET, NO. 2905, STEVE A. MILLER, PC, DENVER, CO 80202.

I, Richard Markowitz, being duly sworn, depose and say that on the 21st day of June, 2016 at 6:52 am, I:

**NON-SERVED** the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; A WITNESS FEE CHECK IN THE AMOUNT OF $42.00** for the reason that I failed to find **STEVE A. MILLER** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
6/17/2016 2:45 pm Attempted service at 370 SEVENTEENTH STREET STE 4500, STEVE A. MILLER, PC, DENVER, CO 80202, security apartment building. Call box is inoperative and we have no way to get into the building. There is a security guard there but he states they are not permitted to call the tenants. I tried to bully him but he said the policy is set in stone.
6/18/2016 9:23 am Attempted service at 370 SEVENTEENTH STREET STE 4500, STEVE A. MILLER, PC, DENVER, CO 80202, security apartment building. Call box is broken and unable to enter builing.
6/21/2016 11:23 am Attempted service at 370 SEVENTEENTH STREET STE 4500, STEVE A. MILLER, PC, DENVER, CO 80202, unable to get into building.

I declare under oath that I am 18 years or older and not a party to the action.

Subscribed and Sworn to me in Denver County, State of Colorado on the 21st day of June, 2016.

_____
NOTARY PUBLIC

JUSTIN DEL ROSARIO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154010088
MY COMMISSION EXPIRES MARCH 11, 2019

Richard Markowitz
Process Server

Heaven Sent Legal Services
PO Box 3994
Philadelphia, PA 19146
(866) 331-4220

Our Job Serial Number: DVA-2016004880

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:11-cv-01733-FMO

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* JONATHAN FORTMAN, ATTY
on *(date)* 6-21-16.

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: DEFENDANT IS OUT OF TOWN.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 6-22-16

_Arthur G Boyer_
*Server's signature*

ARTHUR G BOYER
*Printed name and title*

AA PROCESS SERVERS LLC
2518 LEMAY FERRY RD.
St. Louis, MO 63125
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:11-cv-01733-FMO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JOHN C KRESS, ATTY
on *(date)* 6-20-16.

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: DEFENDANT IS OUT OF TOWN.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6-22-16

*Arthur G Boyer*
Server's signature

ARTHUR G BOYER
Printed name and title

AA PROCESS SERVERS
2518 LEMAY FERRY RD
ST. LOUIS, MO 63125
Server's address

Additional information regarding attempted service, etc.:

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 8:11-cv-01733-FMO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __KELLY KRESS__
on *(date)* __6-20-16__.

☐ I served the subpoena by delivering a copy to the named individual as follows:

_____

_____ on *(date)* _____ ; or

☒ I returned the subpoena unexecuted because: __DEFENDANT IS OUT OF TOWN.__

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6-22-16__

_Arthur D Boyer_
Server's signature

__ARTHUR G BOYER__
Printed name and title

AA PROCESS SERVERS
2518 LEMAY FERRY RD
ST. LOUIS, MO 63125
Server's address

Additional information regarding attempted service, etc.: