# EXHIBIT 3

**Selected Objections to Settlements and Related Appeals Filed by Steve A. Miller, Jonathan E. Fortman, and John C. Kress**

| Case | Counsel | Client(s) | Result of Action and Notes on Objection | Outcome of Objections and/or Appeals |
|---|---|---|---|---|
| *In re Groupon Marketing and Sales Pracs. Litig.* No. 11-md-2238-DMS-RBB (S.D. Cal) | Steve A. Miller<br><br>Jonathan Fortman<br><br>John C. Kress | **Maureen Connors, Aileen Connors**, Chris Schulte, **Andres Miller**, Jennifer Maxfield | Final approval and fees granted on 12/18/12. | Notice of objection filed on 7/27/12. |
| *In re: Pre-Filled Propane Tank Marketing and Sales Prac. Litig.*, No. 09-md-02086-GAF (W.D. Mo.) | Steve A. Miller<br><br>Jonathan Fortman | Kristina Newman<br><br>**John C. Kress, Patrick Giratos**, John Muhs | Final approval and fees granted on 5/31/2012. | Miller's notice of appeal filed on 6/28/12. Miller filed an appearance for Newman once the case was assigned to the Eighth Circuit. Voluntarily dismissed the appeal on 11/20/12, granted on 11/23/12.<br><br>Fortman filed objections on 1/10/12. Plaintiffs served deposition notices on objectors, Fortman moved to quash. Voluntarily dismissed the appeal on 11/20/12, granted on 11/23/12. |
| *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 07-md-1827 (N.D. Cal.) | Steve A. Miller<br><br>Jonathan Fortman<br><br>John C. Kress | Shannon Cashion, **Kelly Kress**, W. Christopher McDonough, Mark Schulte | Final approval of Settlement granted 12/18/12 and fees granted on 12/20/12. | Miller filed a notice of objection to the settlement on 4/13/12 and an objection as to fees on 9/21/12 and a further objection to approval of the settlement on 10/09/12. |

| | | | | |
|---|---|---|---|---|
| *In re Lawnmower Engine Horsepower Marketing & Sales Practices Litig.* (E.D. Wis., MDL No. 1999) | Steve A. Miller<br><br>Jonathan Fortman<br><br>John C. Kress | **Jeannine Miller**<br><br>Kent Stephens; Douglas Hilbert; Kelly Marie Spann<br><br>David Borgmeyer; Jarvis Gutridge; Earl Hortiz | Final approval granted and fees awarded 8/16/10 (733 F. Supp. 2d 997). | Objection and motion to intervene filed 6/4/10, 6/7/10.<br><br>Attorneys Fortman, Kress and Kessinger filed notice of appeal 9/14/10; motion to voluntarily dismiss appeal filed 2/9/11 (granted 2/10/11) and 2/14/11. |
| *In re: Enfamil Lipil Marketing and Sales Pracs. Litig.*, No. 11-md-02222 (S.D. Fla.) | Steve A. Miller | Margaret Huter | Final approval and fees granted on 11/14/11. | Miller filed an appearance on behalf of Huter on 12/8/11. Filed a notice of appeal on 12/12/11.<br><br>Joint motion to dismiss the appeal granted on 3/30/12. |
| *Mobbs v. Farmers Ins. Co. Inc.*, No. 03-cv-00158 (W.D. Ok.) | Steve A. Miller | Steve A. Miller (himself) | Final approval and fees granted 9/29/11. | Appearance and notice of appeal filed by Miller on 10/19/11. Posted a $15,000 appeal bond.<br><br>Voluntarily dismissed the appeal on 11/7/11. |
| *Baggett v. Hewlett-Packard Company et al*, No. 07-cv-00667 (C.D. Cal.) | Steve A. Miller | Steve A. Miller (himself) | Final approval and fees granted 8/31/11. | Objection filed on behalf of himself on 1/04/11. No appeal filed. |
| *In re American Intern. Group, Inc. Securities Litig.* (S.D.N.Y., No. 04-cv-08141-DAB) | Steve A. Miller | Steve A. Miller, P.C. Profit Sharing Plan, Trustee | Filed 1/6/12. Final approval granted and fees awarded 2/2/12 (2012 WL 345509). | Miller filed a notice of appeal 2/17/12.<br><br>Miller voluntarily withdraws his objection on 9/27/12. |

| *Nakash v. nVidia Corp.* (N.D. Cal., No. 08-cv-04312-JW) | Steve A. Miller | Chase A. Thompson | Final approval granted and fees awarded 12/20/10.<br><br>Objection filed 11/2/10 (by Charles M. Thompson as counsel for his son). | Miller/Thompson filed notice of appeal 1/19/11 (several other objectors also appealed, and the appeals were consolidated). The final appellate briefs were filed 12/16/11; oral argument not set as of 5/3/12. |
|---|---|---|---|---|
| *In re: Tyson Foods, In., Chicken Raised Without Antibiotics Consumer Litig.,* No. 08-md-01982-RDB (D. Md.) | Steve A. Miller | Shelagh Needham-Ward | Final approval and fees granted on 5/20/10.<br><br>Objection to Preliminary approval filed on 4/19/10. | In its Opinion and Order, the court noted that "none of the objections had any merit." (Dkt. 121, May 11, 2010).<br><br>Miller filed his notice of appeal on 6/24/10. The court granted leave to depose objectors on 7/21/2010. Voluntarily dismissed 7/28/2010. |
| *Blessing v. Sirius XM Radio Inc.* (S.D.N.Y., No. 09-cv-10035 (HB)(RLE)) | Steve A. Miller | **Jeannine Miller** | Final approval granted and fees awarded 8/24/11.<br><br>Objection dated 6/20/11. | Miller filed a notice of appeal 9/29/11. Appeal fully briefed as of late April 2012.<br><br>Objections overruled by 2nd circuit <u>Blessing v. Sirius XM Radio Inc.</u>, 11-3696-CV, 2012 WL 6684572 (2d Cir. Dec. 20, 2012) (Appeal bond denied, but judge found it "highly unlikely objectors would succeed on appeal") |

| Case | Counsel | Objector(s) | Status | Appeal/Outcome |
|---|---|---|---|---|
| *White v. Cellco Partnership d/b/a Verizon Wireless* (Alameda Super. Ct., No. RG04137699) | Steve A. Miller | Ann Talley and John Talley | Final approval granted and fees awarded 11/6/08. Objection filed 10/17/08. | Miller filed notice of appeal 1/5/09. Judgment in *White* and related case affirmed by *Cellphone Fee Termination Cases*, 186 Cal.App.4th 1380 (2010). |
| *Cassese v. Washington Mutual, Inc.* (E.D.N.Y., No. 05-02724) | Steve A. Miller | John Henry Williams | Filed 9/8/11. | Miller filed a notice of appeal 10/19/11. Objections overruled by 2nd circuit *Cassese v. Wash. Mut., Inc.* No. 11-4333 (2d. Cir. Nov. 20, 2012). |
| *Fogel v. Farmers Group, Inc.* (Los Angeles Super. Ct., No. BC300142) | Steve A. Miller; Jonathan Fortman | Charmain Schuh, Marvin Brilliant, George Bishop, David Wenholz, Gina Martin and Jill Sheffield | Settlement approved and fees awarded 12/21/11. Objection filed 8/18/11: No portion of the settlement fund should revert | Appealed in January 2012 by several objectors including Miller's clients. Briefing schedule not yet set. Fortman's objection dated 8/17/11. Fortman did not appeal. |
| *In re New Motor Vehicles Canadian Exp. Antitrust Litig.* (D. Me., MDL No. 1532) | Steve A. Miller | Joey Hutto, Jeanne Finn, Channing Carder, Deborah Colburn, Wayne Phillips/American Electric Motor Service | Objection Filed 1/31/11. | From "Decision and Order on Proposed Settlements and Plan of Allocation": Objection to Proposed Settlement ¶¶ 11–12 (Docket Item 1140). Referring to the objectors' claims as "a specious argument and confusing." |

| *Credit/Debit Card Tying Cases* (San Francisco Super. Ct., J.C.C.P. No. 4335) | Steve A. Miller | John Finn | Settlement approved and fees awarded on 8/23/10.<br><br>Objection filed 5/20/10: Benefit to settlement class "nominal at best"; misuse of cy pres distribution; excessive attorneys' fees. | Several appeals filed but none by Miller. |
|---|---|---|---|---|
| *In re Mattel, Inc. Toy Lead Paint Products Liability Litig.* (C.D. Cal., MDL No. 1897) | Steve A. Miller | Chase A. Thompson | Objection Filed 2/19/10: Coupon settlement benefits defendant, no attorneys' fees should be awarded until value of benefit to class is determined; subclasses needed due to disparity in relief between groups; class notice misleading re: requirements for objections. | Miller/Thompson filed a notice of appeal, followed by an amended version of same on 5/18/10. Stipulated motion to dismiss the four appeals related to the Mattel MDL filed 11/10/10; granted 11/19/10. |
| *In re Yahoo! Litig.* (C.D. Cal., No. CV 06-2737 CAS (FMOx)) | Steve A. Miller | LightTheNations.com; ChaseandSam.com; Digital Playroom, Inc.; James Owens; and Randal S. Ford | Final judgment entered 1/15/10, approving settlement and awarding fees of $4.3 million (no mention of objections). | Objection Dated 12/11/09 (not docketed).<br><br>Miller filed notice of appeal on 2/11/10; order re voluntary dismissal of Miller's appeal and two others entered 9/23/10. |

| White v. Experian Information Solutions (C.D. Cal., No. SACV 05-1070 DOC (MLGx)) | Steve A. Miller | Steven C. Signer | Final approval of settlement granted 7/15/11. | Objection Filed 11/30/09.<br><br>Miller filed appeal 8/12/11. Briefing is under way in the consolidated appeals. |
|---|---|---|---|---|
| In re Initial Public Offering Securities Litig. (S.D.N.Y., No. 21 MC 92 (SAS)) | Steve A. Miller | Steve A. Miller, P.C. Profit Sharing Plan | Final approval granted and fees awarded on 10/6/09.<br><br>Objection Filed 8/10/09 (letter to court): Proceeds for class "minuscule in comparison to the enormous expenses and attorneys fees to be paid out." | Various appeals of that order filed in early November, including one by Miller on 11/3/09.<br><br>In the underlying matter, Judge Shira Scheindlin ruled on 6/17/10 that objectors must post a $25,000 bond (between them) (721 F. Supp. 2d 210; amended 7/20/10 (728 F. Supp. 2d 289)). Miller is identified therein not as counsel but as an objector (along with his profit-sharing plan) represented by Jeffrey L. Weinstein. |
| CLRB Hanson Inds., LLC v. Google, Inc. (N.D. Cal., No. C 05-03649 JW PVT) | Steve A. Miller | Randy R. Lyons and Chase Thompson | Settlement approved and fees awarded on 9/14/09. | Objection Filed 7/10/09: Settlement overcharges known to class counsel insufficient information provided to class re terms; excessive attorneys' fees and class rep awards.<br><br>Miller did not file an appeal. |

| | | | | |
|---|---|---|---|---|
| *Milliron v. T-Mobile USA, Inc.* (D.N.J., No. 08-04149 (JLL) (ES)) | Steve A. Miller | Thomas A. Carder, Kimberley Lyons and **Aaron Miller** | Settlement approved and fees awarded on 9/10/09, with all objections overruled. | Objection filed 7/2/09: Settlement class too broad; fund inadequate; claims procedure should be eschewed; non- class members receive benefits while class members receive none; excessive attorneys' fees.<br><br>Appealed by various objectors, including Miller (on 10/7/09). Miller appeal fully briefed in early 2011; stipulation of dismissal filed 3/23/11. |
| *In re Trans Union Corp. Privacy Litig.*, 00cv4729, 2009 WL 937158 (N.D. Ill. Apr. 6, 2009) | Steve A. Miller | Christi M. Copeland | Final approval order of 9/17/08 overruled all objections.<br><br>Objection filed approx. 8/22/08: Settlement has nominal value; class members required to wait two years to see if funds are available; excessive attorneys' fees. | Miller appealed on 10/15/08 (other objectors also appealed around that time). The objectors subsequently reached a settlement with counsel and, on 7/30/09, filed a motion for voluntary dismissal of the appeals, which the 7th Circuit granted the next day. |

| *In re Checking Account Overdraft Litig.* (S.D. Fla., MDL No. 2036) | Jonathan Fortman<br><br>John C. Kress | Todd M. Spann<br><br>Daniel G. Repa | Objection filed 10/3/11 as part of group including clients of Kessinger and Kress. In the order granting final approval of the settlement and awarding attorneys' fees, the court stated:<br><br>"As Plaintiffs noted both in their pleadings, *see* Plaintiffs' Response to Objections to Motion for Final Approval of Settlement and Class Counsel's Application for Service Awards and Attorneys' Fees [DE # 2030] at 20–22, and at the Final Approval Hearing, *most if not all of the Objections are motivated by things other than a concern for the welfare of the Settlement Class. Instead, they have been brought by professional objectors and others whose sole purpose is to obtain a fee by objecting to whatever aspects of the Settlement they can latch onto.*" *In re Checking Account Overdraft Litig.*, 830 F.Supp.2d 1330, 2011 WL 5873389 (S.D.Fla. Nov. 22, 2011) (emphasis added). | Notice of appeal filed 12/21/11. On 2/14/12, the court granted Plaintiffs' Motion to Require Posting of Appeal Bonds by certain Objector-Appellants.<br><br>Voluntarily dismissed this appeal on 7/03/12. |

| | | | | |
|---|---|---|---|---|
| *In re Enron Corporation Securities Litig.* (S.D. Tex., No. H-01-3624) | Jonathan Fortman | George S. Bishop; Jill R. Bishop; Lon Wilkens; Betty Wilkens | On 9/8/08, all objections were overruled or found to be without merit in the order awarding fees (586 F. Supp. 2d 732) | Objection filed in 2008. Fortman, Pentz and Kessinger together filed this objection.<br><br>Notice of appeal filed 10/3/08. Stipulated dismissal filed 9/10/09. |
| *Hale v. Wal-Mart Stores* (Mo. Cir. Ct., No. 01CV218710, June 17, 2009) | John C. Kress | Brenda Crittendon; Marcella Hodgins; Linda Garrett | | Kress and Kessinger were sanctioned by the court after objecting and attempted to intervene. |