Timothy R. Hanigan (SBN 125791)
Vaughn M. Greenwalt (SBN 298481)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372

Attorneys for Objectors/Class Members,
CHRISTINE KNOTT and KIMBERLY SMITH

Jeffrey M. Cohon, Esq. (CSBN 131431)
Kristina S. Keller, Esq. (CSBN 161946)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California 90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
 jcohon@cohonpollak.com

Charles S. Fax, Esq. (*pro hac vice*)
Liesel Schopler, Esq. (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rlls.com; lschopler@rlls.com

Steven A. Schwartz, Esq. (*pro hac vice*)
Timothy N. Mathews, Esq. (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com; tnm@chimicles.com

Attorneys for the Plaintiffs and Court-Appointed Class Counsel

[Full counsel appearances on signature page]

LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
(818) 883-5644

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVE CHAMBERS, *et al*., all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al*.,<br><br>Defendants | Case No: **8:11-cv-01733-FMO (JCGx)**<br><br>**NOTICE OF MOTION AND MOTION REGARDING (1) TIMOTHY R. HANIGAN'S MOTION: (A) TO QUASH SUBPOENA; AND (B) SANCTIONS; AND (2) PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM TIMOTHY HANIGAN AND CHRISTOPHER BANDAS; JOINT STIPULATION; DECLARATION OF STEVEN A. SCHWARTZ AND VAUGHN M. GREENWALT**<br><br>Hearing Date: August 25, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 6A<br><br>Before Magistrate Judge Gandhi (originally filed July 28, 2016) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at the above time and place Timothy Hanigan will move to quash and Plaintiff moves to compel discovery from Timothy Hanigan and Christopher Bandas.

This motion is made pursuant to Local Rule 37-1 and is based on the attached joint stipulation, the declarations of Steven A. Schwartz and Vaughn M. Greenwalt, any supplemental memoranda filed under Local Rule 37-2.3, and such arguments as may be presented at the hearing.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: _August 5, 2016 | Respectfully submitted, |
| 3 | | |
| 4 | | */s/ Timothy R. Hanigan* |
| | | Timothy R. Hanigan (125791) |
| 5 | | LANG, HANIGAN & CARVALHO, LLP, |
| | | 21550 Oxnard Street, Suite 760 |
| 6 | | Woodland Hills, California 91367 |
| 7 | | (818) 883-5644 |
| | | trhanigan@gmail.com |
| 8 | | |
| 9 | | Attorney for Objectors/Class Members |
| 10 | | |
| 11 | DATED: August 5, 2016 | */s/ Steven A. Schwartz* |
| | | Steven A. Schwartz (*pro hac vice*) |
| 12 | | Timothy N. Mathews (*pro hac vice*) |
| 13 | | **CHIMICLES & TIKELLIS LLP** |
| | | 361 West Lancaster Avenue |
| 14 | | Haverford, Pennsylvania 19041 |
| 15 | | Telephone: (610) 642-8500 |
| | | Telecopier: (610) 649-3633 |
| 16 | | sas@chimicles.com |
| 17 | | tnm@chimicles.com |
| 18 | | Jeffrey M. Cohon (CSBN 131431) |
| | | Howard Pollak (CSBN 147077 ) |
| 19 | | **COHON & POLLAK, LLP** |
| 20 | | 10250 Constellation Boulevard, Suite 2320 |
| | | Los Angeles, California  90067 |
| 21 | | Telephone: (310) 231-4470 |
| 22 | | Facsimile: (310) 231-4610 |
| | | jcohon@cohonpollak.com |

Charles S. Fax, Esquire (*pro hac vice*)
Rifkin Weiner Livingston, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs and Court – Appointed Counsel for the Class*

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Notice of Motion on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED:  August 5, 2016

                                        */s/ Steven A. Schwartz*
                                        Steven A. Schwartz