Timothy R. Hanigan (SBN 125791)
Vaughn M. Greenwalt (SBN 298481)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Tel: (818) 883-5644
Fax: (818) 704-9372

Attorneys for Objectors/Class Members,
CHRISTINE KNOTT and KIMBERLY SMITH

Jeffrey M. Cohon, Esq. (CSBN 131431)
Kristina S. Keller, Esq. (CSBN 161946)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
 jcohon@cohonpollak.com

Charles S. Fax, Esq. (*pro hac vice*)
Liesel Schopler, Esq. (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rlls.com; lschopler@rlls.com

Steven A. Schwartz, Esq. (*pro hac vice*)
Timothy N. Mathews, Esq. (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com; tnm@chimicles.com

Attorneys for the Plaintiffs and Court-Appointed Class Counsel

[Full counsel appearances on signature page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants | Case No: **8:11-cv-01733-FMO (JCGx)**<br><br>**STIPULATION TO SHORTEN TIME AND SET HEARING AND BRIEFING SCHEDULE FOR (1) TIMOTHY R. HANIGAN'S MOTION: (A) TO QUASH SUBPOENA AND (B) SANCTIONS; AND (2) PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM TIMOTHY HANIGAN AND CHRISTOPHER BANDAS**<br><br>Hearing Date: August 25, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 6A<br><br>Before Magistrate Judge Gandhi (originally filed July 28, 2016) |

Presently pending before the Court are two motions—a motion to compel and a motion to quash—regarding discovery disputes related to Objections filed on behalf of Christine Knott and Kimberly Smith to the proposed settlement of this class action. Judge Olguin granted preliminary approval to the proposed settlement of this class action. *See* Preliminary Approval Order, Dkt. No. 199. Plaintiffs seek to obtain document discovery and depose the Objector's Counsel Timothy R. Hanigan and Christopher Bandas. Objectors oppose such discovery. To promote efficiency, both Discovery Motions were combined into a single Joint Stipulation filed earlier today. *See* ECF 271. Per the Local Rules, the current hearing date for the motions is August 25, 2016, which is the same day that Judge Olguin has set for the Final Approval

1  Hearing regarding the proposed class action Settlement. The parties to these
2  discovery disputes agree that the discovery motions should be decided in advance of
3  the August 25, 2016 Final Approval Hearing, so that any discovery ordered can be
4  completed prior to that hearing. Accordingly, the parties to the discovery disputes
5  hereby apply for an Order Shortening Time for the hearing/resolution of the two
6  discovery motions and to set a schedule for any supplemental memoranda on the
7  motions.  The parties to these discovery disputes propose as follows: Any
8  Supplemental Memoranda shall be filed by August 5, 2016.  Oral argument has been
9  requested; should the Court oblige, the hearing on the motions shall be on August 11,
10 2016 at 10:00 a.m.

12 DATED:  _August 5, 2016             Respectfully submitted,

13
14                                      */s/ Timothy R. Hanigan*
                                       Timothy R. Hanigan (125791)
15                                     LANG, HANIGAN & CARVALHO, LLP,
                                       21550 Oxnard Street, Suite 760
16                                     Woodland Hills, California 91367
                                       (818) 883-5644
17                                     trhanigan@gmail.com

18
19                                     Attorney for Objectors/Class Members

20
21 DATED: August 5, 2016               */s/ Steven A. Schwartz*
                                       Steven A. Schwartz (*pro hac vice*)
22                                     Timothy N. Mathews (*pro hac vice*)
23                                     **CHIMICLES & TIKELLIS LLP**
                                       361 West Lancaster Avenue
24                                     Haverford, Pennsylvania 19041
                                       Telephone: (610) 642-8500
25                                     Telecopier: (610) 649-3633
26                                     sas@chimicles.com
                                       tnm@chimicles.com
27
28

|  |  |
|---|---|
| 1 | Jeffrey M. Cohon (CSBN 131431) |
| 2 | Howard Pollak (CSBN 147077 ) |
|   | **COHON & POLLAK, LLP** |
| 3 | 10250 Constellation Boulevard, Suite 2320 |
| 4 | Los Angeles, California  90067 |
|   | Telephone: (310) 231-4470 |
| 5 | Facsimile: (310) 231-4610 |
|   | jcohon@cohonpollak.com |

Jeffrey M. Cohon (CSBN 131431)
Howard Pollak (CSBN 147077 )
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax, Esquire (*pro hac vice*)
Rifkin Weiner Livingston, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs and Court – Appointed Counsel for the Class*

---

3
*STIPULATION TO SHORTEN TIME AND SET HEARIGN AND BRIEFING SCHEDULE FOR (1) TIMOTHY R. HANIGAN'S MOTION: (A) TO QUASH SUBPOENA AND (B) SANCTIONS; AND (2) PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM TIMOTHY HANIGAN AND CHRISTOPHER BANDAS*

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Stipulation using the Court's ECF filing system which will send electronic notification to all attorneys registered for ECF-filing.

DATED: August 5, 2016

             *Steven A. Schwartz*
             Steven A. Schwartz