Steven A. Schwartz, Esq. (pro hac vice)
Timothy N. Mathews, Esq. (pro hac vice)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com;
tnm@chimicles.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STEVE CHAMBERS, *et al*., all of whom sue in their individual capacities and for all others similarly situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>WHIRLPOOL CORPORATION, *et al*.,<br><br>       Defendants. | Case No:  8:11-cv-01733-FMO (JCGx)<br><br>**SUPPLEMENTAL DECLARATION OF STEVEN A. SCHWARTZ IN SUPPORT OF PLAINTIFFS' SUPPLMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM TIMOTHY HANIGAN AND CHRISTOPHER BANDAS AND IN OPPOSITION TO TIMOTHY HANIGAN'S MOTION TO QUASH**<br><br>Hearing Date: August 11, 2016<br>Time: 10:00 a.m.<br>Place: Courtroom 6A<br><br>**DISCOVERY MATTER**<br><br>Before Magistrate Judge Gandhi |

I, Steven A. Schwartz, declare as follows:

1.    I am co-lead counsel for Plaintiffs in this action and a partner at the law firm of Chimicles & Tikellis, LLP in Haverford, Pennsylvania. I submit this

1

declaration in support of Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion to Compel Discovery from Timothy Hanigan and Christopher Bandas and in Opposition to Timothy Hanigan's Motion to Quash.

2.     Attached as Exhibit J is a copy of *In re Jonathan E. Fortman*, No. 4:16-MC-00421-RLW (E.D. Mo. July 27, 2016), ECF no. 5.

3.     Attached as Exhibit K is *In re Jonathan E. Fortman*, No. 4:16-MC-00421-RLW (E.D. Mo. July 29, 2016), ECF no. 8.

4.     Attached as Exhibit L is the full transcript of the sanctions motion held on July 14, 2016, by Judge Caproni in *Garber v. Office of the Comm'r of Baseball*, No. 12-cv-3704 (S.D.N.Y Aug. 1, 2016), ECF No. 596.

5.     Mr. Bandas was served on June 17, 2016 by serving the subpoena on Mr. Bandas's office secretary. Attached as Exhibit M is the proof of service and declaration of the process server.

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed this 5th day of August, 2016 in Haverford, Pennsylvania

/s/ *Steven A. Schwartz*
Steven A. Schwartz

2

1

**Certificate of Service**

2      The undersigned certifies that today he filed the foregoing Supplemental

3 Declaration on ECF which will send electronic notification to all attorneys registered

4 for ECF-filing.

5

6 DATED:  August 5, 2016

7

8                              *Steven A. Schwartz*
                               Steven A. Schwartz
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28