UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-1733 FMO (JCGx) | Date | **August 8, 2016** |
|---|---|---|---|
| Title | **Steve Chambers, et al. v. Whirlpool Corporation, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs: Attorney Present for Defendants:

None Present  None Present

**Proceedings:** (In Chambers) Order Re: Ex Parte Application

The court is in receipt of plaintiffs' Ex Parte Application for Order Shortening Time on Plaintiffs' Motion to Compel Discovery from Kelly Kress, John Kress, and Steve Miller (Dkt. 286, "Application"). Pursuant to the Court's Initial Standing Order, a party opposing an ex parte application must file opposing papers no later than twenty-four hours following service. (See Initial Standing Order at 8). The Application was filed and served electronically at 1:43 p.m. on August 5, 2016. (See Dkt. 286, Notice of Electronic Filing). As of the time and date of the filing of this Order, no opposition to the Application has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT:

1. The Application **(Document No. 286)** is **granted** as set forth below.

2. Objector Kelly Kress and her counsel John Kress and Steve Miller ("objectors") shall file an Opposition to the pending Motion to Compel Discovery (Dkt. 285, "Motion") no later than **August 9, 2016**.[1] Failure to file an Opposition by this deadline shall be deemed as consent to the granting of the Motion.

3. If objectors file an Opposition by the deadline set forth above, plaintiffs shall file a Reply in support of the Motion no later than **August 11, 2016**.

4. Unless the court orders otherwise, the Motion will be deemed submitted, without oral argument, on either: (a) the day the Opposition is filed, or due and not filed; or (b) the day the Reply is filed, or due and not filed. The court may order further briefing or other proceedings, at any time, as appropriate.

5. The hearing set for August 18, 2016, is hereby vacated.

6. Plaintiffs' previous Ex Parte Application for Order Shortening Time [] **(Document No.**

---

[1] Objectors were served with the Motion to Compel Discovery on August 5, 2016.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-1733 FMO (JCGx) | Date | **August 8, 2016** |
|---|---|---|---|
| Title | **Steve Chambers, et al. v. Whirlpool Corporation, et al.** | | |

**273)** and Motion to Compel Discovery from Objector Kelly Kress and her Counsel John Kress and Steve Miller **(Document No. 268)** are **denied as moot**.

      7.  Unless otherwise ordered, all matters, including discovery motions, relating to the pending motion for final approval shall be filed and noticed before this court, i.e., not the assigned Magistrate Judge.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |