Case No. 8:11-cv-01733-FMO (ANx)

Jeffrey M. Cohon (CSBN 131431)
Howard Pollak (CSBN 147077 )
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN, WEINER, LIVINGSTON,**
**LEVITAN & SILVER LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF &**
**ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs*

1
2

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

3
4

STEVE CHAMBERS, *et al.*, on behalf
of themselves and all others similarly
situated,

5
6

Plaintiffs,

v.

7
8

WHIRLPOOL CORPORATION, *et al.*,

Defendants.

9
10
11

Case No. 8:11-cv-01733-FMO (ANx)

Honorable Fernando M. Olguin

**NOTICE OF SUPPLEMENTAL
AUTHORITY IN FURTHER
SUPPORT OF NOTICE OF
MOTION AND MOTION FOR
AWARD OF ATTORNEYS' FEES
AND EXPENSES AND FOR
SERVICE AWARDS FOR
PLAINTIFFS**

Date:  August 25, 2016
Time:  10:00 am
Place:  Courtroom 22

12
13
14
15
16
17
18
19
20

   Plaintiffs respectfully submit the attached recent Order on Attorneys' Fees, Expenses, and Incentive Awards Re: Indirect Purchaser Plaintiff Settlements in the *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Case No. C-07-5944 JST, as well as under the underlying Report and Recommendation of Special Master on which it is based.  The Order and Special Master's Report are attached hereto as Exhibits A and B, respectively.   The Order, which was issued on August 3, 2016, after Plaintiff's Reply in support of their motion for an award of attorneys' fees was filed in this case, and the Special Master's Report, bear on certain of the issues raised in the attorneys' fees briefing in this case.

21
22
23
24
25
26
27

   Pursuant to L.R. 7-10, Plaintiffs respectfully bring these new authorities to the Court's attention without argument or commentary, and further request that the Court consider their substance in ruling on Plaintiffs' application for attorneys' fees.  If the Court would like short briefing on the new authorities, Plaintiffs are prepared to submit a brief of 3 pages or less.  (*Cf.*, L.R. 7-3(d)(2) of the United States District Court for the Northern District of California and FRAP 28(j).)

28

---

DATED:  August 10, 2016                    Respectfully submitted,


                                           _____*/s/ Timothy N. Mathews*_____
                                           Steven A. Schwartz (*pro hac vice*)
                                           Timothy N. Mathews (*pro hac vice*)
                                           **CHIMICLES & TIKELLIS LLP**
                                           361 West Lancaster Avenue
                                           Haverford, Pennsylvania 19041
                                           Telephone: (610) 642-8500
                                           Telecopier: (610) 649-3633
                                           sas@chimicles.com
                                           tnm@chimicles.com


                                           Jeffrey M. Cohon (CSBN 131431)
                                           Howard Pollak (CSBN 147077 )
                                           **COHON & POLLAK, LLP**
                                           10250 Constellation Boulevard, Suite 2320
                                           Los Angeles, California  90067
                                           Telephone: (310) 231-4470
                                           Facsimile: (310) 231-4610
                                           jcohon@cohonpollak.com


                                           Charles S. Fax, Esquire (*pro hac vice*)
                                           Rifkin Weiner Livingston, LLC
                                           7979 Old Georgetown Road, Suite 400
                                           Bethesda, Maryland 20814
                                           Telephone: (301) 951-0150
                                           Telecopier: (301) 951-0172


                                           David H. Weinstein (CSBN 43167)
                                           Robert Kitchenoff (*pro hac vice*)
                                           **WEINSTEIN KITCHENOFF &
                                           ASHER LLC**
                                           100 South Broad St., Suite 705
                                           Philadelphia, Pennsylvania 19110-1061
                                           Telephone: (215) 545-7200
                                           Telecopier: (215) 545-6535
                                           weinstein@wka-law.com
                                           kitchenoff@wka-law.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs and Court –*
*Appointed Counsel for the Class*

3

1

**CERTIFICATE OF SERVICE**

2      The undersigned certifies that today he filed the foregoing on ECF which will

3   send electronic notification to all attorneys registered for ECF-filing.

4

5   DATED:  August 10, 2016                        _____*/s/ Timothy N. Mathews*_____
                                                        Timothy N. Mathews

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28