Jeffrey M. Cohon, Esq. (CSBN 131431)
Kristina S. Keller, Esq. (CSBN 161946)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax, Esq. (*pro hac vice*)
Liesel Schopler, Esq. (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rlls.com; lschopler@rlls.com

Steven A. Schwartz, Esq. (*pro hac vice*)
Timothy N. Mathews, Esq. (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com; tnm@chimicles.com

Attorneys for the Plaintiffs and Court-Appointed Class Counsel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

STEVE CHAMBERS, *et al*., all of
whom sue in their individual capacities
and for all others similarly situated,

Plaintiffs,

vs.

WHIRLPOOL CORPORATION, *et al*.,

Defendants

Case No: **8:11-cv-01733-FMO (JCGx)**

**REPLY IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL
DISCOVERY FROM OBJECTOR
KELLY KRESS AND HER COUNSEL
JOHN KRESS AND STEVE MILLER**

There is no question that Objector Kelly Kress, Esq. ("Objector Kelly Kress") and her lawyers, Steve Miller, Esq. ("Miller") and her husband John Kress, Esq. ("John Kress") (collectively Objectors), have received actual notice of the subpoena at issue here, and the discovery requested therein.  Moreover, it is readily apparent that Objectors have intentionally dodged service.  For example, the process server visited the Kress home on three occasions, during which there were lights on and cars in the driveway, but no one would come to the door.  *See* Schwartz Decl. Ex. 2.

"There is currently a split in the federal judiciary as to whether Rule 45(b)(1) requires personal in-hand delivery of a subpoena or whether another method, such as mail delivery, suffices as long as it gives the person served fair notice and an opportunity to object or file a motion to quash."  *Jennings v. Moreland*, 2012 U.S. Dist. LEXIS 29782, *4, 2012 WL 761360 (E.D. Cal. Mar. 6, 2012) (*citing Hall v. Sullivan*, 229 F.R.D. 501, 503-06 (D. Md. 2005) (collecting cases and discussing in depth the majority and minority interpretations of the meaning of "service" under Rule 45)).  Rule 45 states only that a subpoena must be "deliver[ed]" to the named person.  Here, that was done.

Moreover, as Objectors have voluntarily appeared in this litigation, actual notice of a discovery request is enough – service of a subpoena is not necessary.  It is well-established in the Ninth Circuit that "an objector who voluntarily appears in litigation is properly subject to discovery."  *In re Netflix Privacy Litig.*, 2013 U.S. Dist. LEXIS 168298, at *6 (N.D. Cal. Nov. 25, 2013) (citing *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 281 F.R.D. 531, 533 (N.D. Cal. 2012)).  *See also In re AT&T Mobility Wireless Data Servs. Sales Tax Litig.*, 789 F. Supp. 2d 935, 970 (N.D. Ill. 2011); *Laguna v. Coverall N. Am., Inc.*, 753 F.3d 918, 926 (9th Cir. Cal. 2014), *vacated on other grounds*, 772 F.3d 608 (9th Cir. 2014)):

> Federal Rule of Civil Procedure 30(a)(1) allows a party to conduct depositions, and courts commonly require objectors to make themselves available for deposition given the power held by objectors. *See, e.g., In re Netflix Privacy Litig.*, 2013 U.S. Dist. LEXIS 168298 (N.D. Cal. 2013)

1

1
2
3
4

> (finding that objectors "have voluntarily inserted themselves into this action, and as such, depositions . . . are relevant and proper"); *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 289 F.R.D. 548 , 2013 WL 621791 (N.D. Cal. 2013) (holding objectors in contempt for refusing to be deposed); *In re Cathode Ray Tube (CRT) Antitrust Litig.*, 281 F.R.D. 531, 533 (N.D. Cal. 2012).

5   The United States Supreme Court has "made clear that objectors should be

6   considered parties" to an action.  *Churchill Vill., L.L.C. v. GE*, 361 F.3d 566, 572 (9th

7   Cir. Cal. 2004) (citing *Devlin v. Scardelletti*, 536 U.S. 1, 14 153 L. Ed. 2d 27, 122 S.

8   Ct. 2005 (2002)).  Because class member objectors are parties to the class action, "'a

9   simple notice of deposition is sufficient to compel attendance[.]'"  *Nationstar Mortg.,*

10  *LLC v. Flamingo Trails No. 7 Landscape Maint. Ass'n*, 2016 U.S. Dist. LEXIS

11  99524, at *7 (D. Nev. July 28, 2016) (quoting *Jules Jordan Video, Inc. v. 144942*

12  *Canada Inc.*, 617 F. 3d 1146, 1158 (9th Cir. 2010)).  Thus, a subpoena is not required

13  to compel a party's attendance.  *Id. See also Nuskey v. Lambright*, 251 F.R.D. 3, 12

14  (D.D.C. 2008) (a party need only be "served a 'reasonable written notice . . . stat[ing]

15  the time and place of the deposition.'" (Quoting Fed. R. Civ. P. 30(b)(1)).

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

1    Kelly Kress is represented by her husband and another attorney who are well-
2    known serial objectors.  They have dodged service of a subpoena in attempt to avoid
3    providing discovery, but they have appeared in this Court and have actual knowledge
4    of the discovery requests.  Moreover, their co-counsel, Jonathan Fortman, was served
5    with the same subpoena, and the District Court for the Eastern District of Missouri
6    Court has already ordered him to comply.  Their arguments are nothing more than
7    gamesmanship and should be rejected.

8

9    DATED:  August 10, 2016                Respectfully submitted,

10

11                                          */s/ Steven A. Schwartz*
                                            Steven A. Schwartz (*pro hac vice*)
12                                          Timothy N. Mathews (*pro hac vice*)
                                            **CHIMICLES & TIKELLIS LLP**
13                                          361 West Lancaster Avenue
14                                          Haverford, Pennsylvania 19041
                                            Telephone: (610) 642-8500
15                                          Telecopier: (610) 649-3633
                                            sas@chimicles.com
16                                          tnm@chimicles.com
17

18                                          Jeffrey M. Cohon (CSBN 131431)
                                            Howard Pollak (CSBN 147077 )
19                                          **COHON & POLLAK, LLP**
20                                          10250 Constellation Boulevard, Suite 2320
                                            Los Angeles, California  90067
21                                          Telephone: (310) 231-4470
22                                          Facsimile: (310) 231-4610
                                            jcohon@cohonpollak.com
23

24                                          Charles S. Fax, Esquire (*pro hac vice*)
25                                          Rifkin Weiner Livingston, LLC
                                            7979 Old Georgetown Road, Suite 400
26                                          Bethesda, Maryland 20814
27                                          Telephone: (301) 951-0150
                                            Telecopier: (301) 951-0172
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF &
ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs and Court –
Appointed Counsel for the Class*

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Motion on ECF which will send electronic notification to all attorneys registered for ECF-filing.


DATED:  August 10, 2016

/s/   Jeffrey M. Cohon

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Place, Suite 2320, Los Angeles, California 90067.

On August 10, 2016, I served the foregoing documents described as: **REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM OBJECTOR KELLY KRESS AND HER COUNSEL JOHN KRESS AND STEVE MILLER**

 X  By placing the true copies thereof enclosed in a sealed envelope addressed as follows:

See attached service list

BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On August 10, 2016, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

X        (FEDERAL)        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 10, 2016            Jeffrey M. Cohon          /s/ Jeffrey M. Cohon
Date                                 Type Name                  Signature

## SERVICE LIST

Alexander Korzun
109 Hickory Woods Lane
Stratford, CT 06614-1609

Rosalie Bunge Dundas
880 Mound Street
Saint Paul, MN 55106

Steven E Rogers
13020 16th St NE
Lake Stevens, WA 98258

W Allen McDonald
249 N Peters Road Suite 101
Knoxville TN 37923