# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SA CV 11-1733 FMO (JCGx)** | Date | **August 12, 2016** |
|---|---|---|---|
| Title | **Steve Chambers, et al. v. Whirlpool Corporation, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Re: Motion to Disqualify**

On June 22, 2016, plaintiffs filed their Motion to Disqualify Attorney Joseph Darrell Palmer (Dkt. 243, "Motion"). The Motion was set for hearing on July 28, 2016. (See id. at 1). On June 23, 2016, the court vacated the hearing date and issued an Order Re: Briefing Schedule requiring Joseph Darrell Palmer ("Palmer") to file an Opposition to the Motion no later than June 30, 2016. (See Dkt. 244, Court's Order of June 23, 2016). The court further ordered that "the Motion will be deemed submitted, without oral argument, on . . . the day the Opposition is filed, or due and not filed." (See id.). Palmer did not file an Opposition to the Motion. (See, generally, Dkt.).

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiffs' Motion to Disqualify Attorney Joseph Darrell Palmer **(Document No. 243)** is **granted**.

2. Joseph Darrell Palmer is hereby barred from appearing in this court as an attorney in this case.

3. The Objections of Geri Whaley and John Hightower to Class Action Settlement and Notice of Intent to Appear **(Document No. 231)** filed by Palmer are hereby **stricken**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |

**cc: Attorney Admissions**