Name and address:

Sam A. Miorelli, E.I., Esq.
Law Office of Sam Miorelli, P.A.
764 Ellwood Avenue
Orlando, FL 32804

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Chambers et. al. <br><br> Plaintiff(s), <br><br> v. <br><br> Whirlpool Corporation et. al. <br><br> Defendant(s), | CASE NUMBER <br><br> 8:11-cv-01733-FMO-AN <br><br><br> **APPLICATION OF NON-RESIDENT ATTORNEY** <br> **TO APPEAR IN A SPECIFIC CASE** <br> *PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $325 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Miorelli, Sam A

*Applicant's Name (Last Name, First Name & Middle Initial)*         *check here if federal government attorney* ☐

Law Office of Sam Miorelli, P.A.

*Firm/Agency Name*

| 764 Ellwood Avenue | 352-458-4092 | none |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |

| Orlando, FL 32804 | sam.miorelli@gmail.com |
|---|---|
| *City, State, Zip Code* | *E-mail Address* |

**I have been retained to represent the following parties:**

| George P. Liacopoulos | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ Other: Objector |
|---|---|
| Jan L. Miorelli (as Agent in Fact for George Liacopoulos) | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ Other: Objector |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| U.S.D.C. Southern District of Florida | July 8, 2013 | Active Member in Good Standing |
| U.S. 11th Circuit Court of Appeal | September 6, 2013 | Active Member in Good Standing |
| The Florida Bar | October 3, 2012 | Active Member in Good Standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Has the applicant previously registered as a CM/ECF user in the Central District of California? ☐ Yes ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above? ☐ Yes ☐ No

N/A

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   August 11, 2016

Sam A. Miorelli, E.I., Esq.

*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Atkinson, Grant F

*Designee's Name (Last Name, First Name & Middle Initial)*

Framework Law Group PC

*Firm/Agency Name*

| | |
|---|---|
| 1275 E 6th Street | 213-908-1855 |

None

| | |
|---|---|
| Suite 8A | *Telephone Number* |

*Fax Number*

*Street Address*   grantatkinson@gmail.com

Los Angeles, CA 90021   *E-mail Address*

*City, State, Zip Code*   293760

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  08/12/2016

Grant Atkinson

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Mr. Miorelli is a former member of the bar of the U.S.D.C. for the Middle District of Florida, having been admitted April 4, 2013. In 2014 he elected not to renew as he was not practicing before the court at the time and had no plans to practice before it in the near future. That membership expired for non-renewal on or about August 29, 2014.



# The Florida Bar

**JOHN F. HARKNESS, JR.**
**EXECUTIVE DIRECTOR**

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

**850/561-5600**
**WWW.FLORIDABAR.ORG**

State of Florida        )

County of Leon        )

In Re:        99886
Sam Andrew Miorelli
Law Office of Sam Miorelli, P.A.
764 Ellwood Ave.
Orlando, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 3, 2012.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this  10th  day of August, 2016.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/NM:ksw1:R10