**FILED**

CLERK, U.S. DISTRICT COURT

AUG 18 2016

**CENTRAL DISTRICT OF CALIFORNIA**

BY: _____ vdr _____ **DEPUTY**

1  W. Allen McDonald
2  249 North Peters Rd.
   Suite 101
3  Knoxville, TN 37923
   (865) 246-0800 EXT 4
4  (865) 690-8199 FAX

5

6

7

8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

STEVE CHAMBERS, et al.,                )     Case No. 8:11-cv-01733-FMO (ANx)
10  on behalf of themselves and all      )
    others similarly situated,           )
11                                       )     Honorable Fernando M. Olguin
                                         )
12            Plaintiffs,                )
                                         )     **MOTION FOR LEAVE**
13  v.                                   )     **TO FILE REPLY**
                                         )
14  WHIRLPOOL CORPORATION, et al.,       )
                                         )
15            Defendants.                )
                                         )

16       **COMES** W. Allen McDonald, pro se ("Movant"), and moves this Court for

17  leave to file a reply to Class Counsel's response to his objection.  A copy of

18  Movant's proposed reply is attached hereto as Exhibit 1.  In support of this

19  motion, he would show unto the Court as follows:

20       1.     On June 1, 2016, Movant filed an objection to the proposed

21  settlement and motion for attorneys' fees [Doc. 236] in this matter.

22       2.     On July 8, 2016, Plaintiff responded to Movant's objection as part of

23  its motion for final approval [Doc. 254].

24       3.     On August 10, 2016, Movant overnighted a reply in support of his

25  objection for filing with the Court on August 11, 2016.[1]   Movant in good faith

26

27       [1]Exhibit 1 hereto differs materially from the reply brief previously
28  submitted by Movant [see Doc. 300] in that Exhibit 1 (a) does not contain any
    reference to Movant's application to electronically file and receive documents in
    this matter and (2) does not request that Movant be allowed to appear

believed that a reply brief was permitted pursuant to L.R. 7-10.

4.     However, the Court rejected Movant's reply because the Court's order of February 23, 2016 did not allow objectors to file reply briefs and Movant had neither requested nor obtained leave of court to file a reply brief [Doc. 300].

5.     Respectfully, Movant avers that the Court should exercise its discretion and accept the proposed reply, especially in light of the Court's fiduciary duty to safeguard the interests of the absent and putative class members. *See Laguna v. Coverall N. Am., Inc.*, 2014 U.S. App. LEXIS 10259 (9th Cir. Cal. June 3, 2014) (Chen, dissenting).

6.     Further, in the response to Movant's objection, Class Counsel advocates that the deadline error in the notice sent to certain class members which Movant brought to the Court's attention in his objection is merely an "immaterial glitch" because "there is no evidence that anyone failed to file an objection due to the misinformation." Because this is a new argument by Class Counsel, Movant did not have an opportunity to address this argument in his initial objection and requests the opportunity to do so in a reply brief.

7.     Additionally, Movant's proposed reply brief includes citation to the recent decision by the United States Court of Appeals for the Sixth Circuit – *Shane Group, Inc. v. Blue Cross Blue Shield of Mich.,* 2016 U.S. App. LEXIS 10264 (6th Cir. June 7, 2016) – in support of his position that the sale of the Chambers Website to Defendants is improper. Movant did not cite *Shane Group* in his initial objection filed on June 1, as the decision had not yet been issued.

telephonically at the Fairness Hearing.

8.     Finally, permitting Movant's Reply to be filed at this time will not serve to delay the proceedings in any manner; and lastly, neither Plaintiffs nor Defendants would suffer undue prejudice if the Court permits Movant's Reply Brief to be filed, as each will have a sufficient opportunity to address the positions taken therein during the fairness hearing.

**WHEREFORE, MOVANT** prays that this Court grant him leave to file the attached Exhibit 1 as his reply to Class Counsel's response to his objection for such other and further relief as is just and necessary in this matter.

Respectfully submitted, this 17th day of August, 2016.


W. Allen McDonald, pro se objector
249 North Peters Rd.
Suite 101
Knoxville, TN  37923
(865) 246-0800 EXT 4
(865) 690-8199 FAX

-3-

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2016, I overnighted the original of the foregoing to the following:

Clerk of the Court
United States District Court
for the Central District of California
312 North Springs Street
Los Angeles, CA 90012-47601

The clerk's office, upon receipt of the overnight delivery, will upload the document onto PACER. Notice of this filing will then be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing at that time through the Court's electronic filing system.

I also certify that on August 17, 2016, I emailed a copy of the foregoing document to the following recipients listed on the Court's Electronic Docket:

Charles S. Fax
RAFKIN WEINER LIVINGSTON
LEVITAN AND SILVER LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
Email: cfax@rwlls.com

David H. Weinstein
WEINSTEIN KITCHENOFF
& ASHER LLC
100 South Broad Street, Suite 705
Philadelphia, PA 19110
Email: weinstein@wka-law.com

Jeffrey Michael Cohon
COHON AND POLLAK LLP
10250 Constellation Boulevard, Suite 2320
Los Angeles, CA 90067
Email: jcohon@cohonpollak.com

Kristina S. Keller
COHON AND POLLAK
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Email: kkeller@cohonpollak.com

Liesel Schopler
RIFKIN WEINER LIVINGSTON
LEVITAN AND SILVER LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
Email: lschopler@rwlls.com

Nicole D. Sugnet
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Email: nreynolds@lchb.com

Robert S. Kitchenoff
WEINSTEIN KITCHENOFF AND ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Email: kitchenoff@wka-law.com

Steven A. Schwartz
CHIMICLES AND TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041-0100
Email: sas@chimicles.com

Timothy N. Mathews
CHIMICLES AND TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Email: tnm@chimicles.com

Andrew M. Unthank
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Email: unthank@wtotrial.com

Carole E. Reagan
UMBERG ZIPSER LLP
1920 Main Street, Suite 200
Irvine, CA 92614
Email: creagan@umbergzipser.com

Cedric D. Logan
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Email: logan@wtotrial.com

Dean J. Zipser
UMBERG ZIPSER LLP
1920 Main Street, Suite 200
Irvine, CA 92614
Email: dzipser@umbergzipser.com

Galen Driscoll Bellamy
Wheeler Trigg ODonnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Email: bellamy@wtotrial.com

Michael T. Williams
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Email: williams@wtotrial.com

Norman Reid Neureiter
WHEELER TRIGG O'DONNELL LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Email: neureiter@wtotrial.com

Steve A. Miller
STEVE A MILLER LAW OFFICES
1625 Larimer, Suite 2905
Denver, CO 80202
Email: sampc01@gmail.com

C. Benjamin Nutley
KENDRICK AND NUTLEY
1055 East Colorado Boulevard, 5th Floor
Pasadena, CA 91106
Email: nutley@zenlaw.com

Eric Alan Isaacson
LAW OFFICE OF ERIC ALAN ISAACSON
6580 Avenida Mirola
La Jolla, CA 92037-6231
Email: ericalanisaacson@icloud.com

John William Davis
JOHN W. DAVIS LAW OFFICES
501 West Broadway, Suite 800
San Diego, CA 92101
Email: john@johnwdavis.com

Timothy R. Hanigan
LANG HANIGAN AND CARVALHO LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Email: trhanigan@gmail.com

Vaughn Michael Greenwalt
LANG HANIGAN AND CARVALHO LLP
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
Email: vgreenwalt@lhcllp.com

-6-

Steven F. Helfand
HELFAND LAW OFFICES
910 West Avenue, Unit 438
Miami Beach, FL 33139
Email: sh4078@gmail.com



W. Allen McDonald

-7-



LACY
PRICE &
WAGNER

TELEPHONE 865-246-0800
FAX 865-690-8199

LACY, PRICE & WAGNER, P.C.
ATTORNEYS & COUNSELORS AT LAW
249 NORTH PETERS ROAD, SUITE 101
KNOXVILLE, TENNESSEE 37923
WWW.LPWPC.COM

August 17, 2016

**W. ALLEN MCDONALD**
(865) 246-0800

email address:
amcdonald@lpwpc.com

*Via Federal Express*

Kiry Gray, Clerk of Court
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Re:   Steve Chambers et al. v. Whirlpool Corporation et al.
      Central District of California, Case No. 8:11-cv-01733

Dear Ms. Gray:

Enclosed for filing in the above-referenced matter is a Motion for Leave to File Reply.

Thank you for your assistance in this matter.  If you have any questions, please contact me at the telephone number above.

Sincerely,
LACY, PRICE & WAGNER, PC

W. Allen McDonald

WAM:sh

Enclosure



**FedEx Express**

ORIGIN ID:RKWA (865) 690-8180
W. ALLEN MCDONALD
LACY, PRICE & WAGNER
249 N. PETERS ROAD
SUITE 101
KNOXVILLE, TN 37923
UNITED STATES US

SHIP DATE: 17AUG16
ACTWGT: 0.50 LB
CAD: 101697965/INET3790

BILL SENDER

TO **KIRY GRAY, CLERK OF COURT**
**U.S. DISTRICT COURT OF CALIFORNIA**
**312 NORTH SPRING STREET**

**LOS ANGELES CA 90012**
(213) 894-1565
INV:
PO:                           REF: WHIRLPOOL
                              DEPT:



FedEx Express

**THU - 18 AUG 10:30A**
TRK# 0201 **7770 1635 7599**   **PRIORITY OVERNIGHT**

**XH EMTA**   **90012**
CA-US **LAX**





RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 18 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Extremely Urgent

FedEx Ship Manager – Print Your Label(s)

Insert shipping
document here.