Case No. 8:11-cv-01733-FMO (ANx)

Jeffrey M. Cohon (CSBN 131431)
Howard Pollak (CSBN 147077)
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California 90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (ANx)<br><br>Honorable Fernando M. Olguin<br><br>**CONTESTED APPLICATION BY PLAINTIFFS TO FILE CERTAIN DOCUMENTS AND INFORMATION UNDER SEAL IN CONJUNCTION WITH PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN RESPONSE TO CERTAIN OBJECTIONS BASED ON RECENTLY-COMPLETED DISCOVERY**<br><br>Date:  August 25, 2016<br>Time:  10:00 am<br>Place:  Courtroom 22 |

Plaintiffs, Steve Chambers, *et al.*, by their counsel, pursuant to Local Rule 79-5, respectfully file this application to file certain documents and information under seal in conjunction with Plaintiffs' Supplemental Memorandum in Response to Certain Objections Based on Recently-Completed Discovery.

In support of this Application, Plaintiffs state as follows:

1. The documents and information relate to deposition testimony by Objector Counsel Jonathan Fortman and John Kress, who designated the entirety of their court-ordered deposition testimony to be deemed confidential. Plaintiffs do not believe that any of the testimony is subject to sealing pursuant to the terms of the Protective Order (ECF 54) entered in this case, because no information protected by the attorney-client privilege or work product doctrine appears to be implicated. Nonetheless, Objectors' Counsel have designated the materials confidential pursuant to the Protective Order and as a result Plaintiffs cannot publicly file the documents and information in connection with the filing of the

1  parties Joint Stipulation. Plaintiffs assume that Objectors Counsel will file a
2  response supporting sealing within 4 days.

3      2.    Attached as **EXHIBIT 1** is a **REDACTED VERSION** of the Fortman
4  testimony. Attached as **EXHIBIT 2** is an **UNREDACTED VERSION** of that
5  testimony.

6      3.    Attached as **EXHIBIT 3** is a **REDACTED VERSION** of the John
7  Kress testimony. Attached as **EXHIBIT 4** is an **UNREDACTED VERSION** of
8  that testimony.

9      4.    Reference to the materials is made in Plaintiffs' Supplemental
10 Memorandum in Response to Certain Objections Based on Recently-Completed
11 Discovery. Accordingly, attached as **EXHIBIT 5** is a **REDACTED VERSION** of
12 the Memorandum. Only the specific lines that reference the materials designated
13 confidential are redacted. Attached as **EXHIBIT 6** is an **UNREDACTED**
14 **VERSION** of the Memorandum.

15     5.    Co-lead Class Counsel, Steven A. Schwartz, has filed his supporting
16 Declaration herewith.

17     6.    A proposed Order granting the Application is also filed herewith.

                                      Respectfully submitted,

DATED: August 22, 2016         */s/ Steven A. Schwartz*
                                        Steven A. Schwartz (*pro hac vice*)
                                        Timothy N. Mathews (*pro hac vice*)
                                        **CHIMICLES & TIKELLIS LLP**
                                        361 West Lancaster Avenue
                                        Haverford, Pennsylvania 19041
                                        Telephone: (610) 642-8500
                                        Telecopier: (610) 649-3633
                                        sas@chimicles.com
                                        tnm@chimicles.com

                                        Plaintiffs' Co-Lead Counsel

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Application using the Court's ECF filing system which will send electronic notification to all attorneys registered for ECF-filing.

DATED: August 22, 2016

                                            */s/ Steven A. Schwartz*
                                            Steven A. Schwartz