Case No. 8:11-cv-01733-FMO (ANx)

Jeffrey M. Cohon (CSBN 131431)
Howard Pollak (CSBN 147077 )
**COHON & POLLAK, LLP**
10250 Constellation Boulevard, Suite 2320
Los Angeles, California  90067
Telephone: (310) 231-4470
Facsimile: (310) 231-4610
jcohon@cohonpollak.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON, LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (ANx)<br><br>Honorable Fernando M. Olguin<br><br>**[PROPOSED] ORDER REGARDING CONTESTED APPLICATION BY PLAINTIFFS TO FILE CERTAIN DOCUMENTS AND INFORMATION UNDER SEAL IN CONJUNCTION WITH PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN RESPONSE TO CERTAIN OBJECTIONS BASED ON RECENTLY-COMPLETED DISCOVERY**<br><br>Date: August 25, 2016<br>Time: 10:00 am<br>Place: Courtroom 22 |

Plaintiffs, Steve Chambers, *et al.*, by their counsel, pursuant to Local Rule 79-5, filed application to file certain documents and information under seal in conjunction with in conjunction with their Supplemental Memorandum in Response to Certain Objections Based on Recently-Completed Discovery. The documents and information relate to retainer agreements between Objectors Christine Knott and Kimberly Smith and their counsel, Christopher Bandas. Plaintiffs do not believe that the form retainer and related testimony is subject to sealing pursuant to the terms of the Protective Order (ECF 54) entered in this case, because they believe no information protected by the attorney-client privilege or work product doctrine appears to be implicated. In addition, there has been no showing that Mr. Bandas' form retainers for class action objectors that he represents have not otherwise ben publicly disclosed. Objectors have designated the materials confidential pursuant to the Protective Order and as a result Plaintiffs cannot

1

publicly file the documents and information in connection with the filing of their Supplemental Memorandum.

In addition, the documents and information relates to testimony from Jonathan Fortman and John Kress, the counsel for Objector Kelly Kress. Those have, at least tentatively, designated the entirety of their deposition testimony as confidential. Plaintiffs do not believe that the portions of their testimony to be filed in connection with their Supplemental Memorandum, along with the related references in the Memorandum, meet the standards for sealing either. However, because they have designated the materials confidential pursuant to the Protective Order, Plaintiffs cannot publicly file the documents and information in connection with the filing of their Supplemental Memorandum as well.

Accordingly, the Court being advised in the premises, along with any response(s) timely filed supporting sealing, and finding that there is good cause for initially filing the referenced exhibits under seal,

IT IS BY THE COURT THIS ____ day of _____, 2016,

ORDERED a decision that Plaintiffs' Application shall be, and the same hereby is, _____GRANTED _____DENIED.

SO ORDERED.

Judge of the United States District Court<br>
Central District of California