1  MOTION Jeffrey M. Cohon (CSBN 131431)
   Howard Pollak (CSBN 147077)
2  COHON & POLLAK, LLP
3  10250 Constellation Boulevard, Suite 2320
   Los Angeles, California 90067
4  Telephone: (310) 231-4470
   Facsimile: (310) 231-4610
5  jcohon@cohonpollak.com
   hpollak@cohonpollak.com
6
   Charles S. Fax (pro hac vice)
7  Liesel J. Schopler (pro hac vice)
   RIFKIN, WEINER, LIVINGSTON,
8  LEVITAN & SILVER LLC
   7979 Old Georgetown Road, Suite 400
9  Bethesda, Maryland 20814
   Telephone: (301) 951-0150
10 Telecopier: (301) 951-6535
   cfax@rwlls.com
11 lschopler@rwlls.com

12 David H. Weinstein (CSBN 43167)
   Robert Kitchenoff (pro hac vice)
13 WEINSTEIN KITCHENOFF &
   SHER LLC
14 100 South Broad St., Suite 705
   Philadelphia, Pennsylvania 19110-1061
15 Telephone: (215) 545-7200
   Telecopier: (215) 545-6535
16 weinstein@wka-law.com
   kitchenoff@wka-law.com

Steven A. Schwartz (pro hac vice)
Timothy N. Mathews (pro hac vice)
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Nicole D. Sugnet (CSBN 246255)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
nsugnet@lchb.com

*Attorneys for Plaintiffs*

17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20  STEVE CHAMBERS, *et al.*, in their        Case No. 8:11-cv-01733-FMO (JCGx)
    individual capacities and on behalf of
21  all others similarly situated,            **PLAINTIFFS' MOTION FOR
                                              LEAVE TO FILE SUPPLEMENTAL
22             Plaintiffs,                    MEMORANDUM IN RESPONSE TO
                                              CERTAIN OBJECTIONS BASED
23  v.                                        ON RECENTLY-COMPLETED
                                              DISCOVERY**
24  WHIRLPOOL CORPORATION, *et al.*,
                                              Date:   August 25, 2016
25                                            Time:   10:00 a.m.
               Defendants.                    Judge:  Courtroom 22
26
27  _____          The Honorable Fernando M. Olguin

28

Plaintiffs move the Court for leave to file a Supplemental Memorandum in Response to Certain Objections Based on Recently-Completed Discovery. Counsel for Defendants Whirlpool and Sears have advised Plaintiffs' counsel that Defendants do not oppose the relief sought in this motion. A copy of the proposed supplemental memorandum is attached as Exhibit 1. In support of the motion, Plaintiffs state as follows:

1. As a result of orders granting motions to compel/denying motions to quash issued by this Court and by the United States District Courts for the Eastern District of Tennessee and Eastern District of Missouri, Plaintiffs were able to obtain document and deposition discovery from certain Objectors and their counsel. The depositions were only completed on August 18, 2016.

2. In Plaintiffs' Memorandum in Support of Final Approval of Settlement (ECF 254-2) at page 15 footnote 9 and Plaintiffs' Reply in Support of an Award of Attorneys' Fees (ECF 276) at page 34 footnote 39, Plaintiffs advised the Court of their intention to file such a supplemental memorandum once objector discovery was completed.

3. The Supplemental Memorandum and accompanying evidence obtained from the objector discovery is relevant to the Court's assessment of both the motivations for and merits of the objections.

4. Accordingly, Plaintiffs respectfully request that the Court accept for filing Plaintiffs' Supplemental Memorandum and the accompanying evidence.

DATED:  _August 22, 2016          Respectfully submitted,

*/s/ Steven A. Schwartz*
Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

| | |
|---|---|
| 1 | |
| 2 | Jeffrey M. Cohon (CSBN 131431)<br>Howard Pollak (CSBN 147077 ) |
| 3 | **COHON & POLLAK, LLP**<br>10250 Constellation Boulevard, Suite 2320 |
| 4 | Los Angeles, California  90067<br>Telephone: (310) 231-4470 |
| 5 | Facsimile: (310) 231-4610<br>jcohon@cohonpollak.com |
| 6 | Charles S. Fax, Esquire (*pro hac vice*) |
| 7 | Rifkin Weiner Livingston, LLC<br>7979 Old Georgetown Road, Suite 400 |
| 8 | Bethesda, Maryland 20814<br>Telephone: (301) 951-0150<br>Telecopier: (301) 951-0172 |
| 9 | |
| 10 | David H. Weinstein (CSBN 43167)<br>Robert Kitchenoff (*pro hac vice*) |
| 11 | **WEINSTEIN KITCHENOFF &<br>ASHER LLC** |
| 12 | 100 South Broad St., Suite 705<br>Philadelphia, Pennsylvania 19110-1061 |
| 13 | Telephone: (215) 545-7200<br>Telecopier: (215) 545-6535 |
| 14 | weinstein@wka-law.com<br>kitchenoff@wka-law.com |
| 15 | Nicole Sugnet (CSBN 246255) |
| 16 | **LEIFF CABRASER HEIMANN &<br>BERNSTEIN, LLP** |
| 17 | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 |
| 18 | Telephone: (415) 956-1000<br>Telecopier: (415) 956-1008 |
| 19 | klaw@lchb.com<br>nsugnet@lchb.com |
| 20 | *Attorneys for Plaintiffs and Court –<br>Appointed Counsel for the Class* |

2

PLFS.' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM
8:11-CV-01733-FMO-JCGX