# EXHIBIT 1 TO SCHWARTZ DECLARATION

**Steven A. Schwartz**

| | |
|---|---|
| **From:** | Steven Helfand <sh4078@gmail.com> |
| **Sent:** | Thursday, August 11, 2016 2:21 PM |
| **To:** | Steven A. Schwartz |
| **Subject:** | Re: Whirlpool Dishwasher--Palmer objections |

I believe my prior emails speak for themselves. I am not withdrawing from this case. I believe that class counsel is conspiring to force out legitimate objections and stifle objectors generally. This is a battle I am willing, ready and able to engage in. If the settlement is so firm; why not allow dissent? There is a large adequacy issue and it is unfortunate that class counsel has elected to pursue those class members raising legitimate concerns about it. You should know of the problem in light of Ryan Rodriquez. The fact that you are attempting to try and hammer any dissent; impugn class members who dare object with personal attacks; and threaten their counsel is outrageous and despicable. I shall attend the hearing and raise these concerns. I believe the court shall be most fascinated in your efforts to disenfranchise the class.

On Wed, Aug 10, 2016 at 1:33 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:
Steve, please stop lashing out. I asked a simple question. You previously said you were still willing to make yourself available for deposition even though you were withdrawing. After today's email I simply asked if that offer was still open. If the answer is yes, just say so. If the answer is no, just say so.

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

*ADMITTED TO PRACTICE IN PENNSYLVANIA*

**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE**
The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

On Aug 10, 2016, at 1:29 PM, Steven Helfand <sh4078@gmail.com> wrote:

Would you please stop with your nonsense. It is not appreciated. Where and when did I "refuse to be deposed?" How could you even remotely construe the prior email as such? I have always been available - communicated my availability; you, in fact, passed on the opportunity multiple times. I plan on recontacting my clients and indicating to them that in light of the abusiveness of class counsel; it is my intention to remain in the case. You can proceed as you wish. Given the lack of courtesy, I will require service of a subpoena for myself and my clients prior to deposition. This is because you have been proceeding inappropriately with me.

1

On Wed, Aug 10, 2016 at 1:24 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:
Are you now also refusing to be deposed? Is suspect the answer is yes but just want to confirm.

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

> *ADMITTED TO PRACTICE IN PENNSYLVANIA*
>
> **PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE**
> The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

On Aug 10, 2016, at 1:08 PM, Steven Helfand <sh4078@gmail.com> wrote:

Actually, I believe no further filing is necessary or appropriate. The request that I denigrate my former clients is not well taken. I consider myself to be outside of the case; if you somehow believe I'm still in, maybe we need clarification from the Court.

On Wednesday, August 10, 2016, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:
Steve, still waiting for your filing. Please confirm it is forthcoming, thanks.

Steve

On Aug 8, 2016, at 6:19 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:

I believe you should file something saying you are no longer representing them and the reason--that they refused to cooperate re discovery. I believe our communications constitute rule 30 and 34 deposition and document request notices which are sufficient for objectors.

Re your depo, I will call you later this week to discuss, there may be a more efficient wet to skin that cat which is less burdensome for you.

Steve Schwartz
Chimicles & Tikellis LLP
Sent from my iPhone

On Aug 8, 2016, at 6:09 PM, Steven Helfand <sh4078@gmail.com> wrote:

> Indeed. I made this representation and I keep my word. I have already communicated my disengagement from the case to my clients. The substitution was stricken and the notice of

2

association is ineffective as you pointed out. I shall not be appearing in this case at any stage. If you like, I can file a notice of dissociation tomorrow.

While I have not received dates to pass on to you, if you need my deposition - in spite of the above - we can proceed any time this week. I have no documents from the clients other than the two pictures previously sent electronically. I do have my materials in order, however.

The clients are insisting that they be served with a subpoena much to my chagrin. This is not how I proceed in cases and ultimately I don't believe the Court will stand for this. There is some authority that having made an appearance, service of a subpoena may not be necessary and a mere deposition notice shall suffice.

As I have disengaged you should proceed as appropriate.

If you require my deposition still, service of a subpoena is, of course, waived.

Steve

On Monday, August 8, 2016, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:
Steve, we've received no documents from your clients nor have we received proposed dates for their depositions. We also have not received the requested documentary information or a list from you either. You have represented to us that if your clients do not cooperate with discovery you will withdraw. Please provide an update, thanks.

Steve

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

*ADMITTED TO PRACTICE IN PENNSYLVANIA*

**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE**
The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

On Aug 2, 2016, at 4:48 PM, Steven Helfand <sh4078@gmail.com> wrote:

Sure - address info is:

Gerri:

3

220 yucca drive
Sedona, az 86436

John:

10402 n. Church drive, suite 402
Parma heights, oh 44130

On Tuesday, August 2, 2016, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:
See below for where I sent the doc requests. Is there an ETA for production? YAlso please send me your clients' addresses like I've asked many times. Can't be that difficult to get that.

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

*ADMITTED TO PRACTICE IN PENNSYLVANIA*

**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE**
The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

Begin forwarded message:

**From:** "Steven A. Schwartz" <steveschwartz@chimicles.com>
**Date:** July 20, 2016 at 3:21:06 PM EDT
**To:** Steven Helfand <sh4078@gmail.com>
**Cc:** "CFax@rlls.com" <CFax@rlls.com>, "Timothy N. Mathews" <TimothyMathews@chimicles.com>, "'Sugnet, Nicole D.'" <nsugnet@lchb.com>, "'jcohon@cohonpollak.com' (jcohon@cohonpollak.com)" <jcohon@cohonpollak.com>, "Michael T. Williams (williams@wtotrial.com)" <williams@wtotrial.com>, "Andrew W. Myers (awmyers@wtotrial.com)" <awmyers@wtotrial.com>
**Subject: RE: Whirlpool Dishwasher--Palmer objections**

4

Mr. Helfand—Please send me the addresses for your clients as requested (and required for objections). I understand you said they submitted claims but there are over 100,00 claims, many of which with the same last name.

Also, in our conversation last week you agreed to depositions of yourself and your two clients. Please provide proposed dates. We should need no more than 4 hours, and we will consider allowing remote participation. Attached are document requests. We are willing to consider, in lieu of the requested documents, a proffer under oath via declaration or otherwise providing the information sought in the document requests, including a listing of all objections you & your clients have been involved in (as objector or attorney), the distribution for any payments received, and whether any such payments were disclosed to the court and whether there was any corresponding benefit to the class.

Regarding the issue of whether the Court should strike the objections of your clients due to suspended attorney Palmer's involvement, that issue is fully briefed (with no opposition filed) and we will await for a determination by the Court. To the extent you are asking us to withdraw our motion as it relates to striking the objections, before we consider such a request, please advise us whether (1) Mr. Palmer told your clients about the status of his suspension & if so what he told them and when, (2) what Mr. Palmer told you regarding the status of his suspension both before and after filing your July 1 notice of association (ECF 250), (3) please produce a copy of any retainers between you & Mr. Palmer and your clients (and any financial agreements between you & Mr. Palmer), and (4) please advise whether Mr. Palmer has any financial interest in the objections of your two clients & if so what those interest are.

Thanks,

Steve

**STEVEN A. SCHWARTZ**

Partner

**Chimicles & Tikellis LLP**

One Haverford Centre | 361 West Lancaster Avenue |Haverford, PA 19041

Direct Office: <u>610-645-4720</u>

Fax: <u>610-649-3633</u>

Email: steveschwartz@chimicles.com