# EXHIBIT 6 TO SCHWARTZ DECLARATION FILED UNDER SEAL