# EXHIBIT 7 TO SCHWARTZ DECLARATION

**Steven A. Schwartz**

| | |
|---|---|
| **From:** | Steven A. Schwartz |
| **Sent:** | Monday, August 08, 2016 2:52 PM |
| **To:** | Patrick Sweeney |
| **Cc:** | Michael T. Williams; Andrew W. Myers; Timothy N. Mathews |
| **Subject:** | Re: Chambers v. Whirlpool--Sweeney Objection |

Patrick, we are still waiting on you for this. We don't see what the problem is, in light of the order we recently received Mr. Fortman recently produced a list with the requested information subject to the confidentiality order.

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

*ADMITTED TO PRACTICE IN PENNSYLVANIA*

**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE**
The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

On Aug 3, 2016, at 8:22 PM, Patrick Sweeney <patrick@sweeneylegalgroup.com> wrote:

Steven
Let me circle back with counsel I don't want to be damned if I do and damned if I don't I will let you know by morning

Patrick S. Sweeney

Sweeney Legal Group, S.C.

# Wisconsin Office
2590 Richardson Street
Madison, WI 53711
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

1

Florida Office
750 South Dixie Highway
Boca Raton, FL 33432
Ph. 561-395-0000
Fx 561-395-9093
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com


CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it and immediately notify me by email. Thank you.


On Wed, Aug 3, 2016 at 6:59 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:
Patrick, the motion to compel order I sent you overruled confidentiality and privilege objections and said the info re payments could be designated as confidential under the protective order entered in this case, so a non-disclosure agreement with the lawyers in the cases where you are paid is not a basis to refuse to provide us the requested information.

Steve Schwartz
Chimicles & Tikellis LLP
Sent from my iPhone

On Aug 3, 2016, at 7:15 PM, Patrick Sweeney <patrick@sweeneylegalgroup.com> wrote:

> received money in Tom's, Wells Fargo, all others either no money or non disclosure
> Also not listed received money in Land Rover no change in final order per insistence of class counsel
>
> Thinking if other cases don't think so but will think back.

2

Patrick S. Sweeney

Sweeney Legal Group, S.C.

# Wisconsin Office
2590 Richardson Street
Madison, WI 53711
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

Florida Office
750 South Dixie Highway
Boca Raton, FL 33432
Ph. 561-395-0000
Fx 561-395-9093
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it and immediately notify me by email. Thank you.

On Wed, Aug 3, 2016 at 2:37 PM, Patrick Sweeney <patrick@sweeneylegalgroup.com> wrote:
Attached is partial list from serial objector.com
There are some repeated Why? I don't know
I am in the Northwoods so a little handicapped will send another partial list tonight
I received compensation in some not others
Made changes to the final order in some not others

I will have to go by memory as I had my files removed from a dwelling that they were in by a foreclosing sheriff. My personal ones I simply don't have.

Maybe it might simpler if we work towards an affidavit by me which will lay out the issues for the judge
That being:

Can an objector work as a "professional objector" by being an "expert at objecting in the same sense as class counsel works as professional plaintiff counsel?"

At least that is the question I will ask district court and appellate court. This might be an issue food the "Supremes". I know you and I feel different about it and maybe this is the case do just have it addresses once and for all.

See attached I will send additional info tonight


Patrick S. Sweeney

Sweeney Legal Group

## Wisconsin Office
2590 Richardson Street
Madison,WI 53711
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

Florida Office
750 South Dixie Highway
Boca Raton, FL 33432
Ph. 561-395-0000
Fx 561-395-9093
Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it and immediately notify me by email. Thank you.

On Wed, Aug 3, 2016 at 1:47 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:
Patrick, I did not receive the list yesterday as promised. Please send it ASAP, thanks.

Steve

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

   *ADMITTED TO PRACTICE IN PENNSYLVANIA*

   **PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE**
   The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

On Jul 27, 2016, at 2:38 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:

Patrick, following up on our call today, see the attached order that was just issued today compelling all the discovery we sought from one of the other objectors' counsel and rejecting any confidentiality or privilege arguments. I look forward to receiving the list we discussed by Tuesday August 2nd. Given this order and the

5

Apple order we discussed (also attached) I do not believe there is any basis to withhold any of the information we sought based on privilege or confidentiality grounds. You can designate any information confidential per the attached Protective Order if there is a good faith basis that it meets the standards for protection.

Steve


**STEVEN A. SCHWARTZ**

Partner

**Chimicles & Tikellis LLP**

One Haverford Centre | 361 West Lancaster Avenue |Haverford, PA 19041

Direct Office: 610-645-4720

Fax: 610-649-3633

Email: steveschwartz@chimicles.com


<image002.jpg>


**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE:** The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

**From:** Patrick Sweeney [mailto:patrick@sweeneylegalgroup.com]
**Sent:** Monday, July 25, 2016 4:21 PM
**To:** Steven A. Schwartz
**Subject:** Re: Chambers v. Whirlpool--Sweeney Objection

Steven

Good

I will call you at that number and time

Patrick


Patrick S. Sweeney


Sweeney Legal Group, S.C.

## Wisconsin Office

2590 Richardson Street
Madison, WI 53711

Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

Florida Office
750 South Dixie Highway
Boca Raton, FL 33432
Ph. 561-395-0000
Fx 561-395-9093

Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it and immediately notify me by email. Thank you.

On Mon, Jul 25, 2016 at 2:52 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:

Patrick—how about Wednesday at noon eastern? You can call my direct line--610-645-4720.

steve

**STEVEN A. SCHWARTZ**

Partner

**Chimicles & Tikellis LLP**

One Haverford Centre | 361 West Lancaster Avenue |Haverford, PA 19041

Direct Office: 610-645-4720

Fax: 610-649-3633

Email: steveschwartz@chimicles.com

**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE:** The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

**From:** Patrick Sweeney [mailto:patrick@sweeneylegalgroup.com]
**Sent:** Monday, July 25, 2016 3:19 PM
**To:** Steven A. Schwartz
**Subject:** Re: Chambers v. Whirlpool--Sweeney Objection

Steven

I am traveling today and tomorrow I will call Wednesday to discuss- not quite sure what you are looking for?

send number and time that works for you I will make it work from my end

Patrick S. Sweeney

Sweeney Legal Group, S.C.

## Wisconsin Office

2590 Richardson Street
Madison, WI 53711

Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

9

Florida Office
750 South Dixie Highway
Boca Raton, FL 33432
Ph. 561-395-0000
Fx 561-395-9093

Cell: (310)-339-0548
patrick@sweeneylegalgroup.com

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains information that is legally privileged, confidential, and exempt from disclosure. It is intended for use only by the individual or entity named above. If you are not the intended recipient or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it and immediately notify me by email. Thank you.

On Wed, Jul 20, 2016 at 1:55 PM, Steven A. Schwartz <steveschwartz@chimicles.com> wrote:

Mr. Sweeney: Attached is a subpoena for documents and your deposition (scheduled for August 1) that was served on you earlier this week. Please confirm that you will produce the requested documents and appear for the deposition on August 1.

As you know, such discovery has been ordered repeatedly as reflected by the cases below & many others. Consistent with various decisions, we are willing to (1) work out mutually-agreeable date for your deposition consistent with the current schedule, (2) limit any deposition to four hours, and (3) consider, in lieu of the requested documents, a proffer under oath via declaration or otherwise providing the information sought in the document requests, including a listing of all objections you have been involved in (as objector or attorney), the distribution for any payments received, and whether any such payments were disclosed to the court and whether there was any corresponding benefit to the class.

Please copy all members of Class Counsel listed in the cc line to this email in all communications. Please note that I have also copied Messrs. Williams & Meyers, who represent Whirlpool and Sears.

Cases ordering similar discovery: In re Apple iPhone/iPod Warranty Lit., No. 10-01610 (N. D. Cal. Dec. 30, 2014, Dkt. No. 116); In re Netflix Privacy Litig., 2013 WL 6173772 (N.D. Cal. 2013); In re TFT-LCD Flat Panel Antitrust Litig., No. 07-1827 SI, 2013 U.S. Dist. LEXIS 23109 at 60-61 (N.D. Cal. Feb. 19, 2013); In re Cathode Ray Tube Antitrust Litig., 281 F.R.D. 531, 532 (N.D. Cal. 2012) ; In re Static Random Access Memory (SRAM) Antitrust Litig., Case No. M:07-cv-01819-CW at Dkt. No. 1393 (Order dated Sept. 23, 2011 granting plaintiffs' motion to compel discovery from objectors); Dremak v. Iovate Health Sciences Group, Inc. (In re Hydroxycut Mktg. & Sales Practices Litig.), No. 09-md-2087 BTM, 2013 U.S. Dist. LEXIS 61674 (S.D. Cal. Apr. 29, 2013 In re Law Office of Jonathan E. Fortman, LLC, No. 4:13MC00042, 2013 U.S. Dist. LEXIS 13903, at *2-3 (E.D. Mo. Feb. 1, 2013); In re Flonase Antitrust Lit.,  No. 08-3301 (E.D. Pa. May 7, 2013).

STEVEN A. SCHWARTZ
Partner
Chimicles & Tikellis LLP
One Haverford Centre | 361 West Lancaster Avenue |Haverford, PA 19041 Direct Office: 610-645-4720
Fax: 610-649-3633
Email: steveschwartz@chimicles.com

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE: The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

<Fortman MTC Order (H0056160xCF4AF).pdf>
<Apple MTC order.pdf>
<Stipulated Protective Order (H0054789xCF4AF).pdf>