# EXHIBIT 9 TO SCHWARTZ DECLARATION

# Steven A. Schwartz

| | |
|---|---|
| **From:** | Chris Cain <cain@scottandcain.com> |
| **Sent:** | Sunday, August 21, 2016 7:40 AM |
| **To:** | Steven A. Schwartz |
| **Subject:** | RE: Chambers v. Whirlpool--Cain & McDonald |

Steve,

Enjoyed speaking with you on Friday and Saturday. As I advised in both of our conversations, even if I was willing to waive our right to appeal Judge Shirley's decision, I am unavailable to give my deposition or defend Mr. McDonald's deposition in the near future because I have a week and a half to two week medical malpractice case starting Monday morning.

Also, as I advised yesterday, we have several questions about our ethical obligations and are going to try and make inquiry of our Board of Professional Responsibility on Monday to see if we can get those questions answered.

I will try and apprize you of our position (regardless of whether it has changed) Monday evening after we have spoken with the BPR.

Thanks.

Chris

Christopher T. Cain
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN  37902
(865) 525-2150
cain@scottandcain.com


**From:** Steven A. Schwartz [mailto:steveschwartz@chimicles.com]
**Sent:** Saturday, August 20, 2016 12:21 PM
**To:** Chris Cain <cain@scottandcain.com>
**Subject:** Re: Chambers v. Whirlpool--Cain & McDonald

Chris, following up on our discussion Friday and today, this is where things stand. Your current position is that neither you nor Mr. MCDonald will make yourselves available for a deposition between now and midnight Tuesday in advance of the the final approval hearing. I advised you that I would make myself available anytime day or night to conduct the depositions. Consistent with our discussions I am confirming that as a compromise solely due to the press of time, in lieu of the court-ordered depositions, I would accept a declaration under oath from both of you that provides the information set forth below (which is what Judge Olguin ordered others to provide in addition to appearing for deposition) if I receive a commitment no later than 10 am your time Monday that I would receive such declarations by 4 pm your time Monday.

As of right now, I am proceeding on the assumption that you will stick to your position set forth above and will not wait for resolution of these discussions before taking any action I deem appropriate to provide the court with an appropriate record sufficiently in advance of the final approval hearing on Thursday.

1

If at any time, day or night, you wish to discuss further, if you don't reach me at the office just email me and I will call your back promptly.

Steven A. Schwartz
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, PA 19041
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

**ADMITTED TO PRACTICE IN PENNSYLVANIA**

**PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE**
The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.

On Aug 19, 2016, at 5:53 PM, Chris Cain <cain@scottandcain.com> wrote:

Mr. Schwartz,

I am available to talk tomorrow at 11:00 EST. If I can't be reached on the office line (865-525-2150), I can be reached on my cell (865-363-9442). Thanks.

Chris
Christopher T. Cain
SCOTT & CAIN
550 W. Main Street, Suite 601
Knoxville, TN  37902
(865) 525-2150
cain@scottandcain.com


**From:** Steven A. Schwartz [mailto:steveschwartz@chimicles.com]
**Sent:** Friday, August 19, 2016 5:04 PM
**To:** Chris Cain <cain@scottandcain.com>
**Subject:** Chambers v. Whirlpool--Cain & McDonald

Christopher--Order attached. As discussed, others have had to provide a declaration with a list plus sit for depositions. What others have provided in their declarations was a list including: caption of objections (as objector or objector counsel) with case number and names of co-counsel and objector; description of relief if any achieved; and the amount of any money received to resolve the objection (and whether the money was disclosed/approved by the court).

2

Others also disclosed how the amounts paid were divvied up between lawyer and objector;  that division was rejected by Magistrate Judge  Shirley.

Email when with a time to talk tomorrow how to proceed. With the hearing scheduled for Thursday, this discovery would have to be completed by mid-day Tuesday. I am flexible (days, nights weekends) between now & then. Look forward to speaking with you.


**STEVEN A. SCHWARTZ**
Partner
**Chimicles & Tikellis LLP**
One Haverford Centre | 361 West Lancaster Avenue |Haverford, PA 19041
Direct Office: 610-645-4720
Fax: 610-649-3633
Email: steveschwartz@chimicles.com

<image002.jpg>

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE: The information hereby transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, copying, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited, and all liability arising therefrom is disclaimed. If you received this communication in error, please contact the sender and delete the material from any computer and appropriately dispose of any copies. Unless expressly stated, the contents of this communication, including attachments, were not intended or written to be used as legal, financial or tax advice.