Steven A. Schwartz, Esq. (pro hac vice)
Timothy N. Mathews, Esq. (pro hac vice)
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com;
tnm@chimicles.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No: 8:11-cv-01733-FMO (JCGx)<br><br>**DECLARATION OF STEVEN A, SCHWARTZ IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN RESPONSE TO CERTAIN OBJECTIONS BASED ON RECENTLY-COMPLETED DISCOVERY**<br><br>The Honorable Fernando M. Olguin<br><br>Date: August 25, 2016<br>Time: 10:00 am<br>Place: Courtroom 22 |

I, Steven A. Schwartz, declare as follows:

1. I am Co-Lead Class Counsel for Plaintiffs in this action, and a partner at the law firm of Chimicles & Tikellis LLP in Haverford, Pennsylvania. I submit this

1

1  declaration in support of Plaintiffs' Supplemental Memorandum in Response to
2  Certain Objections based on recently-completed discovery.

3      2.    In communications with me, attorney Steven Helfand promised that he would withdraw as counsel if his clients refused to cooperate in providing the same deposition and document discovery ordered by the Court from other objectors, but when his clients refused, Helfand initially stated he would withdraw but then abruptly reversed course and refused to withdraw. Attached as Exhibit 1 is a true and correct copy of the relevant email chain between us.

    3.    Attached as Exhibit 2 is a copy of the Declaration of Timothy Hanigan.

    4.    Attached as Exhibit 3 is a copy of excerpts of the deposition of Timothy Hanigan.

    5.    Attached as Exhibit 4 is a copy of excerpts of the deposition of Kimberly Smith.

    6.    Attached as Exhibit 5 is a copy of excerpts of the deposition of Jonathan Fortman.

    7.    Attached as Exhibit 6 is a copy of excerpts of the deposition of John Kress.

    8.    According to my process server's sworn proof of service, on July 14, 2016 the same subpoena was personally served on objector Patrick Sweeney as was served on the other professional objectors.

    9.    Mr. Sweeney never served objections or filed a motion to quash; was provided with orders compelling the same discovery from this Court and the Eastern District of Missouri; and in telephone conversations and email exchanges with me, Mr. Sweeney requested an extension and promised that he would comply and provide a list of his objections/payments by August 2, 2016 plus sit for a deposition prior to the Final Approval Hearing. Despite repeated requests, he has failed to provide a complete list of objections and refused to provide any information regarding payments he extracted (or verified there were no corresponding benefits to the class) and has

become non-responsive. Attached as Exhibit 7 is an email chain between Mr. Sweeney and me.

10. Attached as Exhibit 8 is an order issued by the United States District Court for the Eastern District of Tennessee in connection with the motion to quash filed by Messrs. Cain and McDonald. Despite my best effort, including an offer on Class Counsel's part to compromise, to date, they have refused to appear for their depositions in advance of the Final Approval Hearing. Attached as Exhibit 9 is the relevant email chain between Mr. Cain and me regarding their refusal to comply.

11. Attached as Exhibit 10 is a true and correct copy of an email filed as document 681-2 filed in *In re Target Corporation Customer Data Security Breach Litigation*, C.A. No. 14-md-02522 (D.Minn.).

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 22nd day of August, 2016 in Haverford, Pennsylvania.

/s/ *Steven A. Schwartz*
Steven A. Schwartz

1  **Certificate of Service**

2  The undersigned certifies that today he filed the foregoing Declaration on ECF
3  which will send electronic notification to all attorneys registered for ECF-filing.

4

5  DATED: August 22, 2016

6
7                                           *Steven A. Schwartz*
                                         Steven A. Schwartz

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28