STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (#53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 Saint Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVE CHAMBERS, et al,**<br><br>Plaintiffs,<br><br>v.<br><br>**WHIRLPOOLCORPORATION, et al,**<br><br>Defendants. | Case No. 8:11-cv-01733-FMO<br><br>**CONSENT OF OBJECTOR KELLY KRESS, JONATHAN E. FORTMAN AND JOHN C. KRESS TO DENIAL OF PLAINTIFFS' CONTESTED APPLICATION TO FILE CERTAIN DOCUMENTS AND INFORMATION UNDER SEAL [Doc. 310]** |

1. On August 22, 1016, Plaintiffs' filed their Application to seal certain documents obtained through discovery involving the deposition transcripts of Jonathan E. Fortman and John

C. Kress [Doc. 310] for use in a " Supplemental Memorandum In Response to Certain Objections Based on Recently Completed Discovery."  [Doc 310].

2. On August 23, 2016 this Court entered its Order Re: Briefing on Ex Parte Application, requiring Mr. Fortman and Kress and to file any points and authorities in support of the application. [Doc. 315].

3. Counsel for Objector Kelly Kress had designated their entire deposition testimony as confidential pursuant to the Protective Order [Doc. 54] in this case prior to the depositions being completed.  Upon review of the testimony, Mr. Fortman and Mr. Kress do not believe that such testimony should be sealed and hereby consent to the denial of Plaintiffs' Application to File Certain Documents and Information Under Seal.  [Doc. 310].

WHEREFORE, Objector Kelly Kress and her counsel hereby request that Plaintiffs' Contested Application to File Certain Documents and Information Under Seal be denied.

Respectfully submitted,

 /s/ Steve A. Miller
STEVE A. MILLER (CA Bar No. 171815)
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 Saint Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been served upon all parties via the Court's ECF system this 24th day of August, 2016.

s/Steve A. Miller