# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-1733 FMO (JCGx) | Date | August 25, 2016 |
|---|---|---|---|
| Title | Steve Chambers, et al. v. Whirlpool Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Lisa Gonzalez | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Charles S. Fax | Michael T. Williams |
| Timothy N. Mathews | Galen D. Bellamy |
| Jeffrey M. Cohon | Dean J. Zipser |

**Proceedings:** Final Approval (Fairness) Hearing; Motion for Attorney Fees [218]; Joint Motion for Final Approval of Class Action Settlement [254]

Also Present: Sam Miorelli for Objector George P. Liacopoulos
& Timothy Hanigan for Objectors Christine Knott and Kimberly Smith

The court and counsel confer regarding the pending motions as stated on the record. The court also hears from counsel present on behalf of the objectors.

1. The Motion for Award of Attorneys' Fees and Expenses and for Service Awards for Plaintiffs **(Document No. 218)** and the Joint Motion for Final Approval of Class Action Settlement **(Document No. 254)** are taken under submission.

2. For the reasons stated on the record, the Objections of Patrick Sweeney [] **(Document No. 234)** and the Objection to Proposed Settlement [] filed by W. Allen McDonald **(Document No. 236)** are hereby stricken. W. Allen McDonald's pending Motion for Leave to File Reply **(Document No. 306)** is **denied as moot**.

3. No later than **5:00 p.m. on August 26, 2016**, defendants shall: (A) file a Declaration from Dr. Rose Ray, under penalty of perjury, addressing, at minimum, why, given that plaintiffs' Reply was filed on July 29, 2016, Dr. Ray was not above to analyze and complete her report in support of defendant's proposed sur-reply until August 19, 2016; and (B) produce to plaintiffs all data upon which Dr. Ray relied in creating her report dated August 19, 2016 (Dkt. 313-2).

4. No later than **5:00 p.m. on August 29, 2016**, plaintiffs shall file an Opposition to Defendants' Motion for Leave to File Surreply [] (Dkt. 313, "Motion for Leave"). The Opposition shall address only the Motion for Leave and shall not respond to the merits of the sur-reply. If the court grants the Motion for Leave, the court will issue a separate order giving plaintiffs an opportunity to respond to the sur-reply on the merits. Upon filing of the Opposition, the Motion for Leave will be taken under submission.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-1733 FMO (JCGx) | Date | August 25, 2016 |
|---|---|---|---|
| Title | Steve Chambers, et al. v. Whirlpool Corporation, et al. | | |

    5. No later than **5:00 p.m. on August 29, 2016**, the parties shall jointly or independently file an Opposition to Objector Kelly Kress' Motion for Leave to File a Reply to Plaintiffs' Supplemental Memorandum [] (Dkt. 321, "Kress Motion"). Upon filing of the Opposition(s), the Kress Motion will be taken under submission.

    6. Unless the court orders otherwise and except as required by this Order, the parties shall not file any other motions, ex parte applications, or other papers in this case.

    IT IS SO ORDERED.

|  |  | 1 | : | 50 |
|---|---|---|---|---|
|  | Initials of Preparer |  | vdr |  |