FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2016

CENTRAL DISTRICT O _____
BY ____ ma 7

1   W. Allen McDonald
2   249 North Peters Rd.
    Suite 101
3   Knoxville, TN  37923
    (865) 246-0800 EXT 4
4   (865) 690-8199 FAX

5

6

7

8

            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA

9   STEVE CHAMBERS, et al.,            )    Case No. 8:11-cv-01733-FMO (ANx)
    on behalf of themselves and all    )
10  others similarly situated,         )
                                       )    Honorable Fernando M. Olguin
11          Plaintiffs,                )
                                       )
12  v.                                 )    **NOTICE OF APPEAL**
                                       )
13  WHIRLPOOL CORPORATION, et al.,     )
                                       )
14          Defendants.                )
                                       )

15      **NOTICE** is hereby given by Objector, W. Allen McDonald ("McDonald"), pro

16  se, and that he appeals to the United States Court of Appeals for the Ninth Circuit

17  from: (1) the order entered on August 25, 2016 striking McDonald's objection and

18  denying as moot McDonald's motion for leave to file a reply [Dkt 329] and (2) the

19  Order entered on August 30, 2016 prohibiting McDonald from filing any motion

20  or other papers in this case after that date [Dkt 334].

21      Respectfully submitted, this 15 day of September, 2016.

22

23

24

25  _____
    W. Allen McDonald, pro se objector
26  amcdonald@lpwp.com
    249 North Peters Rd.
27  Suite 101
    Knoxville, TN 37923
28  (865) 246-0800
    (865) 690-8199 FAX



**CERTIFICATE OF SERVICE**

I certify that on September _15_, 2016 I overnighted the original of the foregoing to the following:

Clerk of the Court
United States District Court
for the Central District of California
312 North Springs Street
Los Angeles, CA 90012-47601

Upon docketing by the Clerk of Court, notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

W. Allen McDonald, pro se

-2-



TELEPHONE 865-246-0800          LACY, PRICE & WAGNER, P.C.
FAX 865-690-8199                ATTORNEYS & COUNSELORS AT LAW
                                249 NORTH PETERS ROAD, SUITE 101
                                KNOXVILLE, TENNESSEE 37923
                                WWW.LPWPC.COM

September 15, 2016                          **W. ALLEN MCDONALD**
                                           (865) 246-0800

                                           email address:
                                           amcdonald@lpwpc.com

*Via Federal Express*

Kiry Gray, Clerk of Court
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

        Re:     Steve Chambers et al. v. Whirlpool Corporation et al.
                Central District of California, Case No. 8:11-cv-01733

Dear Ms. Gray:

Enclosed for filing in the above-referenced matter please find my Notice of Appeal together with
the filing fee in the amount of $505.00.

Thank you for your assistance in this matter.  If you have any questions, please contact me at the
telephone number above.

                        Sincerely,
                        LACY, PRICE & WAGNER, PC

                        W. Allen McDonald

WAM:ah

Enclosure

010737



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.