UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEPT 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____vdr_____ DEPUTY

| | |
|---|---|
| STEVE CHAMBERS, et al., on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WHIRLPOOL CORPORATION, et al., | Case No. 8:11-cv-01733-FMO <br> Honorable Fernando M. Olguin |

## NOTICE OF APPEAL

Patrick S. Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI 53716
Email: patrick@sweeneylegalgroup.com

Notice is hereby given Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Ninth Circuit from the Joint Order Approving the Class Action Settlement and Order Awarding Attorney Fees in this Case. (Dkt. # 328) entered in this action on August 25, 2016. Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this notice of appeal, including any order striking the Objector/Appellant's objection

Dated: August 26, 2016

Respectfully Submitted,

Patrick S. Sweeney, ProSe
6666 Odana Road
Suite 116
Madison, WI 53716
Phone: (310)-339-0548
Fax: (561) 395-9093
Email:patrick@sweeneylegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2016 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Central District of California at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

I further certify that I caused to be mailed via U.S. First Class this Notice of Appeal to the parties listed for notice in the Legal Notice of Settlement in this action.

Patrick S. Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI 53719
Phone: 310-339-0548
Email:patrick@sweeneylegalgroup.com



Sweeney
1666 Odana Rd
Madison WI 53716

Clerk of Court FMO
U.S.D.C Central Calif
District
312 North Spring Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
SEP 26 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

MILWAUKEE WI 530
21 SEP 2016 PM 7 L