1

2

3

4

5

6

7

8

9

10

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  STEVE CHAMBERS, <u>et al.</u>, | )  Case No. <sup>SA</sup>CV 11-1733 FMO (MLGx) |
| 12  Plaintiffs, | ) |
| 13  v. | )  **JUDGMENT** |
| 14  WHIRLPOOL CORPORATION, <u>et al.</u>, | ) |
| 15  Defendants. | ) |
| 16 | ) |

17

18      Pursuant to the Court's Order Re: Motion for Final Approval of Class Action Settlement;

19   Motion for Award of Attorney's Fees and Expenses ("Order") filed contemporaneously with the

20   filing of this Judgment, IT IS ADJUDGED THAT:

21      1.   Defendants shall pay each named plaintiff a service award of four thousand dollars

22   ($4,000.00) in accordance with the terms of the Settlement Agreement.

23      2. Defendants shall pay lead plaintiff Steve Chambers a payment of one-hundred thousand

24   dollars ($100,000.00) for the purchase of Mr. Chambers' websites in accordance with the terms

25   of the Settlement Agreement.

26      3.  Defendants shall pay class counsel attorney's fees in the amount of fourteen million,

27   eight hundred fourteen thousand, nine-hundred and ninety four dollars and seventy cents

28

1  ($14,814,994.70), and costs in the amount fo five-hundred and eight thousand, two-hundred ninety

2  two dollars and sixty-seven cents ($508,292.67) in costs.

3      4.  The Claims Administrator, Kurtzman Carson Consultants, LLC, shall be paid for its fees

4  and expenses in connection with the administration of the Settlement Agreement, in accordance

5  with the terms of the Settlement Agreement.

6      5.  Except as to any class members who have validly and timely requested exclusion, this

7  action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as

8  set forth herein and in the prior orders of the court.

9  Dated this 11th day of October, 2016.

10

11                                          /s/

12                           Fernando M. Olguin
                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28