FILED

OCT 20 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE CHAMBERS, an individual and for all others similarly situated; et al., | No. 16-56436 |
| Plaintiffs-Appellees, | D.C. No. 8:11-cv-01733-FMO-JCG Central District of California, Santa Ana |
| PATRICK S. SWEENEY, | |
| Objector-Appellant, | |
| v. | ORDER |
| WHIRLPOOL CORPORATION, a Delaware Corporation; et al., | |
| Defendants-Appellees. | |

Before: W. FLETCHER, GOULD, and BYBEE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se