W. Allen McDonald
249 North Peters Rd.
Suite 101
Knoxville, TN 37923
(865) 246-0800
(865) 690-8199 FAX



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, et al., on behalf of themselves and all others similarly situated, | Case No. 8:11-cv-01733-FMO (ANx) |
| | Honorable Fernando M. Olguin |
| Plaintiffs, | |
| v. | ***AMENDED NOTICE OF APPEAL*** |
| WHIRLPOOL CORPORATION, et al., | |
| Defendants. | |

AMENDED NOTICE is hereby given by Objector, W. Allen McDonald ("McDonald"), *pro* se, and that he appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Order entered on August 25, 2016 striking McDonald's objection and denying as moot McDonald's motion for leave to file a reply [Dkt 329], (2) the Order entered on August 30, 2016 prohibiting McDonald from filing any motion or other papers in this case after that date [Dkt 334], (3) the Order entered on October 11, 2016 certifying the settlement class, approving the class action settlement, approving notice, awarding attorney's fees, and awarding a payment in the amount of $100,000 to class representative Steve Chambers for the purchase of his websites [Dkt 351]; and (4) the Judgment entered on October 11, 2016 [Dkt 352].

Respectfully submitted, this 18 day of October, 2016.

*W. Allen McDonald*

W. Allen McDonald, pro se objector
amcdonald@lpwp.com
249 North Peters Rd.
Suite 101
Knoxville, TN 37923
(865) 246-0800
(865) 690-8199 FAX

## CERTIFICATE OF SERVICE

  I certify that on October 18, 2016 I mailed the original of the foregoing via United States First Class Mail postage prepaid to the following:

    Clerk of the Court
    United States District Court for the Central District of California
    312 North Springs Street
    Los Angeles, CA 90012-47601

Upon docketing by the Clerk of Court, notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        */s/ W. Allen McDonald*
        W. Allen McDonald, pro se



TELEPHONE 865-246-0800
FAX 865-690-8199

LACY, PRICE & WAGNER, P.C.
ATTORNEYS & COUNSELORS AT LAW
249 NORTH PETERS ROAD, SUITE 101
KNOXVILLE, TENNESSEE 37923
WWW.LPWPC.COM

October 18, 2016

W. ALLEN MCDONALD
(865) 246-0800

email address:
amcdonald@lpwpc.com

*Via First Class U.S. Mail*
Kiry Gray, Clerk of Court
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

      Re:    Steve Chambers et al. v. Whirlpool Corporation et al.
               Central District of California, Case No. 8:11-cv-01733

Dear Ms. Gray:

Enclosed for filing in the above-referenced matter please find my Amended Notice of Appeal in the captioned matter. The $505.00 filing fee has already been paid.

Thank you for your assistance in this matter. If you have any questions, please contact me at the telephone number above.

                                     Sincerely,
                                     LACY, PRICE & WAGNER, PC

                                     W. Allen McDonald

WAM:ah
Enclosure



LACY, PRICE & WAGNER, P.C.
ATTORNEYS & COUNSELORS AT LAW
249 NORTH PETERS ROAD, SUITE 101
KNOXVILLE, TENNESSEE 37923

Kiry Gray, Clerk of Court
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701