Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, | |
| Plaintiff, | Case No: 8:11-cv-01733-FMO |
| vs. | The Honorable Fernando M. Olguin |
| WHIRLPOOL CORPORATION, *et al.*, | |
| Defendants. | |

---

## NOTICE OF APPEAL BY OBJECTORS CHRISTINE KNOTT AND KIMBERLY SMITH

---

Notice is hereby given that Class Members/Objectors Christine Knott and Kimberly Smith appeal to the United States Court of Appeals for the Ninth Circuit from the Order Re: Motion for Final Approval of Class Action Settlement; Motion for Award of Attorney's Fees and Expenses (ECF Doc. No. 351) entered in this action on October 11, 2016, as well as the Judgment (ECF Doc. No. 352) entered in this action on October 11, 2016, and all orders and opinions that merge therein. The Class Members/Objectors Christine Knott and Kimberly Smith also hereby appeal from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying Class Members/Objectors or the objection filed by Class Members/Objectors, and any order imposing sanctions or requiring an appeal bond, including any order entered or signed subsequent to this notice of appeal.

DATED:  November 7, 2016                    Respectfully submitted,

                                            */s/ Timothy R. Hanigan*
                                            Timothy R. Hanigan (125791)
                                            LANG, HANIGAN &
                                            CARVALHO, LLP,
                                            21550 Oxnard Street, Suite 760
                                            Woodland Hills, California 91367
                                            (818) 883-5644
                                            trhanigan@gmail.com

                                            Attorneys      for     Objectors/Class
                                            Members

**Certificate of Service**

The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing thus effectuating service.

DATED: November 7, 2016

/s/ *Timothy R. Hanigan*
Timothy R. Hanigan