

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

November 08, 2016

| | |
|---|---|
| No.: | 16-56666 |
| D.C. No.: | 8:11-cv-01733-FMO-JCG |
| Short Title: | Steve Chambers, et al v. Whirlpool Corporation, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEVE CHAMBERS, an individual and for all others similarly situated; LYNN VAN DER VEER, an individual and for all others similarly situated; JOSEPH CICCHELLI, an individual and for all others similarly situated; KURT HIMLER, an individual and for all others similarly situated; SUSAN MILICIA, an individual and for all others similarly situated; GARY LEBLANC, an individual and for all others similarly situated; JAMES CASHMAN, an individual and for all others similarly situated; KEVIN O'DONNELL, an individual and for all others similarly situated; GEORGE BLISS, an individual and for all others similarly situated; SUSAN BATHON, an individual and for all others similarly situated; MAUREEN MENEGHETTI, an individual and for all others similarly situated; W. DAVID BEAL, an individual and for all others similarly situated; LINDA SAMPLE, an individual and for all others similarly situated; SHIRL MEDERLET, an individual and for all others similarly situated; LYNDEE WALKER, an individual and for all others similalry situated; JACKIE STEFFES, an individual and for all

No. 16-56666

D.C. No. 8:11-cv-01733-FMO-JCG
U.S. District Court for Central California, Santa Ana

**TIME SCHEDULE ORDER**

others similarly situated; RAYMOND PAOLINI, Jr., an individual and for all others similarly situated; ZILA KOSWENER, an individual capacity and for all others similarly situated; PAMELA WALCHLI, an individual and for all others similarly situated,

    Plaintiffs - Appellees,

KIMBERLY SMITH; CHRISTINE KNOTT,

    Objectors - Appellants,

 v.

WHIRLPOOL CORPORATION, a Delaware Corporation; SEARS HOLDINGS CORPORATION, a Delaware Corporation; SEARS ROEBUCK AND CO., INC., a New York corporation,

    Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., November 15, 2016** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Wed., December 7, 2016** | Transcript shall be ordered. |
| **Tue., March 7, 2017** | Transcript shall be filed by court reporter. |

| | |
|---|---|
| **Mon., April 17, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., May 17, 2017** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jennifer Nidorf
Deputy Clerk