STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# (303) 892-9933
Fax: (303) 892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

Attorneys for Objector Kelly Kress

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE CHAMBERS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, et al.,<br><br>    Defendants. | Case No. 8:11-cv-01733-FMO-JCG<br><br>**NOTICE OF APPEAL** |

    Objector Kelly Kress hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Re: Motion for Final Approval of Class Action Settlement; Motion for Award of Attorney's Fees and Expenses (Doc. 351) entered October 11, 2016 and the Judgment (Doc. 352)

1

entered October 11, 2016.

/s/ Steve A. Miller
STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, P.C.
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# (303) 892-9933
Fax: (303) 892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2016, I electronically filed and served the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

s/Steve A. Miller