**Law Office of Sam Miorelli, P.A.**
Sam A. Miorelli, E.I., Esq. (Florida Bar No. 99886, *pro hac vice*)
764 Ellwood Avenue
Orlando, FL 32804
Telephone: 352-458-4092
E-Mail: sam.miorelli@gmail.com

**Framework Law Group PC**
Grant F. Atkinson (SB# 293760)
1275 E 6th Street
Suite 8A
Los Angeles, CA 90021
Telephone: (213) 908-1855
E-Mail: grant@frameworklaw.com

*Attorneys for Objector Liacopoulos*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> WHIRLPOOL CORPORATION, <br><br> Defendant. | Case No.: 8:11-cv-01733-FMO-MLG <br><br> Honorable Fernando M. Olguin <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that George P. Liacopoulos, objector in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order re: Motion for Final Approval of Class Action Settlement; Motion for Award of Attorney's Fees and Expenses (Dkt 351) and the Judgment (Dkt. 352), both filed on October 11, 2016, and all opinions and orders that merge therein.

DATED: November 9, 2016

-1-
NOTICE OF APPEAL

1
2
3
4
5
6
7
8

　/s/ Sam A. Miorelli
Sam A. Miorelli, E.I., Esq.
Florida Bar # 99886 (*pro hac vice*)
Law Office of Sam Miorelli, P.A.
764 Ellwood Avenue
Orlando, FL 32804
Telephone: 352-458-4092
E-Mail: sam.miorelli@gmail.com

　/s/ Grant F. Atkinson
Grant F. Atkinson (SB# 293760)
1275 E 6th Street
Suite 8A
Los Angeles, CA 90021
Telephone: (213) 908-1855
E-Mail: grant@frameworklaw.com

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

-2-
NOTICE OF APPEAL

**CERTIFICATE OF SERVICE**

The undersigned certifies that he filed the foregoing Notice of Appeal and the attached Appellate Representation Statement with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants, to the best of my knowledge, are not CM/ECF users. I have mailed the foregoing document by First Class Mail, postage prepaid, to the following non-CM/ECF participants:

| | |
|---|---|
| Alexander Korzun<br>109 Hickory Woods Lane<br>Stratford, CT 06614-1609 | Rosalie Bunge Dundas<br>880 Mound Street<br>Saint Paul, MN 55106 |
| Patrick S Sweeney<br>6666 Odana Road Suite 116<br>Madison, WI 53716 | Steven E Rogers<br>13020 16th St NE<br>Lake Stevens, WA 98258 |
| | W Allen McDonald<br>249 N Peters Road Suite 101<br>Knoxville, TN 37923 |

DATED: November 9, 2016

        /s/ Sam A. Miorelli
Sam A. Miorelli, E.I., Esq.
Florida Bar # 99886  (*pro hac vice*)
Law Office of Sam Miorelli, P.A.
764 Ellwood Avenue
Orlando, FL 32804
Telephone: 352-458-4092
E-Mail: sam.miorelli@gmail.com