Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, | Case No: 8:11-cv-01733-FMO (JCGx) |
| Plaintiff, | |
| vs. | The Honorable Fernando M. Olguin |
| WHIRLPOOL CORPORATION, *et al.*, | |
| Defendants. | |

### NOTICE OF WITHDRAWAL OF OBJECTION
### BY OBJECTOR KIMBERLY SMITH

Objector Kimberly Smith, by her undersigned counsel, pursuant to Fed R. Civ. P. 23 (e)(5), hereby withdraws her objection to the settlement and fees in the above-captioned case, and respectfully requests that this Honorable Court approve the withdrawal of her objection to the settlement. No money has been sought or received by Ms. Smith or her counsel in return for this withdrawal. Ms. Smith simply does not wish to go forward any longer in her objection.

Christine Knott, the other objecting class member represented by Mr. Hanigan, remains in the case and does not wish to withdraw her objection.

Dated: November 23, 2016          Respectfully submitted,

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan (125791)
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Counsel for Objector*

## PROOF OF SERVICE

I hereby certify that on this day, I electronically filed this Notice of Withdrawal of Objection by Objector Kimberly Smith using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 23rd day of November, 2016.

*/s/ Timothy R. Hanigan*
Timothy R. Hanigan