STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (#53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 Saint Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, et al,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL COOPERATION, et al.<br><br>Defendants. | Case No.: 8:11-cv-01733-FMO<br><br><br>**NOTICE OF WITHDRAWAL OF OBJECTION BY OBJECTOR KELLY KRESS** |

Objector Kelly Kress, by her undersigned counsel, pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure, hereby withdraws her objection to the class action settlement in the above-referenced matter and requests this Court's approval.  Class Member Kelly Kress no longer wishes to proceed with her objection.  This withdrawal is not made pursuant to any

settlement agreement and no consideration has been paid to secure the withdrawal of this objection.

  /s/ Steve A. Miller
STEVE A. MILLER (CA Bar No. 171815)
STEVE A. MILLER, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
P.O. Box 6525
St. Louis, MO  63125
Ph.#:  (314) 631-3883
Fax:  (314) 332-1534
Email:  jckress@thekresslawfirm.com

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 Saint Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

## CERTIFICATE OF SERVICE

The foregoing document has been served upon all parties by operation of the Court's electronic filing system this 30th day of November, 2016.

s/Steve A. Miller