| | |
|---|---|
| Jeffrey M. Cohon (CSBN 131431)<br>Howard Pollak (CSBN 147077)<br>COHON & POLLAK, LLP<br>10250 Constellation Boulevard, Suite 2320<br>Los Angeles, California 90067<br>Telephone: (310) 231-4470<br>Facsimile: (310) 231-4610<br>jcohon@cohonpollak.com<br>hpollak@cohonpollak.com | Steven A. Schwartz (pro hac vice)<br>Timothy N. Mathews (pro hac vice)<br>CHIMICLES & TIKELLIS LLP<br>361 West Lancaster Avenue<br>Haverford, Pennsylvania 19041<br>Telephone: (610) 642-8500<br>Telecopier: (610) 649-3633<br>sas@chimicles.com<br>tnm@chimicles.com |
| Charles S. Fax (pro hac vice)<br>Liesel J. Schopler (pro hac vice)<br>RIFKIN, WEINER, LIVINGSTON, LLC<br>7979 Old Georgetown Road, Suite 400<br>Bethesda, Maryland 20814<br>Telephone: (301) 951-0150<br>Telecopier: (301) 951-6535<br>cfax@rwlls.com<br>lschopler@rwlls.com | Nicole D. Sugnet (CSBN 246255)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>nsugnet@lchb.com |
| David H. Weinstein (CSBN 43167)<br>Robert Kitchenoff (pro hac vice)<br>WEINSTEIN KITCHENOFF &<br>SHER LLC<br>100 South Broad St., Suite 705<br>Philadelphia, Pennsylvania 19110-1061<br>Telephone: (215) 545-7200<br>Telecopier: (215) 545-6535<br>weinstein@wka-law.com<br>kitchenoff@wka-law.com | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST OBJECTOR CHRISTINE KNOTT AND HER COUNSEL OF RECORD TIMOTHY HANIGAN AND LANG, HANIGAN & CARVALHO LLP**<br><br>Date:    January 12, 2017<br>Time:    10:00 a.m.<br>Judge:   Courtroom 22<br><br>The Honorable Fernando M. Olguin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that at the above time and place Plaintiff moves for sanctions pursuant to Fed R. Civ. P. 11and 28 U.S.C. 1927 against Objector Christine Knott, and her attorneys of record, Timothy Hanigan, Esq. and Lang Hanigan & Carvalho LLP.

This motion is made pursuant to Local Rule 7-4 and is based on the attached Memorandum of Law and Declaration of Steven A. Schwartz filed concurrently herewith ("Schwartz Sanctions Declaration"), the record as cited herein, and such arguments as may be presented at the hearing.

DATED:  December 15, 2016          Respectfully submitted,

                                   */s/ Steven A. Schwartz*
                                   Steven A. Schwartz (*pro hac vice*)
                                   Timothy N. Mathews (*pro hac vice*)
                                   **CHIMICLES & TIKELLIS LLP**
                                   361 West Lancaster Avenue
                                   Haverford, Pennsylvania 19041
                                   Telephone: (610) 642-8500
                                   Telecopier: (610) 649-3633
                                   sas@chimicles.com
                                   tnm@chimicles.com

                                   Jeffrey M. Cohon (CSBN 131431)
                                   Howard Pollak (CSBN 147077 )
                                   **COHON & POLLAK, LLP**
                                   10250 Constellation Boulevard, Suite 2320
                                   Los Angeles, California  90067
                                   Telephone: (310) 231-4470
                                   Facsimile: (310) 231-4610
                                   jcohon@cohonpollak.com

1                                                    Case No. 11-01733 FMO (JCGx)
PLTFS. MOTION FOR SANCTIONS AGAINST
OBJECTOR KNOTT AND HER COUNSEL

Charles S. Fax, Esquire (*pro hac vice*)
Rifkin Weiner Livingston, LLC
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

David H. Weinstein (CSBN 43167)
Robert Kitchenoff (*pro hac vice*)
**WEINSTEIN KITCHENOFF & ASHER LLC**
100 South Broad St., Suite 705
Philadelphia, Pennsylvania 19110-1061
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

Nicole Sugnet (CSBN 246255)
**LEIFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Telecopier: (415) 956-1008
klaw@lchb.com
nsugnet@lchb.com

*Attorneys for Plaintiffs and Court – Appointed Counsel for the Class*