# EXHIBIT A

| TIME SUMMARY FOR KNOTT/HANIGAN SANCTIONS MOTION | | | | |
|---|---|---|---|---|
| FIRM NAME: CHIMICLES & TIKELLIS LLP | | | | |
| REPORTING PERIOD: 5/1/2016 - 10/31/2016 | | | | |
| NAME | STATUS | HOURLY RATE | HOURS | LODESTAR |
| Schwartz, Steven A. | P | $750.00 | 58.50 | $43,875.00 |
| Mathews, Timothy N. | P | $650.00 | 11.75 | $7,637.50 |
| Gushue, Alison G. | A | $535.00 | 5.25 | $2,808.75 |
| Titler, Jessica | A | $350.00 | 0.50 | $175.00 |
| Beatty, Zach P. | FLC | $210.00 | 31.50 | $6,615.00 |
| TOTALS | | | 107.50 | $61,111.25 |

P = Partner
A = Associate
FLC = Former Law Clerk