# EXHIBIT B

Case 8:11-cv-01733-FMO-JCG   Document 378-2   Filed 12/15/16   Page 2 of 6   Page ID #:10705

12/5/2016  
2:17 PM

Chimicles & Tikellis LLP  
Time Detail Report

Page 1

# TIME REPORT FOR KNOTT/HANIGAN SANCTIONS MOTION

| Slip.Classification | Open; Closed |
|---|---|
| Slip.Slip Type | Time |
| Slip.Date | 5/1/2016 - 10/31/2016 |
| Case.Selection | Include: WHIRLPOOL FIRE |

| Date | Atty | Hours | Activity | Description | Rate | Value |
|---|---|---|---|---|---|---|
| Case: WHIRLPOOL FIRE | | | | | | |
| 11/8/2016 | ARG | 1:15:00 | 5 | RESEARCH REGARDING SANCTIONS MOTION; FOLLOW-UP REGARDING SAME | $535.00 | $668.75 |
| 11/9/2016 | ARG | 1:30:00 | 5 | RESEARCH REGARDING SANCTIONS; E-MAIL REGARDING SAME | $535.00 | $802.50 |
| 11/10/2016 | ARG | 1:00:00 | 5 | FOLLOW-UP RESEARCH REGARDING SANCTIONS MOTION, RULE 11; E-MAILS REGARDING SAME | $535.00 | $535.00 |
| 11/10/2016 | ARG | 1:30:00 | 5 | RESEARCH REGARDING AVAILABLE RULE 11 SANCTIONS; CALCULATIONS OF SANCTIONS AWARD; E-MAILS REGARDING SAME | $535.00 | $802.50 |
| Total: ARG | | 5.25 | | | | $2,808.75 |
| 11/8/2016 | JLT | 0:30:00 | 2 | RESEARCH RULE 11 AND REASONABLENESS ON RELIANCE ON OTHER ATTORNEY INVESTIGATION | $350.00 | $175.00 |
| Total: JLT | | 0.50 | | | | $175.00 |
| 6/22/2016 | | 0:45:00 | 1:30:00 | 7 | CALL WITH TIM HANIGAN REGARDING DISCOVERY IN HIS OBJECTIONS AND EMAIL TEAM REGARDING SAME; REVIEW HANIGAN OBJECTION EMAILEMAILS | $750.00 | $1,125.00 |
| 6/24/2016 | SAS | 3:15:00 | 7 | WORK ON OBJECTOR HANIGAN AND BANDAS DISCOVERY AND MOTION TO COMPEL; REVIEW TIM MATHEWS' DRAFT; EMAILS WITH WADE HOWARD REGARDING KNOTT DEPOSITION AND LISTEN TO HIS VOICEMAIL REGARDING SAME; EMAILS TO HANNIGAN REGARDING HIS OBJECTIONS AND MOTION PRACTICE; EMAIL HOWARD REGARDING DEPOSITION; | $750.00 | $2,437.50 |

| Date | Atty | Hours | Activity | Description | Rate | Value |
|---|---|---|---|---|---|---|
| 6/25/2016 | SAS | 0:30:00 | 7 | EMAIL FROM WADE HOWARD REGARDING KNOTT DEPOSITION AND WORK ON LOGISTICS REGARDING SAME | $750.00 | $375.00 |
| 6/27/2016 | SAS | 2:00:00 | 7 | WORK ON MOTION TO COMPEL HANIGAN AND NUMEROUS EMAILS REGARDING SAME; WORK ON MOTION TO COMPEL DOCUMENT PRODUCTION; EMAILS WITH VAUGH GREENWALT REGARDING SAME | $750.00 | $1,500.00 |
| 6/27/2016 | SAS | 1:00:00 | 7 | CONFIRM DEPOSITION START TIME WITH WADE HOWARD; EMAILS REGARDING DOCUMENT PRODUCTION AND PREPARE FOR KNOTT DEPOSITION AND DEAL WITH LOGISTICS; REVIEW LATEST DRAFT OF MOTION TO COMPEL HANIGAN | $750.00 | $750.00 |
| 6/28/2016 | SAS | 2:30:00 | 7 | PREPARE FOR KNOTT DEPOSITION AND MOTION TO COMPEL HANNIGAN; EMAILS REGARDING SUPPLEMENTAL NOTICE; EMAILS FROM TIM MATHEWS REGARDING DISCUSSIONS WITH GREENWALT; | $750.00 | $1,875.00 |
| 6/29/2016 | SAS | 8:00:00 | 7 | WORK ON MOTION TO COMPEL; EMAIL GREENWALT REGARDING SAME; MULTIPLE DISCUSSIONS WITH TIM MATHEWS AND ZACK BEATTY; PREPARE FOR KNOTT DEPOSITION; FINALIZE MOTION TO COMPEL DRAFT AND SEND TO GREENWALT; REVIEW DISCOVERY RESPONSES FROM BANDAS OBJECTORS | $750.00 | $6,000.00 |
| 6/30/2016 | SAS | 13:00:00 | 3 | TAKE KNOTT DEPOSITION AND RELATED TRAVEL AND PREPARATION AND CONFERENCES WITH CHUCK FAX; BRIEF TEAM OF KNOTT'S ADMISSIONS; WORK ON MOTION TO COMPEL BANDAS/HANIGAN DISCOVERY | $750.00 | $9,750.00 |
| 7/1/2016 | SAS | 4:30:00 | 7 | WORK ON MOTION TO COMPEL HANNIGAN AND BANDAS; PREPARE FOR KIMBERLY SMITH DEPOSITION; EMAILS WITH HOWARD REGARDING DEPOSITION LOGISTICS; WORK WITH THE COURT REPORTERS REGARDING SAME | $750.00 | $3,375.00 |
| 7/7/2016 | SAS | 5:00:00 | 3 | PREPARE FOR AND TAKE THE DEPOSITION OF KIMBERLY SMITH | $750.00 | $3,750.00 |

Case 8:11-cv-01733-FMO-JCG   Document 378-2   Filed 12/15/16   Page 4 of 6   Page ID #:10707

12/5/2016
2:17 PM

Chimicles Tikellis LLP
Time Detail Report

Page 3

| Date | Atty | Hours | Activity | Description | Rate | Value |
|---|---|---|---|---|---|---|
| 7/8/2016 | SAS | 0:30:00 | 7 | TELEPHONE CALL WITH VAUGHN GREENWALT REGARDING DISCOVERY MOTIONS; REPORT TO TEAM; REVIEW MLB GARBER ORDER | $750.00 | $375.00 |
| 7/21/2016 | SAS | 1:15:00 | 7 | EMAILS WITH VAUGHN GREENWALT AND REVIEW AND FINALIZE MOTION TO COMPEL | $750.00 | $937.50 |
| 8/1/2016 | SAS | 1:45:00 | 7 | DRAFT SUPPLEMENTAL MEMORANDUM TO COMPEL TIMOTHY HANIGAN AND CHRISTOPHER BANDAS; SORT OUT MAGISTRATE SWITCH AND RE-FILING OF MOTIONS | $750.00 | $1,312.50 |
| 8/3/2016 | SAS | 0:30:00 | 7 | REVIEW OPPOSITION TO MOTION TO SEAL; WORK ON BANDAS SUPPLEMENTAL MEMORANDUM REGARDING TIM HANIGAN | $750.00 | $375.00 |
| 8/4/2016 | SAS | 0:45:00 | 7 | WORK ON SUPPLEMENTAL MEMORANDUM REGARDING TIM HANIGAN; DEAL WITH JOINT STIPULATION FILING AND MAGISTRATES SWITCH | $750.00 | $562.50 |
| 8/5/2016 | SAS | 1:00:00 | 7 | DEAL WITH REFILING OF MOTION TO COMPEL TIM HANIGAN; WORK ON FINALIZING AND FILE SUPPLEMENTAL MEMORANDUM | $750.00 | $750.00 |
| 10/25/2016 | SAS | 1:00:00 | 7 | RESEARCH AND RELATED EMAILS REGARDING SANCTIONS AGAINST OBJECTORS; DISCUSS SAME WITH TIM MATHEWS AND REVIEW HIS RESEARCH ON JURISDICTIONAL ISSUE | $750.00 | $750.00 |
| 10/26/2016 | SAS | 0:30:00 | 7 | RESEARCH REGARDING SANCTIONS MOTION DIRECTED TO THE OBJECTORS | $750.00 | $375.00 |
| 11/7/2016 | SAS | 0:15:00 | 5 | REVIEW BANDAS NOTICE OF APPEAL AND EVALUATE NEXT STEPS | $750.00 | $187.50 |
| 11/8/2016 | SAS | 3:00:00 | 7 | WORK ON SANCTIONS BRIEF REGARDING BANDAS CLIENTS; ASSIGN LEGAL RESEARCH TO JESSICA TITLER AND ALISON GUSHUE | $750.00 | $2,250.00 |
| 11/8/2016 | SAS | 0:15:00 | 7 | REVIEW JESSICA TITLER 'S SANCTIONS RESEARCH | $750.00 | $187.50 |

12/5/2016
2:17 PM
Case 8:11-cv-01733-FMO-JCG   Document 378-2   Filed 12/15/16   Page 5 of 6   Page ID #:10708
Chimicles & Tikellis LLP
Time Detail Report
Page 4

| Date | Atty | Hours | Activity | Description | Rate | Value |
|---|---|---|---|---|---|---|
| 11/9/2016 | SAS | 0:30:00 | 5 | REVIEW ALISON GUSHUE'S RESEARCH MEMO AND VARIOUS NOTICES OF APPEAL AND MAP OUT SANCTION STRATEGY | $750.00 | $375.00 |
| 11/9/2016 | SAS | 2:30:00 | 7 | CONTINUE DRAFTING OF SANCTIONS MOTION AGAINST HANIGAN CLIENT; DISCUSS LEGAL RESEARCH ISSUES WITH ALISON GUSHUE; INPUT JESSICA TITLER'S RESEARCH; CIRCULATE TO TEAM; REVIEW CHUCK FAX'S COMMENTS AND RESPOND | $750.00 | $1,875.00 |
| 11/10/2016 | SAS | 2:30:00 | 7 | WORK ON SANCTIONS MOTIONS AND REVIEW ADDITIONAL RESEARCH FROM ALISON GUSHUE | $750.00 | $1,875.00 |
| 11/11/2016 | SAS | 1:00:00 | 7 | FINISH OFF THE SANCTIONS MOTION FOR HANIGAN AND SERVE | $750.00 | $750.00 |
| Total: SAS | | 58.50 | | | | $43,875.00 |
| 6/23/2016 | TNM | 4:00:00 | 6 | BEGIN WORK ON HANIGAN/BANDAS MOTION TO COMPEL | $650.00 | $2,600.00 |
| 6/24/2016 | TNM | 4:00:00 | 2 | WORK ON BANDAS MOTION TO COMPEL; E-MAILS REGARDING SAME | $650.00 | $2,600.00 |
| 6/27/2016 | TNM | 0:45:00 | 2 | EDITS TO HANIGAN BANDAS MTC; E-MAILS REGARDING SAME | $650.00 | $487.50 |
| 6/28/2016 | TNM | 2:15:00 | 6 | E-MAILS REGARDING HANIGAN BANDAS; NUMEROUS E-MAILS REGARDING OBJECTOR ISSUES; TELEPHONE CALL TO VAUGHN GREENVOLT; INSTRUCT AND ASSIST KAREN WRIGHT AND ZACH BEATTY REGARDING DEPOSITION PREPARATION | $650.00 | $1,462.50 |
| 11/8/2016 | TNM | 0:15:00 | 1 | QUICK REVIEW OF STEVE SCHWARTZ DRAFT MOTION TO SANCTION HANIGAN | $650.00 | $162.50 |
| 11/10/2016 | TNM | 0:30:00 | 7 | MET WITH STEVE SCHWARTZ REGARDING SANCTION MOTIONS AND ADVISE REGARDINGG ADDING SPECIFIC DOLLAR REQUEST, REVIEW DRAFT FROM STEVE SCHWARTZ | $650.00 | $325.00 |

12/5/2016
2:17 PM

Chimicles Tikellis LLP
Time Detail Report

Page 5

| Date | Atty | Hours | Activity | Description | Rate | Value |
|---|---|---|---|---|---|---|
| Total: TNM | | 11.75 | | | | $7,637.50 |
| 6/29/2016 | ZPB | 2:30:00 | 2 | RESEARCH FOR KNOTT/OBJECTOR DEPOSITION | $210.00 | $525.00 |
| 6/29/2016 | ZPB | 1:30:00 | 2 | PRINT CASES AND EXHIBITS; RESEARCH FOR KNOTT DEPOSITION | $210.00 | $315.00 |
| 6/30/2016 | ZPB | 1:45:00 | 2 | CITE CHECKING AND RESEARCHING MOTION TO COMPEL DISCOVERY FROM HANIGAN | $210.00 | $367.50 |
| 7/1/2016 | ZPB | 8:30:00 | 2 | CITE CHECK AND DISTINGUISH OPPOSITION TO MOTION TO QUASH | $210.00 | $1,785.00 |
| 7/6/2016 | ZPB | 0:45:00 | 2 | RESEARCH REGARDING HANIGAN PROFESSIONAL OBJECTOR | $210.00 | $157.50 |
| 8/1/2016 | ZPB | 2:45:00 | 2 | RESEARCH AND EDITING SUPPLEMENTAL MEMO IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM HANIGAN AND BANDAS | $210.00 | $577.50 |
| 8/11/2016 | ZPB | 3:45:00 | 2 | RULE 11 LEGAL ARGUMENT FOR BASELESS OBJECTIONS | $210.00 | $787.50 |
| 8/12/2016 | ZPB | 9:30:00 | 2 | RULE 11 LEGAL ARGUMENT REGARDING OBJECTORS | $210.00 | $1,995.00 |
| 8/15/2016 | ZPB | 0:30:00 | 2 | RULE 11 SANCTIONS ARGUMENT | $210.00 | $105.00 |
| Total: ZPB | | 31.50 | | | | $6,615.00 |
| Total: WHIRLPOOL FIRE | | 107.50 | | | | $61,111.25 |
| Grand Total | | 107.50 | | | | $61,111.25 |