# EXHIBIT C

## Chimicles & Tikellis LLP
## EXPENSE REPORT

**NAME:** Steve Schwartz

| EMPLOYEE SIGNATURE | DATE | APPROVED BY | DATE |
|---|---|---|---|
| | | | |

**CASE NAME/NO:**

| Date | Destination / Vendor | | | Hotel | Transportation (air, train, taxi, tolls, parking) | Meals | Misc | Misc. Description | CORPORATE AMEX CARD |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/2016 | Bethesda, Maryland | | | | $ 81.00 | $ 7.25 | | | $ 88.25 |
| | | | | | $ 12.00 | | | Parking | $ 12.00 |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | $ - | $ 93.00 | $ 7.25 | $ - | | $ 100.25 |

| Date | Destination / Vendor | Miles Driven | Mileage Reimb. | Hotel | Transportation (air, train, taxi, tolls, parking) | Meals | Misc | Misc. Description | PERSONAL CARD/CASH |
|---|---|---|---|---|---|---|---|---|---|
| | | 66 | $ 35.64 | | | | | | $ 35.64 |
| | | | $ - | | | | | | $ - |
| | | | $ - | | | | | | $ - |
| | | | $ - | | | | | | $ - |
| | | | $ - | | | | | | $ - |
| Description: | | 66 | $ 35.64 | $ - | $ - | $ - | $ - | | $ 35.64 |

Take Deposition of Christine Knott

**CASE TOTAL** $ 135.89

**CASE NAME/NO:**

| Date | Destination / Vendor | | | Hotel | Transportation (air, train, taxi, tolls, parking) | Meals | Misc | Misc. Description | CORPORATE AMEX CARD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | $ - | $ - | $ - | $ - | | $ - |

| Date | Destination / Vendor | Miles Driven | Mileage Reimb. | Hotel | Transportation (air, train, taxi, tolls, parking) | Meals | Misc | Misc. Description | PERSONAL CARD/CASH |
|---|---|---|---|---|---|---|---|---|---|
| | | | $ - | | | | | | $ - |
| | | | $ - | | | | | | $ - |
| | | | $ - | | | | | | $ - |
| | | | $ - | | | | | | $ - |
| | | | $ - | | | | | | $ - |
| Description: | | | $ - | $ - | $ - | $ - | $ - | | $ - |

**CASE TOTAL** $ -

| | AMEX PAID | | Total Amex | | DATE PAID | 7/6/2016 | Total Reimb |
|---|---|---|---|---|---|---|---|
| | CHECK # | | $ 100.25 | | CHECK # | 11674 | $ 35.64 |

# INVOICE

**U S Legal Support** — The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 297245 | 8/31/2016 | 179674 |
| Job Date | Case No. | |
| 8/18/2016 | | |

| Case Name |
|---|
| Chambers v. Whirlpool Corp. |

| Payment Terms |
|---|
| Due upon receipt |

Charles S. Fax, Esquire
Rifkin, Weiner, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road
Suite 400
Bethesda, MD 20814

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Timothy Hanigan | 97.00 Pages | 460.75 |
|   Exhibit | 87.00 Pages | 26.10 |
|   Reporter Appearance Fee | | 125.00 |
|   Expedite - 1-day | 97.00 Pages | 460.75 |
|   Condensed Transcript - Complimentary | | 0.00 |
|   Handling, Processing & Archiving | | 35.00 |
|   Shipping/Delivery | | 20.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Timothy Hanigan - Confidential | 19.00 Pages | 90.25 |
|   Expedite - 1-day | 19.00 Pages | 90.25 |
| **TOTAL DUE >>>** | | **$1,308.10** |
| AFTER 10/15/2016 PAY | | $1,504.32 |

Ordered By : Steven A. Schwartz, Esquire
Chimicles & Tikellis, L.L.P.
222 Delaware Avenue
Suite 1100
Wilmington, DE 19801

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                       Phone: (301) 951-0150    Fax:

*Please detach bottom portion and return with payment.*

Charles S. Fax, Esquire
Rifkin, Weiner, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road
Suite 400
Bethesda, MD 20814

Job No.     : 179674           BU ID     : 23-PA VIP
Case No.    :
Case Name   : Chambers v. Whirlpool Corp.

Invoice No. : 297245           Invoice Date : 8/31/2016
**Total Due** : $ 1,308.10
AFTER 10/15/2016 PAY $1,504.32

Remit To: **U.S. Legal Support**
P.O. Box 4772-13
Houston, TX 77210-4772

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 296860 | 8/29/2016 | 179675 |
| Job Date | Case No. | |
| 8/18/2016 | | |

| Case Name |
|---|
| Chambers v. Whirlpool Corp. |

| Payment Terms |
|---|
| Due upon receipt |

p: 877.479.2484
f: 877.876.9330

Steven A. Schwartz, Esquire
Chimicles & Tikellis, L.L.P.
222 Delaware Avenue
Suite 1100
Wilmington, DE  19801

Timothy Hanigan - VTC
    Video Conferencing Line Charge  Location 1    2.75 Hours    0.00
    Video Conferencing Line Charge  Location 2    2.75 Hours    536.25

**TOTAL DUE >>>**    **$536.25**
AFTER 10/13/2016  PAY    $616.69

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238      Phone: 302-656-2500    Fax:302-656-9053

*Please detach bottom portion and return with payment.*

Steven A. Schwartz, Esquire
Chimicles & Tikellis, L.L.P.
222 Delaware Avenue
Suite 1100
Wilmington, DE  19801

Job No.    : 179675      BU ID    : 23-PA VIP
Case No.    :
Case Name    : Chambers v. Whirlpool Corp.

Invoice No.    : 296860      Invoice Date    : 8/29/2016
**Total Due    : $ 536.25**
AFTER 10/13/2016 PAY $616.69

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support**
          **P.O. Box 4772-13**
          **Houston, TX  77210-4772**

# INVOICE

**US Legal Support**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 292552 | 7/20/2016 | 176249 |
| **Job Date** | **Case No.** | |
| 7/7/2016 | | |

| Case Name |
|---|
| Chambers v. Whirlpool Corp. |
| **Payment Terms** |
| Due upon receipt |

Charles S. Fax, Esquire
Rifkin, Weiner, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road
Suite 400
Bethesda, MD 20814

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kimberly Lea Smith | 163.00 Pages | @ | 4.75 | 774.25 |
|    Exhibit | 121.00 Pages | @ | 0.30 | 36.30 |
|    Reporter Appearance - Hourly | 3.50 Hours | @ | 48.00 | 168.00 |
|    Expedite - 2-day | 163.00 Pages | @ | 4.28 | 697.64 |
|    Condensed Transcript - Complimentary | | | 0.00 | 0.00 |
|    Handling, Processing & Archiving | | | 35.00 | 35.00 |
|    Shipping/Delivery | | | 25.00 | 25.00 |

TOTAL DUE >>> $1,736.19
AFTER 9/3/2016 PAY $1,996.62

Ordered By : Steven A. Schwartz, Esquire
Chimicles & Tikellis, L.L.P.
222 Delaware Avenue
Suite 1100
Wilmington, DE 19801

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: (301) 951-0150   Fax:

*Please detach bottom portion and return with payment.*

Charles S. Fax, Esquire
Rifkin, Weiner, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road
Suite 400
Bethesda, MD 20814

Job No.      : 176249         BU ID   : 24-DC VIP
Case No.     :
Case Name    : Chambers v. Whirlpool Corp.

Invoice No.  : 292552         Invoice Date : 7/20/2016
**Total Due** : $ 1,736.19
AFTER 9/3/2016 PAY $1,996.62

Remit To: **U.S. Legal Support**
P.O. Box 4772-13
Houston, TX 77210-4772

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 291951 | 7/13/2016 | 175862 |
| Job Date | Case No. | |
| 6/30/2016 | | |

| Case Name |
|---|
| Chambers v. Whirlpool Corp. |

| Payment Terms |
|---|
| Due upon receipt |

Charles S. Fax, Esquire
Rifkin,Weiner, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road
Suite 400
Bethesda, MD  20814

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| CHRISTINE KNOTT | 252.00 | Pages | @ | 4.75 | 1,197.00 |
| Exhibit | 98.00 | Pages | @ | 0.30 | 29.40 |
| Reporter Appearance Fee | | | | 150.00 | 150.00 |
| Expedite - 2-day | 252.00 | Pages | @ | 4.28 | 1,078.56 |
| Condensed Transcript - Complimentary | | | | 0.00 | 0.00 |
| Handling, Processing & Archiving | | | | 35.00 | 35.00 |
| Shipping/Delivery | | | | 25.00 | 25.00 |

TOTAL DUE  >>>   $2,514.96
AFTER 8/27/2016  PAY   $2,892.20

Ordered By   :  Steven A. Schwartz, Esquire
                Chimicles & Tikellis, L.L.P.
                222 Delaware Avenue
                Suite 1100
                Wilmington, DE 19801

Thank you for your business!

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238                                                                                     Phone: (301) 951-0150   Fax:

*Please detach bottom portion and return with payment.*

Charles S. Fax, Esquire
Rifkin,Weiner, Livingston, Levitan & Silver, LLC
7979 Old Georgetown Road
Suite 400
Bethesda, MD  20814

Job No.      : 175862           BU ID      : 24-DC VIP
Case No.     :
Case Name    : Chambers v. Whirlpool Corp.

Invoice No.  : 291951           Invoice Date : 7/13/2016
**Total Due** : **$ 2,514.96**
AFTER 8/27/2016  PAY  $2,892.20

Remit To:  U.S. Legal Support
           P.O. Box 4772-13
           Houston, TX  77210-4772

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |