# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2016

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

STEVE CHAMBERS, et al., on behalf )
of themselves and all others similarly )
situated, )
)
      Plaintiffs, )
)
v. )
)
WHIRLPOOL CORPORATION, et al., )
)

Case No. 8:11-cv-01733-FMO
Honorable Fernando M. Olguin

## SECOND AMENDED NOTICE OF APPEAL

Patrick S. Sweeney, Pro
6666 Odana Road
Suite 116
Madison, WI 53716
Email: patrick@sweeneylegalgroup.com

Notice is hereby given Patrick S. Sweeney, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Ninth Circuit from the Joint Order Approving the Class Action Settlement and Order Awarding Attorney Fees in this Case. (Dkt. #328) entered in this action on August 25, 2016. Objector/Appellant also files this Notice of Appeal to the Mandate issued by this court finalizing the Judgment issued November 20, 2016.

Objector/Appellant previously filed a Notice of Appeal on September 26, 2016 (See Docket #347) regarding this Court's Order Striking his objection in this case. It is intended that this Notice of Appeal supplement the prior filed Notice of Appeal.

Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this notice of appeal, including any order striking the Objector/Appellant's objection

Dated: December 15, 2016        Respectfully Submitted,

_____
Patrick S. Sweeney, ProSe
6666 Odana Road
Suite 116
Madison, WI 53716
Phone: (310)-339-0548
Fax: (561) 395-9093
Email:patrick@sweeneylegalgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2016 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Central District of California at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

   I further certify that I caused to be mailed via U.S. First Class this Notice of Appeal to the parties listed for notice in the Legal Notice of Settlement in this action.

_____
Patrick S. Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI 53719
Phone: 310-339-0548
Email:patrick@sweeneylegalgroup.com

SHIRLEY ODAHARD
6866 ODAHARD
SUITE 116
MADISON, WI 53719

FMO
Attn: IS

CLERK OF COURTS
UNITED STATES DIST. COURT
FOR DISTRICT OF CENTRAL
CALIFORNIA
312 NORTH SPRING STREET
ROOM 8-6
LOS ANGELES, CA 90012



RECEIVED
CLERK U.S. DISTRICT COURT
DEC 19 2016
CENTRAL DISTRICT
BY