UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

MAR 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE CHAMBERS, an individual and for all others similarly situated; et al., | No.   16-56364 |
| Plaintiffs-Appellees, | D.C. No. 8:11-cv-01733-FMO-JCG Central District of California, Santa Ana |
| v. | |
| W. ALLEN MCDONALD, | ORDER |
| Objector-Appellant, | |
| v. | |
| WHIRLPOOL CORPORATION, a Delaware Corporation; et al., | |
| Defendants-Appellees. | |

Before:  M. SMITH, CHRISTEN, and OWENS, Circuit Judges.

We have reviewed the parties' responses to the court's October 6, 2016 order to show cause.  This appeal is dismissed for lack of jurisdiction because the district court orders appealed from are not appealable as a final judgment or as orders that come within the collateral order doctrine.  *See* 28 U.S.C. § 1291.

The pending motion to consolidate is denied as moot as to this appeal only.

Appellant's appeal from the final judgment will proceed in appeal No. 16-56694.

**DISMISSED.**

ELF/MOATT