# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-1733 FMO (JCGx) | Date | January 25, 2021 |
|---|---|---|---|
| Title | Steve Chambers, et al. v. Whirlpool Corporation, et al. | | |

Present: The Honorable  Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:  Attorney Present for Defendants:

None Present  None Present

**Proceedings:**   (In Chambers) Order Re: Mandate and Settlement Proceedings

Pursuant to the mandate issued by the Ninth Circuit Court of Appeals and the court's review of the docket, IT IS ORDERED THAT:

1. No later than **February 3, 2021**, each side shall email to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) a "Notice of Proposed Private Mediators" proposing at least three candidates to be considered for the appointment of private mediator to help the parties resolve all outstanding issues.[1]  The parties shall propose mediators with extensive experience in federal court litigation and class actions.

2. Upon receiving each side's proposed mediators, the court will either select a mediator proposed by the parties or one the court believes is the most qualified to mediate the instant case. The court urges the parties in the strongest possible terms to use their best efforts to resolve the issue of attorney's fees instead of incurring additional legal fees and causing the court to expend its resources on this dispute.

3. The failure of any party or attorney to comply with the requirements of this Order may result in sanctions being imposed.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    vdr |

---

[1] Parties represented by the same counsel may submit only one joint proposal of three candidates.