# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, all of whom sue in their individual capacities and for all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No: 8:11-cv-01733-FMO (JCGx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO VACATE STAY OF EXECUTION OF JUDGMENT AND TO DISSOLVE APPEAL BOND**<br><br>The Honorable Fernando M. Olguin |

This matter is before the Court on the Unopposed Motion to Vacate Stay of Execution of Judgment and to Dissolve Appeal Bond filed by Whirlpool Corporation, Sears Holdings Corporation, and Sears, Roebuck and Co. (collectively, the "Defendants"). The Court, having examined the Motion and being duly advised, now finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the surety bond submitted by Defendants, secured by Fidelity & Deposit Company of Maryland and Zurich American Insurance Company as sureties on behalf of Defendants as principals is HEREBY DISSOLVED;

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the stay of execution upon the Judgment in favor of Class Counsel is HEREBY VACATED.

Dated: _____    _____
Hon. Fernando M. Olguin
United States District Judge