UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

APR 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEVE CHAMBERS, an individual and for all others similarly situated; et al.,

        Plaintiffs - Appellees,

CHRISTINE KNOTT,

        Objector - Appellant,

  v.

WHIRLPOOL CORPORATION, a Delaware Corporation; et al.,

        Defendants - Appellees.

No.   16-56666

D.C. No.
8:11-cv-01733-FMO-JCG

ORDER

STEVE CHAMBERS, an individual and for all others similarly situated; et al.,

        Plaintiffs - Appellees,

  v.

WHIRLPOOL CORPORATION, a Delaware Corporation; et al.,

        Defendants-Appellants.

No.   16-56684

D.C. No.
8:11-cv-01733-FMO-JCG

STEVE CHAMBERS, an individual and for all others similarly situated; et al.,

        Plaintiffs-Appellees,

JAN L. MIORELLI,

No.   16-56688

D.C. No.
8:11-cv-01733-FMO-JCG

Objector-Appellant,

v.

WHIRLPOOL CORPORATION, a
Delaware Corporation; et al.,

Defendants - Appellees.

STEVE CHAMBERS, an individual and for all others similarly situated; et al.,

Plaintiffs-Appellees,

W. ALLEN MCDONALD, Christopher T Cain for Objector,

Objector-Appellant,

v.

WHIRLPOOL CORPORATION, a
Delaware Corporation; et al.,

Defendants - Appellees.

No.    16-56694

D.C. No.
8:11-cv-01733-FMO-JCG

Before: CLIFTON and LEE, Circuit Judges, and BLOCK,[*] District Judge

Appellees' Motion to Award Costs (Dkt. No. 182) is stayed pending the ruling

of the U.S. Supreme Court in *City of San Antonio, Texas v. Hotels.com, L.P.*, 959

F.3d 159 (5th Cir. 2020), cert. granted, No. 20-334, 141 S. Ct. 973 (2021).

_____

[*]    The Honorable Frederic Block, United States District Judge for the Southern District of New York, sitting by designation.