Case No. 8:11-cv-01733-FMO
Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
4800 Hampden Lane, Suite 820
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwllaw.com
lschopler@rwllaw.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

*Attorneys for Plaintiffs*

Galen D. Bellamy (SBN 231792)
Michael T. Williams (*pro hac vice*)
Andrew M. Unthank (*pro hac vice*)
Cedric Logan (*pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
williams@wtotrial.com
bellamy@wtotrial.com
unthank@wtotrial.com
neureiter@wtotrial.com
ruhland@wtotrial.com
logan@wtotrial.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**JOINT STATUS REPORT RE: COURT-ORDERED MEDIATION**<br><br><br>The Honorable Fernando M. Olguin |

Pursuant to this Court's Orders dated January 25, 2021 and February 4, 2021 (ECF Nos. 402 and 403), the parties participated in a full-day mediation before Martin Quinn of JAMS on April 22, 2021. Although the parties did not reach agreement on that day, they made substantial progress and continued their negotiations. Based on those discussions, the parties are pleased to report that, with the assistance of Mr. Quinn, they have reached agreement in principle to resolve their dispute regarding attorneys' fees in a manner consistent with the Ninth Circuit's mandate, and have also reached agreement on all other outstanding issues between them. The parties continue to work with the Settlement Administrator to implement the terms of the Settlement for the benefit of class members. The parties request that the Court set a deadline of June 16, 2021 for Class Counsel to file their Unopposed Motion for award of attorneys' fees and supplemental request for reimbursement of litigation expenses.

DATED:  May 5, 2021

Respectfully submitted,

*/s/ Steven A. Schwartz*
Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: _May 5, 2021 | Respectfully submitted, |
| 2 | | */s/ Michael T. Williams* |
| | | Galen D. Bellamy (SBN 231792) |
| 3 | | Michael T. Williams (*pro hac vice*) |
| | | **WHEELER TRIGG O'DONNELL LLP** |
| 4 | | 370 17th Street, Suite 4500 |
| | | Denver, CO 80202 |
| 5 | | Telephone: (303) 244-1800 |
| | | Facsimile: (303) 244-1879 |
| 6 | | williams@wtotrial.com |
| | | bellamy@wtotrial.com |
| 7 | | |
| | | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Steven A. Schwartz*
Steven A. Schwartz