UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 11-1733 FMO (JCGx) | Date | May 11, 2021 |
|---|---|---|---|
| Title | Steve Chambers, et al. v. Whirlpool Corporation, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Further Proceedings

    Pursuant to the parties' Joint Status Report Re: Court-Ordered Mediation, (Dkt. 407), IT IS ORDERED THAT no later than **June 16, 2021**, Class Counsel shall file their unopposed motion for attorney's fees and supplemental request for reimbursement of litigation expenses.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |