UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**

MAY 24 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE CHAMBERS, an individual and for all others similarly situated; et al.,<br><br>        Plaintiffs - Appellees,<br><br>CHRISTINE KNOTT,<br><br>        Objector - Appellant,<br><br> v.<br><br>WHIRLPOOL CORPORATION, a Delaware Corporation; et al.,<br><br>        Defendants - Appellees. | No.   16-56666<br><br>D.C. No.<br>8:11-cv-01733-FMO-JCG<br><br>ORDER |
| STEVE CHAMBERS, an individual and for all others similarly situated; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>WHIRLPOOL CORPORATION, a Delaware Corporation; et al.,<br><br>        Defendants-Appellants. | No.   16-56684<br><br>D.C. No.<br>8:11-cv-01733-FMO-JCG |
| STEVE CHAMBERS, an individual and for all others similarly situated; et al.,<br><br>        Plaintiffs-Appellees,<br><br>JAN L. MIORELLI, | No.   16-56688<br><br>D.C. No.<br>8:11-cv-01733-FMO-JCG |

|  |  |
|---|---|
| Objector-Appellant,<br><br>v.<br><br>WHIRLPOOL CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants - Appellees. |  |
| STEVE CHAMBERS, an individual and for all others similarly situated; et al.,<br><br>Plaintiffs-Appellees,<br><br>W. ALLEN MCDONALD, Christopher T Cain for Objector,<br><br>Objector-Appellant,<br><br>v.<br><br>WHIRLPOOL CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants - Appellees. | No.   16-56694<br><br>D.C. No.<br>8:11-cv-01733-FMO-JCG |

Before: CLIFTON and LEE, Circuit Judges, and BLOCK,[*] District Judge

Defendants' unopposed motion to withdraw their previously filed motion for an award of costs (Dkt. No. 192) is **GRANTED**. The motion to award costs (Dkt. No. 182) may be withdrawn.

---

[*] The Honorable Frederic Block, United States District Judge for the Southern District of New York, sitting by designation.