1  Charles S. Fax (*pro hac vice*)
2  Liesel J. Schopler (*pro hac vice*)
   **RIFKIN WEINER LIVINGSTON**
3  **LLC**
   7979 Old Georgetown Road, Suite 400
4  Bethesda, Maryland 20814
   Telephone: (301) 951-0150
5  Telecopier: (301) 951-6535
   cfax@rwlls.com
6  lschopler@rwlls.com

7  Steven A. Schwartz (*pro hac vice*)
   Timothy N. Mathews (*pro hac vice*)
8  **CHIMICLES SCHWARTZ KRINER**
     **& DONALDSON-SMITH LLP**
9  361 West Lancaster Avenue
   Haverford, Pennsylvania 19041
10 Telephone: (610) 642-8500
   Telecopier: (610) 649-3633
11 sas@chimicles.com
   tnm@chimicles.com
12
   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**PLAINTIFFS' RENEWED MOTION FOR ATTORNEYS FEES AND PAYMENT OF UNREIMBURSED LITIGATION EXPENSES**<br><br><br>The Honorable Fernando M. Olguin |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2021, at 10:00 am, or as soon thereafter as the matter may be heard before the Honorable Fernando M. Olguin, in Courtroom 22 of the United States District Court, located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs and Class Counsel in the above captioned matter will, and hereby do, move the Court for an Order awarding attorneys' fees in the amount of $8,419,934.89 and reimbursement of expenses in the amount of $80,065.11.[1]

As discussed in the accompanying memorandum, the amounts requested are fair, reasonable and appropriate under applicable law, and are well-justified in this case, and consistent with the Ninth Circuit's guidance in *Chambers v. Whirlpool Corp.*, 980 F.3d 645, 666 (9th Cir. 2020). This Motion is based on the accompanying Memorandum of Points and Authorities, the supporting declarations and exhibits filed concurrently herewith, all pleadings and documents on file, and such evidence and arguments as may properly come before the Court.

As reflected at ECF 407, Defendants consent to the motion and agree that the negotiated amount for attorneys' fees and reimbursement of expenses "is consistent with the Ninth Circuit's mandate."

DATED: June 16, 2021

Respectfully submitted,

*/s/ Steven A. Schwartz*
Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

---

[1] These expenses are in addition to the $508,292.67 previously awarded by the Court on October 11, 2016 (ECF 351).

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

*Plaintiffs' Co-Lead Counsel*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Andrew Kaufman
250 Hudson Street, 8th Floor
New York, New York 10013275
Telephone: (212) 355-9500
Telecopier: (212) 355-9592
jselbin@lchb.com
akaufman@lchb.com

LAW OFFICES OF JEFFREY M. COHON, PC
Jeffrey M. Cohon
1901 Avenue of the Stars, Suite 470
Los Angeles, California 90067
Telephone: (310) 231-4470
Telecopier: (310) 231-4610
jcohon@cohonlaw.com

WEINSTEIN KITCHENOFF
 & ASHER LLC
David H. Weinstein
Robert Kitchenoff
150 Monument Road, Suite 107
Bala Cynwyd, PA 19004
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

*Plaintiffs' Additional Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                 /s/ *Steven A. Schwartz*
                                                 Steven A. Schwartz