UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants.<br><br>_____ | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR ATTORNEYS FEES AND PAYMENT OF UNREIMBURSED LITIGATION EXPENSES**<br><br>The Honorable Fernando M. Olguin |

## **PROPOSED ORDER**

Plaintiffs, Steve Chambers, *et al.*, by their counsel, having moved for an award of attorneys' fees and reimbursement of litigation expenses, and the Court finding that: the requested fee is fair, reasonable and justified, and consistent with the Ninth Circuit's guidance in *Chambers v. Whirlpool Corp.*, 980 F.3d 645, 666 (9th Cir. 2020); and that counsel should be reimbursed for their out-of-pocket expenses, which are fair, reasonable and justified; it is by the Court this _____ day of _____, 2021,

ORDERED that Plaintiffs' Renewed Motion for Award of Attorneys' Fees and Expenses and for Service Awards to Plaintiffs shall be, and hereby is, granted, and

IT IS FURTHER ORDERED that Plaintiffs' counsel are awarded $8,419,934.89 in fees and $80,065.11 in reimbursement of expenses.[1]

DATE: _____

_____
Honorable Fernando M. Olguin
Judge of the United States District Court

Central District of California

---

[1] These expenses are in addition to the $508,292.67 previously awarded by the Court on October 11, 2016 (ECF 351).