# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>WHIRLPOOL CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:11–cv–01733–FMO–JCG<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __6/16/2021__

Document Number(s):   __410__

Title of Document(s):   __Motion for Attorney's Fees__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __June 21, 2021__     By:   __/s/ *Ingrid Valdes*  ingrid_valdes@cacd.uscourts.gov__
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS