Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**NOTICE OF ERRATA**<br><br><br>The Honorable Fernando M. Olguin |

Please take notice that Plaintiffs' Renewed Motion for Attorneys Fees and Payment of Litigation Expenses (ECF 410) incorrectly stated Judge Olguin's courtroom address. The correct address is United States Courthouse, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012.

DATED: June 22, 2021

Respectfully submitted,

*/s/ Steven A. Schwartz*
Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

*Plaintiffs' Co-Lead Counsel*

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Andrew Kaufman
250 Hudson Street, 8th Floor
New York, New York 10013275
Telephone: (212) 355-9500
Telecopier: (212) 355-9592
jselbin@lchb.com
akaufman@lchb.com

LAW OFFICES OF JEFFREY M. COHON, PC
Jeffrey M. Cohon
1901 Avenue of the Stars, Suite 470
Los Angeles, California 90067
Telephone: (310) 231-4470
Telecopier: (310) 231-4610

jcohon@cohonlaw.com

WEINSTEIN KITCHENOFF
 & ASHER LLC
David H. Weinstein
Robert Kitchenoff
150 Monument Road, Suite 107
Bala Cynwyd, PA 19004
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

*Plaintiffs' Additional Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                           /s/ *Steven A. Schwartz*
                                           Steven A. Schwartz