Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants. | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**PLAINTIFFS' REPLY BRIEF IN FURTHER SUPPORT OF RENEWED MOTION FOR ATTORNEYS FEES AND PAYMENT OF UNREIMBURSED LITIGATION EXPENSES**<br><br><br>The Honorable Fernando M. Olguin |

No objector or other class member filed an opposition to Plaintiffs' renewed motion for an award of fees and litigation expenses, which oppositions were due on June 24, 2021, pursuant to the local rules of this Court.[1]

As previously noted, Defendants agree that the requested award of $8.5 million in fees and additional expenses is reasonable and consistent with the Ninth Circuit's opinion.

Accordingly, Plaintiffs submit this reply solely to note that no oppositions were filed, that Class Counsel continue to oversee and participate in the claims administration process, which is proceeding apace, and to reiterate their request that the Court make the necessary findings of fact and conclusions of law, consistent with the Ninth Circuit's opinion, and award them $80,065.11 in reimbursement of expenses[2] and $8,419,934.89 in attorneys' fees.

DATED: July 1, 2021      Respectfully submitted,

/s/ Steven A. Schwartz
Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

*Plaintiffs' Co-Lead Counsel*

---

[1] In addition to being filed via ECF, the motion and supporting documents were also posted on the settlement website.

[2] In addition to the $508,292.67 previously awarded.

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
Andrew Kaufman
250 Hudson Street, 8th Floor
New York, New York 10013275
Telephone: (212) 355-9500
Telecopier: (212) 355-9592
jselbin@lchb.com
akaufman@lchb.com

LAW OFFICES OF JEFFREY M. COHON, PC
Jeffrey M. Cohon
1901 Avenue of the Stars, Suite 470
Los Angeles, California 90067
Telephone: (310) 231-4470
Telecopier: (310) 231-4610
jcohon@cohonlaw.com

WEINSTEIN KITCHENOFF & ASHER LLC
David H. Weinstein
Robert Kitchenoff
150 Monument Road, Suite 107
Bala Cynwyd, PA 19004
Telephone: (215) 545-7200
Telecopier: (215) 545-6535
weinstein@wka-law.com
kitchenoff@wka-law.com

*Plaintiffs' Additional Counsel*

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

          /s/ *Steven A. Schwartz*
          Steven A. Schwartz