

Case: 8:11cv1733   Doc: 412

Patrick S Sweeney
6666 Odana Road   Suite 116
Madison, WI 53716

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov Message-Id:<32139669@cacd.uscourts.gov>Subject:Activity in Case 8:11-cv-01733-FMO-JCG Steve Chambers et al v. Whirlpool Corporation et al Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/21/2021 at 9:14 AM PDT and filed on 6/21/2021

| | |
|---|---|
| **Case Name:** | Steve Chambers et al v. Whirlpool Corporation et al |
| **Case Number:** | 8:11-cv-01733-FMO-JCG |
| **Filer:** | |

**WARNING: CASE CLOSED on 10/11/2016**

| | |
|---|---|
| **Document Number:** | 412 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Renewed Motion for Attorney Fees [410]. The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. (iv)**

**8:11-cv-01733-FMO-JCG Notice has been electronically mailed to:**
Cedric D Logan     logan@wtotrial.com
Nicole D Sugnet     akaufman@lchb.com, nicole.sugnet@jud.ca.gov
John William Davis     john@johnwdavis.com
Robert S Kitchenoff     kitchenoff@wka-law.com
Steven F Helfand     s.helfand@icloud.com
C Benjamin Nutley     nutley@zenlaw.com
Jeffrey Michael Cohon     acopeland@cohonlaw.com, jcohon@cohonlaw.com
Vicki M Finn     vfinn@myfrontiermail.com
Charles S Fax     pbutler@rwlls.com, cfax@rwlls.com
Sam A Miorelli     sam.miorelli@gmail.com
Eric Alan Isaacson     ericalanisaacson@icloud.com
Michael T Williams     miller@wtotrial.com, williams@wtotrial.com
Kristina S Keller     kkeller@cohonpollak.com