Case No. 8:11-cv-01733-FMO
Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-6535
cfax@rwlls.com
lschopler@rwlls.com

Steven A. Schwartz (*pro hac vice*)
Timothy N. Mathews (*pro hac vice*)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Telecopier: (610) 649-3633
sas@chimicles.com
tnm@chimicles.com

*Attorneys for Plaintiffs*

Galen D. Bellamy (SBN 231792)
Michael T. Williams (*pro hac vice*)
Andrew M. Unthank (*pro hac vice*)
Cedric Logan (*pro hac vice*)
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879
williams@wtotrial.com
bellamy@wtotrial.com
unthank@wtotrial.com
neureiter@wtotrial.com
ruhland@wtotrial.com
logan@wtotrial.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants.<br>_____ | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**JOINT NOTICE PURSUANT TO L.R. 83-9.2**<br><br><br>The Honorable Fernando M. Olguin |

Pursuant to Local Rule 83-9.2 the parties respectfully notify the Court that Plaintiffs' unopposed motion for approval of attorneys' fees and payment of litigation expenses, ECF 410, has been under submission for more than 120 days.

DATED: November 9, 2021                    Respectfully submitted,

*/s/ Timothy N. Mathews*                   */s/ Michael T. Williams*
Steven A. Schwartz (*pro hac vice*)        Galen D. Bellamy (SBN 231792)
Timothy N. Mathews (*pro hac vice*)        Michael T. Williams (*pro hac vice*)
**CHIMICLES SCHWARTZ**                      **WHEELER TRIGG O'DONNELL**
**KRINER**                                 **LLP**
  **& DONALDSON-SMITH LLP**                370 17th Street, Suite 4500
361 West Lancaster Avenue                  Denver, CO 80202
Haverford, Pennsylvania 19041              Telephone: (303) 244-1800
Telephone: (610) 642-8500                  Facsimile: (303) 244-1879
Telecopier: (610) 649-3633                 williams@wtotrial.com
sas@chimicles.com                          bellamy@wtotrial.com
tnm@chimicles.com
                                           *Attorneys for Defendants*
Charles S. Fax (*pro hac vice*)
Liesel J. Schopler (*pro hac vice*)
**RIFKIN WEINER LIVINGSTON**
**LLC**
7979 Old Georgetown Road, Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Telecopier: (301) 951-0172

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


*/s/ Timothy N. Mathews*
Timothy N. Mathews