UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CHAMBERS, *et al.*, in their individual capacities and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WHIRLPOOL CORPORATION, *et al.*,<br><br>Defendants.<br><br>_____ | Case No. 8:11-cv-01733-FMO (JCGx)<br><br>**ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR ATTORNEYS FEES AND PAYMENT OF UNREIMBURSED LITIGATION EXPENSES**<br><br>The Honorable Fernando M. Olguin |

## **ORDER**

Plaintiffs, Steve Chambers, *et al.*, by their counsel, having moved for an award of attorneys' fees and reimbursement of litigation expenses, and the Court finding that: the requested fee is fair, reasonable and justified, and consistent with the Ninth Circuit's guidance in *Chambers v. Whirlpool Corp.*, 980 F.3d 645, 666 (9th Cir. 2020); and that counsel should be reimbursed for their out-of-pocket expenses, which are fair, reasonable and justified; it is by the Court this  15th  day of   November  , 2021,

ORDERED that Plaintiffs' Renewed Motion for Award of Attorneys' Fees and Expenses and for Service Awards to Plaintiffs shall be, and hereby is, granted, and

1      IT IS FURTHER ORDERED that Plaintiffs' counsel are awarded $8,419,934.89 in fees and $80,065.11 in reimbursement of expenses.[1]

DATE: November 15, 2021

/s/
Honorable Fernando M. Olguin
Judge of the United States District Court

Central District of California

---

[1] These expenses are in addition to the $508,292.67 previously awarded by the Court on October 11, 2016 (ECF 351).